## TABLE OF CONTENTS

**DESCRIPTION**                                                                 **EXHIBIT**

November 13, 2003 Fuel Bid Documents………………………………………………….A

December 1, 2003 Invitation to Bid …………………………………………… ………B

February 20, 2004 Notice of Award ……………………………… ………………….C

July 9, 2004 Letter from James Dwight to David Brennan ….…………………………..D

May 3, 2005 Letter from M. Bruce Barto to Meera Kohler ……………..…………..…….E

47698v1