

# CROWLEY

December 1, 2003

Mr. David Brennan
Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503-7497

VIA FAX: (907) 562-0358
Phone:   (907) 561-1818
**BID DUE 2:00 PM  12/1/03**

Re:   INVITATION TO BID – 2004 FUEL BID - PUR - F - 001/04

Dear Mr. Brennan:

Crowley Marine Services, Inc. (Crowley) is pleased to provide this offer for supply and delivery of petroleum products in accordance with the above referenced Invitation to Bid (ITB). Crowley's offer includes the following items:

1.  Product specifications are enclosed for #1 Fuel Oil and Regular Unleaded Gasoline.

2.  A copy of Crowley's current Alaska Business License is enclosed.

3.  Crowley's major points of supply are Williams Energy Company, Anchorage and Tesoro Alaska Company, Nikiski.

4.  Crowley submits two price offers: Indexed Prices valid for the entire contract term, and; Fixed Prices for the 2004 contract year only.

   A.  Indexed Prices: Indexed Prices are provided on the enclosed bid forms for #1 Fuel Oil and Regular Unleaded Gasoline. Except for bid sheet Page 14a, Indexed Prices would change in accordance with the Price Adjustment Clause contained in the ITB. Crowley's offer for Indexed Prices is valid until close of business January 15, 2004.

   B.  Fixed Prices: Fixed Prices are provided on the enclosed bid forms. Fixed Prices would be applicable for the 2004 contract year only. Crowley would work in good faith to provide Fixed Price offers for 2005 and future contract years. To the extent Fixed Prices are not available in 2005 and beyond, pricing would default to the foregoing Indexed Prices, unless otherwise agreed by the parties. The offer for Fixed Prices is valid until close of business December 4, 2003 and is subject to Crowley's confirmation at the time of receipt of any prospective award notice.

5.  Preliminary Vessel and Scheduling information, and a Supply Bond in a form prescribed in the ITB, would be furnished within 15 days of award notice.

6.  Crowley acknowledges receipt of Addendum Number 1.

Crowley Marine Services, Inc.
Post Office Box 2287, Seattle, Washington 98111-2287 - (206) 332-8000 - Fax: (206) 332-8300
300 Harbor Boulevard, Berth 86, San Pedro, CA 90731 - (310) 732-6500 - Fax: (310) 732-6590
2525 C Street, Suite 408, Anchorage, Alaska 99503-2639 - (907) 278-4978 - Fax: (907) 257-2828
4197 Lakeside Drive, Suite 170, Richmond, CA 94806 - (510) 243-3420 - Fax: (510) 243-3431
Post Office Box 2110, Jacksonville, Florida 32203-2110 - (904) 727-2200 - Fax: (904) 727-2401
w w w . c r o w l e y . c o m

EXHIBIT B
PAGE 1 OF 46

12/01/2003        CROWLEY OFFER – AVEC 2004 FUEL BID PUR-F-001/04
Mr. David Brennan
Alaska Village Electric Cooperative, Inc.
Page 2 of 2

7.  Prices offered are predicated on award of all Area volume for the entire contract term.

8.  Prices in 2006 would be subject to adjustment based on the percentage in the Consumer Price Index, All Urban Consumers (CPI-U) between December 2003 and December 2005. Prices in option years 2007 and 2008 would be subject to adjustment based on the percentage change in the CPI-U in the preceding calendar year.

9.  Exercise of any contract extension option for 2007 or 2008 must be exercised for all volume/Area(s) which may be awarded to Crowley in 2004-06. Such exercise must be declared not later than December 15 of the prior contract year.

10. We note an apparent incorrect price adjustment example in the Price Adjustment Clause. The example states '.0202 cent per gallon'. We believe the proper reference should be '2.02 cent(s) per gallon'.

11. We are aware of potential regulatory changes affecting the sale and distribution of ultra low sulfur diesel fuel (and restricting the sale and distribution of current, so-called high sulfur diesel fuel) in 2006 and beyond. To the extent any new regulations are promulgated affecting the sale and distribution of these products, Crowley reserves the right to open contract negotiations with the affected end users.

Thank you for the opportunity to provide our petroleum products and marine delivery services. We look forward to discussing this proposal with you.

Very truly yours,

M. Bruce Barto
Vice President & General Manager
Petroleum Services

cc:  J. Dwight
     S. Heilman

Enclosures:  Product Specifications
             Alaska Business License
             Bid Forms – Indexed Prices and Fixed Prices
             OPIS Postings:

Alaska Village Electric Coop̲ ̲ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## PURPOSE

It is the intent and purpose of this Invitation to Bid to establish a term contract(s) for the furnishings of Grade #1 Diesel Fuel, Grade #2 Diesel Fuel, and Regular Unleaded Gasoline for locations listed on the Area Sheets (Pages 12 through 23). The term of the contract(s) shall be for a period of three (3) years, followed by two (2) one (1) year renewal options, at the sole option of the end-users.

## INTENDED USAGE

Any resulting contract(s) will be utilized solely by the named participants (hereafter referred to as the end-user) on the enclosed Area Sheets located within the areas designated herein.

## BASIS OF AWARD

In determining awards, the end-user will take into consideration price;  past performance;  and the overall best value.  The intent is to award all of the product indicated for each Area to only one Contractor.

## INSTRUCTIONS TO BIDDERS

1.  For those Area Sheets with specific delivery dates assigned, time of proposed delivery must be stated in definite terms if different from that stated on the Area Sheets (Scheduled Delivery Date).  Delivery date is defined as the date upon which delivery is required at the destination specified in the bid invitation, ± fourteen (14) days.  Bidder's exception to the stated delivery date may cause the bid offer to be considered non-responsive.  After Contract award, failure to deliver in accordance with scheduled dates as outlined above (± fourteen [14] days and subject to other terms of the Contract), the end-user will receive from the Contractor a 2% discount for all fuel delivered outside of the scheduled delivery date for that location, or the end-user will use the lowest OPIS price occurring from the scheduled delivery window until all fuel for that location has been delivered, whichever results in a lower delivered price. If the Contractor chooses to "split" the delivery into two or more deliveries for a single location, each delivery must have those delivery dates and quantities so stated on the Area Sheets.  Split deliveries of this type are subject to the end-user approval.

    The above penalty discount shall not be applied if any of the following are the cause for a late delivery:

    1.    The late delivery was caused by the end-user; or
    2.    the late delivery was the result of Force Majeure.

    It is also understood that delivery schedules may need to be changed by the end-user or by the Contractor to meet emergencies and/or conditions that might contribute to a more efficient operation.  Any changes of this type including pricing provisions must be mutually agreed upon by both the end-user and the Contractor in writing.

2.  The bidder shall state trade name or brand in the bid for the product supplied.

3.  Bidders are instructed to use this and attached forms in submitting bids.  A clear photocopied bid may be submitted, but it must contain all pages shown in the original bid and have underlined original signatures.

Alaska Village Electric Coop. .ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## CONDITIONS

Any offer and acceptance resulting from this Invitation to Bid shall be expressly limited to the terms and conditions as shown on this form and its attachments.

1. The end-user reserves the right to reject any and all bids, to waive minor deviations from the specifications and to waive any informality in bids received whenever such rejection or waiver is in the best interest of the end-user, and unless otherwise specified by the bidder, to accept any items in the bid.

   **A bid may be rejected when:**

   a. The bidder has failed to perform satisfactorily on a previous contract with the end-user or in the end-users opinion, is not in a position to perform the contract.

   b. The bid form or Area Sheets are not <u>signed and notarized</u>.

   c. The bidder fails to furnish bid bonds or surety deposits, plans, specifications, samples, etc., when such were specifically called for in the Invitation to Bid.

   d. The bidder has failed to use this bid form.

   <u>A bid shall be rejected when the bidder makes a material change in the specification or terms or conditions of the Invitation to Bid.</u>

2. In case of error in the extension of prices in the bid, the unit prices will govern.

3. In each instance, assignment of contract(s) to subcontracts **shall** **not** be permitted unless authorized in advance by the end-user. Any subcontracts of this nature must be approved by the end-user in writing.

4. For the purpose of award, offers made in accordance with this Invitation to Bid shall be good and firm for a period of forty-five (45) days from the date of bid opening unless the bidder specifically limits their offer to a shorter period by written notification on the bid documents. However, bids so modified may be declared non-responsive.

5. In the event that either party shall default in the performance of any of its obligations hereunder, to include delivering product as agreed in a timely manner, and making payment for such product under the conditions described herein, and said default is not rectified within ten (10) days of written notice of said default, the other party may, at its option, terminate this agreement upon written notice to the defaulting party, which termination shall not excuse either party from its obligations to make payment of any amounts due hereunder. In such case, the party not in default shall be entitled to all expenses and fees, including reasonable attorneys fees, suffered or incurred by that party in endeavoring to enforce this Agreement or any provision hereof.

6. In the event of damage of end-user property by the primary Contractor's subcontractor(s) in the performance of this contract, the primary Contractor will be held responsible and reimburse the end-user to the extent of damage.

7. The end-user shall not under any circumstances be liable for any costs incurred by the bidder in bid preparation, including the rejection of all bids.

**EXHIBIT B**
**PAGE 4 OF 46**


Alaska Village Electric Coop_.ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

8.    Time, in connection with payment discount offered, shall be computed from date of the delivery of the product at destination when final inspection and acceptance are completed, or from the date correct bills or invoices (including meter tickets) are received by the end-user at the main office, whichever is later.

This agreement shall be governed by and construed in accordance with laws of the State of Alaska.  The parties hereto submit to jurisdiction of the state courts for the State of Alaska.

Subject to other terms and conditions of this agreement, the bidder, by submission of a signed bid, guarantees that delivery will be made to the locations designated and that product will be available during the contract period unless allocated or restricted by the Federal Government.

## CANCELLATION CLAUSE

The end-user reserves the right to cancel any contract resulting from this Invitation and to seek substitute performance upon ten (10) days written notice for cause including, but not limited to, failure to adequately stock, inferior products not meeting specifications, or failure to comply with other covenants of this invitation and contracts resulting there from.

## PRICE ADJUSTMENT CLAUSE    — *NO ref. to CAP*

Delivered prices will be allowed to increase or decrease after bid opening and during the term of the contract.  All contract price adjustments shall be based solely on the change in the Vendor's certified suppliers listed price for Seattle as reported in the publication Oil Price Information Service (OPIS).  The reference adjustment price shall be the average price for #2 Low Sulfur Diesel as listed by the Oil Price Information Service (OPIS), Bethesda, Maryland, 20814, under PAD 5 for Seattle, Washington for the Monday issue November 10, 2003. All increases or decreases in price will be based on changes between November 10, 2003, and the corresponding date(s) of barge loading/lifting at origin.

**OPIS Example:**  Bid Opening - Monday, December 1



If the average price for #2 Low Sulfur Diesel fuel at Seattle in the Monday, December 1 issue is 100.00 cents per gallon, this becomes the reference diesel fuel adjustment price (base price) for the entire contract period (including any extensions).  If fuel is loaded/lifted on Thursday, June 15, the average price for #2 Low Sulfur Diesel in the OPIS daily report at Seattle would be used.  If it is 102.02 cents per gallon, the Contractor shall be entitled to an increase in payment of .0202 cent per gallon over the bid price for that particular delivery.  Similarly, invoiced prices shall be decreased if the average loaded/lifting price is lower than 100.00 cents per gallon.

**NOTE:**  Delivery prices for gasoline shall be indexed to OPIS Seattle average posted prices for regular unleaded clear gasoline as found in the same reports used for diesel/heating oil pricing.

**Loading/Lifting Definition**
If the Oil Price Information Service ("OPIS") Seattle average day-ending reported (gross) price for #2 Low Sulfur Diesel fuel on the first date of lifting of any particular delivery is different than the base price per gallon, the contract price shall be either reduced or increased by the same amount in dollars that the OPIS Seattle average day-ending reported (gross) price for #2 Low Sulfur Diesel on the first date of lifting is less than or more than the base price per gallon [the adjusted price equals the contract price plus the figure created where the base price per gallon is subtracted from the OPIS Seattle average day-ending reported (gross) price for #2 Low Sulfur Diesel on the first date of lifting].  Contractor agrees to notify the end-user of the exact time and date of lift and to supply the end-user with a copy of the OPIS Seattle average day-ending reported (gross) price for #2 Low Sulfur Diesel fuel as of the first date of lifting prior to delivery to the end-user.  If no price is reported by OPIS for the first day of lift, the day-

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

ending report (gross) OPIS price for the previous day shall be used. The "first day of lift" for any delivery shall be that day during which Contractor's barge hoses are first flanged up to Supplier's header.

All bids must be submitted with a source of supply, lifting location and scheduling windows.

This publication is published by United Communications Group, 4550 Montgomery Ave., Suite 700N, Bethesda Maryland, 20814, (telephone number [301] 656-6666). No other price change method (such as referencing your own posted price list or your supplier's posted price list) or other publication shall be considered. Bidder refusal to accept OPIS for contract price adjustment as specified may be reason to find their bid as non-responsive.

If for any reason the referenced data in this publication should stop, a similar standard to follow market prices will be adopted by contractual agreement of the parties involved. If an agreement cannot be reached between the Contractor and the end-user within ten (10) days after termination of the above reference publication, the issue would be submitted to binding arbitration for a ruling within thirty (30) days of termination of the reference publication.

## FIXED PRICE OR PRICE CAP



All bids are to contain a two tiered pricing structure. The indexed formula will be tied to the Seattle OPIS as stated above. The firm fixed price or price cap shall be added to the Area Sheets in the space provided. The end-user will be invoiced at the lower of the two prices for that particular delivery.

## TITLE AND RISK

CIF delivered into the permanent shore pipeline flange or header at the locations specified herein. Title and risk shall pass from the Contractor to the end-user at the time and point of delivery.

## FUEL AND OTHER CHARGES

Except as otherwise expressly herein provided, the Contractor shall bear all operating expenses including, but not limited to, any port charges, fill line usage charges, pilotages, agencies, lighterage dues, user fees, dockage and wharfage charges, line handling charges, tug fees for assisting the barge into, about and out of the berth as required by either the master of the mother vessel or the mooring master responsible for the safety of the lighterage operations, and the cost of any damages to its vessels which may result from the lighterage operations (initiated after April 3, 2000).

Any new handling fees, wharfage charges, tax or other charges imposed by Federal, State, or Local authorities affecting delivery costs at any delivery point during the contract term would be added to the base reference (contract) price.

## TAX PROVISIONS

It is understood that the prices quoted in this bid shall exclude federal and state taxes. All bids shall be submitted exclude any federal, state and local taxes. However, if the bidder believes that certain taxes are properly payable by the end-user, he may list such taxes separately in each case directly below the bid price for the affected item. The end-user is exempt from Federal Excise Tax.

## SUBMITTING INVOICES FOR PAYMENT

Invoices shall be submitted in duplicate to the specified name and address on the Area Sheets and shall reflect the date and quantity of fuel delivered to the CIF point as established by any contract issued as a result of this

Alaska Village Electric Coop....ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

Invitation.  Prior to payment, signed and dated meter tickets must be provided and attached to the invoices.  No payment will be made without a clear, legible meter ticket (see page 12 for Meter Ticket exceptions).

## PAYMENT OF INVOICES

The Contractor shall send invoices to the end-user on a regular basis, in duplicate, suitably itemized and detailed. Invoices shall be sent to the end-user via Certified Mail and the end-user shall pay the Contractor the full amount properly invoiced (including meter ticket) within 30 days after the Certified Postage date of each payable invoice.

Payments not made to the Contractor by the due date, for invoices that have been properly and correctly billed, shall bear interest, commencing on the day after the due date, at a rate equal to or lesser the maximum rate of interest allowed by applicable state law on corporate obligations.

In the event that any insolvency, bankruptcy or receivership proceedings are instituted by or against the Contractor, or the Contractor takes advantage of any law for the benefit of debtors and the end-user is indebted to the Contractor at the time, the end-user shall have the right to apply all or any part of the indebtedness against any sum due the end-user from the Contractor, whether arising from this contract or not. In the event either party makes an assignment for the benefit of creditors or any general arrangements with creditors, or if there is instituted by or against either party proceedings in bankruptcy or under any insolvency law or law for reorganization, receivership or dissolution, the end-user or Contractor may terminate this agreement without notice.  The exercise by the end-user or the Contractor under this Paragraph shall be without prejudice to any claim for damages the end-user or the Contractor may have.

The Contractor may submit, as part of his bid, a statement regarding credit approval or the security requirements that are to be provided by the end-user under this contract.  If the terms and conditions are acceptable to the end-user, they shall be made part of this agreement.

## CASH DISCOUNTS

Prompt payment discounts shall be considered in the evaluation of this Invitation such as:

> 2% 15 days after receipt and acceptance at destination and receipt of a payable invoice delivered to the end-user.

The offered discount of the successful bidder(s) will form a part of the award whether or not such discount will be taken if payment is made within the stated discount period. [Discounts based on less than fifteen (15) days, will not be considered for evaluation purposes.]

## HOURS OF OPERATION

The bidder and their authorized representative's place of business shall be open during normal business hours (9 AM - 3 PM) and days (Monday - Friday) for contact by the end-user.

Continued or repeated closure during normal business hours which would result in the end-user not being able to procure its requirements satisfactorily could result in contract cancellation.  Such cancellation will be made upon ten (10) days written notice from the end-user.

If such action is necessary, the end-user reserves the right to award the contracted portion to any other source of supply.

EXHIBIT B
PAGE 7 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## PLACE OF LOADING OR UNLOADING

1.  The end-user does not warrant a safe berth, port or place. It is expressly agreed that the end-user shall not be liable for any loss or damage caused by any unsafe condition at any place for loading or unloading; nor shall the end-user be liable for the consequence or errors in navigation or management of the fuel delivery or any other acts, neglect, default or barratry of the master, pilots, crew or other employees or representatives or employees of Contractor's fuel suppliers.

2.  The Contractor assumes full responsibility for any damage sustained by wharfs, berths, docks or vessels arising out of the negligent or improper operation or inadequate equipment of all transportation units or any other water-borne craft operated by the fuel Contractor, its affiliates or its agents to perform the services contemplated hereunder.

## LOADING AND UNLOADING OPERATIONS

Fuel transfer will be by the use of the Contractor's pumps. The Contractor shall be responsible for any loss or damage caused by improper connection to barge tanks, pumping from or to wrong barge tank, improper setting of barge valves, condition or failure of barge hoses, improper pumping pressures, surges or hampering, or defects in barge equipment or barge tanks. A Declaration of Inspection shall be accomplished as set forth in detail in 33 CFR 156.120, 156.150 and 46 CFR 35.35-30 prior to bulk fuel transfer.

## LAYTIME AND DEMURRAGE

The Contractor agrees that the rates hereunder include compensation for the amount of time reasonably necessary to load and discharge the barge, including time between voyages where multiple voyages are required to complete a lightering operation, and having due regard for the range of local weather conditions and local work customs.

## POLLUTION

The Contractor will comply with all laws, rules and regulations relating to water or air pollution. If an escape or discharge of oil occurs and causes, or threatens to cause, pollution damage, the parties will promptly take whatever measures are necessary to prevent or mitigate such damage. Fuel spills shall be reported in accordance with prevailing state and federal regulations. the end-user's and Contractor's obligation to prevent or mitigate pollution damage shall be limited to such actions as are required by applicable law.

## INSURANCE

Without in any way limiting the Contractor's liability pursuant to this contract, the Contractor shall procure, pay for (including all deductibles or franchise amount) and maintain in force during the performance of this contract the following insurance:

1.  Worker's Compensation and Employer's Liability Insurance prescribed by applicable law, including insurance covering liability under the Longshoremen and Harbor Worker's Act and the Jones Act, as required.

2.  Public liability and property damage insurance in the amount of not less than $1,000,000 for one or more persons injured and property damage in any one accident.

**EXHIBIT B**
**PAGE 8 OF 46**

Alaska Village Electric Coope. ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

3. Third Party Pollution Liability Insurance covering all vessels used in the performance of the contract. The limits of liability of such insurance shall not be less than $1,000,000 per occurrence.

The above insurance shall include a requirement that the insurer provide the end-user with thirty (30) days' notice prior to the effective date of cancellation or material change which would effect the end-user of the insurance. The Contractor shall furnish the end-user with certificates or other documentary evidence satisfactory to the end-user of the foregoing insurance within fourteen (14) days after Contract award.

## REGULATORY COMPLIANCE

The Contractor and the end-user shall comply with all applicable laws, regulations and ordinances of any national, state, regional or local government having jurisdiction involved in any phases of the operation and performance specification herein.

## FORCE MAJEURE

1. Performance by either party, unless otherwise expressly provided, is excused as long as and to the extent such is prevented by act of God, peril of the sea, act of public enemy, fire, explosion, vessel collision, strike, lockout or other labor disturbance, epidemic, quarantine, embargo restraint of any government, ruler or people, or any other cause, whether similar or dissimilar (except financial) beyond the control and without the fault of the parties, unless such condition could have been reasonably foreseen by the party.

2. The party affected by force majeure shall promptly notify the other party as to the cause and estimated duration of the force majeure condition. The party so affected shall remedy the condition with reasonable dispatch unless it is beyond such party's control.

## INDEMNITY

Each party hereto covenants and agrees to fully defend, protect, indemnify and hold harmless the other party, its affiliates and the employees and agents of each from and against each and every claim, demand or cause of action and any liability, cost, expense (including, but not limited to, reasonable attorney's fees and expenses incurred in the defense of), damage or loss in connection therewith, which may be made or asserted by the other party, or the other party's employees or agents, subcontractors, or any third parties including, but not limited to its agents, servants or employees on account of personal injury, death or property damage caused by, arising out of, or in any way incidental to, or in connection with the performance of this contract, except to the extent that such injury, death or damage results from the negligent acts or omissions of the other party.

## ASSIGNABILITY

1. This contract shall be binding upon, and shall inure to, the benefit of the successors and assigns of the parties hereto; provided, however, that said contract and the obligations of the parties hereunder shall not be assignable by either party hereto without the express prior written consent of the other party.

2. Any assignment prohibited by this contract shall be void. This contract shall not be assignable by operation of law and shall not become an asset in any bankruptcy or receivership proceedings.

## SCHEDULING AND POSITION REPORTS

The parties understand and agree that the most efficient scheduling of fuel transportation and transfer will require the general cooperation of each party. To facilitate this objective, the Contractor shall submit a schedule by FAX

Alaska Village Electric Coope. ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

(or otherwise by phone, followed by a written report) to each participant every Friday during the term of this contract. Each schedule shall cover a two-week period commencing on the Monday following the Friday submission date, stating the anticipated end-user destinations, delivery dates and quantities. Reported schedules shall be updated, orally or in writing, by the Contractor within thirty-six hours after the need for a scheduling modification becomes known to the Contractor. It is also understood by the end-user that great difficulty exists in obtaining accurate field information for Report updates and based on this difficulty acknowledges the potential for error and, therefore, imposes no penalty for Reports that are made in good faith.

Failure to provide this Report as outlined above shall be cause for the end-user to deduct $500.00 from any unpaid invoice(s) for each occurrence to a maximum of $500.00 per week for each week that a Report is not provided. The penalty shall only be applied in cases where the Contractor has willfully failed to provide the Report for two (2) or more weeks and does not furnish adequate justification for failure to submit the Report(s).

The reporting period shall commence two weeks prior to the first scheduled delivery date and end immediately after the last delivery for the year has been completed.



## NOTICES

Unless otherwise expressly provided, all notices hereunder shall be in writing, shall be given only by letter, FAX or EMAIL and shall be deemed given when the letter is deposited in the U.S. Mail (all Notices deposited in the U.S. Mail shall be Certified with postage or charges prepaid) or the EMAIL sent and addressed to the party for whom intended at the respective address set forth or at such address as may have been substituted therefore by such party by prior notice hereunder to the other party.

## WAIVER

The failure of a party hereunder to assert a right or enforce an obligation of the other party shall not be deemed a waiver of such right or obligation. No waiver by the end-user or the Contractor of any default of the other under this contract shall operate as a waiver of any further default whether of like or different character.

## BREACH

The right of either party to require strict performance shall not be affected by any prior waiver or course of dealing. If one party considers the other party to be in default of any obligation under this contract, such party shall give the other party notice thereof. Such other party shall then have ten (10) days in which to remedy the situation before it shall be considered in breach. Subject thereto, in the event of a breach by one party of any of the provisions of this contract the other party may, without prejudice to any other right or remedy of such party in respect of such breach, terminate this contract forthwith by notice to the party in breach. All rights and remedies are cumulative and election of one right or remedy shall not exclude another.

## CONSEQUENTIAL DAMAGES

Neither party shall be responsible to the other party for special or consequential damages suffered by such other party, (including without limitation, loss profits, loss of use of property and delay or damages resulting from such loss of use) whether resulting from negligence, breach of this contract or otherwise, and regardless of whether the possibility of damage was foreseeable by either party.

**EXHIBIT B**
**PAGE 10 OF 46**

Alaska Village Electric Coop...ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## CONSTRUCTION OF CONTRACT

1. This contract is executed by the parties with the understanding that it embodies the entire agreement between the parties pertaining to the subject matter of this contract and that there are no representations, warranties or other commitments which are not embodied in this contract.

2. The titles of the Sections and other parts of this contract have been inserted only as aids to convenient reference. No inferences shall be drawn from such titles when construing or interpreting this contract.

3. Any amendments to this contract may only be in writing and executed in a legally sufficient manner.



4. Purchase orders will be issued for each year of the contract period. The terms and conditions listed on the reverse side of the purchase order form shall be superseded by the terms and conditions specified in this contract.

## DELIVERY

It is highly recommended that all delivery operations take place when there is sufficient daylight to visually observe all areas affected by delivery, including the tank farm and fill line. A diligent effort must be made by the Contractor to locate and provide adequate advance notice to the end-user Operator at each delivery location to establish a timetable for delivery operations.

It will be the responsibility of the Contractor to assign a responsible individual from the barge crew to assist the end-user as required and maintain two-way communications between the tank farm and the pump operator during all pumping operations.

## MULTIPLE DELIVERIES

In order to maximize the use of available tank capacity in some locations two (2) or more deliveries must be made to accommodate annual requirements. These locations will have two (2) or more entries on the Area Sheet containing different delivery dates and quantities, and will have an [A] (first delivery) or [B] (second delivery) (etc.) prefix in front of the location name.

## DIESEL FUEL SPECIFICATION

All diesel fuel delivered to the end-user tanks by the Contractor shall be a premium quality, light colored, 100% distilled American Society for Testing & Materials (ASTM) #1 grade diesel fuel, and meet the requirements of ASTM D975 for the Grade 1 D fuel.

Diesel Fuel #1 Specification Data:

EXHIBIT B
PAGE 11 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

1. Gravity Degrees API shall equal or exceed 39.0.
2. Cloud Point °F shall be -35°F or lower.
3. Pour Point °F shall be -45°F or lower.
4. Sulfur, mass percentage shall be 0.10 or lower.
5. Sediment and water volume percentage shall be less than .05 of 1%.
6. Cetane number shall be within the range of 45 ± 2.
7. BTU per gallon, gross -133,600 minimum.
8. Flash point, Pensky-Martens °F shall be within the range of 110-140°F.
9. ASTM distillation °F shall not exceed 420°F at the 90% recovered point.

All testing will be in accordance with standard ASTM D975. Suppliers shall submit a certificate verifying that their product equals or exceeds quality standards.

All products supplied are subject to verification testing by independent test. If the product does not meet specifications, due to Contractors or Contractors suppliers fault, the Contractor agrees to bear all costs associated with removal of the non-specification product, including any existing the end-user fuel that may have been contaminated, as well as replacement in full with diesel fuel that complies with all specifications. Any repair or replacement cost of the end-user equipment, resulting from contaminated fuel provided by the Contractor, shall be determined in accordance with applicable law.

## METER TICKETS

The Contractor shall provide valid meter tickets from the Contractor's meter currently legally calibrated in accordance with applicable State and Federal laws and regulations, in such a format as to indicate the exact number of gallons (U.S. gallons adjusted to 60°F) delivered into the end-user tanks so that deliveries can be accurately and fairly determined prior to payment. All Meter Tickets shall have the fuel temperature used to determine correction to 60°F written on the face of the meter ticket. Signing of receipt for fuel shall be done in such a manner that an explanation is given to the local the end-user representative, clearly and fairly explaining what is being signed and how the delivered quantity was determined. The metered delivery ticket signed by the end-user representative must be presented with the invoice prior to payment.

Exceptions:

If the Contractor, after reasonable effort, cannot locate the end-user representative to sign the meter ticket, the Contractor's representative may sign the meter ticket and state that he/she was unable to locate the end-user representative. Notify the end-user Purchasing section that the end-user representative could not be located. In the event of meter failure, barge compartment and/or shoreside tank measurement will be acceptable for a limited time. Contractor will take expeditious action to replace the failed meter with an operable meter. Any other means of determining fuel measurements must be approved by the end-user in writing.

## QUANTITY ADJUSTMENTS

For the purpose of determining exact fuel requirements, the following adjustments shall be used:

1. Fuel delivered before the delivery dates (see Area Sheets) shown in the Section entitled "Quantity Requirements" shall be reduced by multiplying the daily consumption rate (on the Area Sheets) times (X) the number of days fuel is delivered early and subtracted from the total order.

2. Fuel delivered after the delivery dates (see Area Sheets) shown in the Section entitled "Quantity Requirements" shall be increased by multiplying the daily consumption rate (on the Area Sheets) times (X) the number of days fuel is delivered late and added to the total order.

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

NOTE: *UNDER NO CIRCUMSTANCES* is any end-user tank to be filled beyond ninety-four percent (94%) of its total capacity. Doing so may result in fuel expansion beyond the capacity of the tank resulting in a fuel spill. The end-user will accept additional fuel above the adjusted order quantity only to a maximum of ninety-four percent (94%) of its total capacity for each tank.

Every effort has been made by the end-user to ensure that accurate fuel requirements are listed on the Area Sheets. However, if a situation does develop where fuel cannot be delivered because of full tanks or other problems, there is usually adequate space elsewhere in the end-user system to accept surplus fuel. It is expected that the Contractor will use good judgment in selecting the proper course of action.

All quantity determinations shall be corrected to 60°F based on a U.S. gallon of 231 cubic inches and 42 gallons to the barrel, in accordance with the latest supplement or amendment to ASTM-IP Petroleum Measurement Tables (ASTM designation D-1250) Table 6B, with API Gravity of 39.0 at 60°F.

## QUANTITY REQUIREMENTS

The following areas are all located in the State of Alaska and are accessible by waterway. Select only areas and locations within each Area that you have the capability of delivering fuel to. Enter the price per gallon delivered and extension for each location you are bidding. Enter a "No Bid" in the delivery price per gallon for each location you choose not to bid on. Sign and date each Area sheet and return all Area sheets with your bid. In future years, the quantities may vary from this year's nominal projections, generally in a range of ±20%. The end-user will provide the successful bidder an estimated nominal fuel quantity required by location for each subsequent year the contract continues, on or before May 1st, prior to the delivery season. Any date changes to the original scheduled delivery date for subsequent years must be so noted on future Area sheets. Schedule changes which may affect the end-user operationally must be agreed upon by both parties and, if an agreement cannot be reached, the delivery date will default to the originally agreed upon schedule.

## NON-CONTRACT PURCHASES

### EMERGENCY REQUIREMENTS

The end-user shall not be obligated to purchase from the contract holder for a location if an emergency requirement occurs. The end-user may then procure its requirements from alternate sources in order to meet its assigned mission. Notice of such requirements will be provided to the Contractor as soon as they become known to the end-user. The Contractor shall be responsible for making appropriate adjustments to the original order.

### LATE DELIVERIES

If the end-user must purchase fuel as a result of late deliveries by the Contractor (as defined under "Instructions to Bidders", Item 1), the Contractor shall pay all cost in excess of the adjusted Contract price based on the date fuel is actually purchased and delivered from another source. This section will only apply in cases where the Contractor has been negligent, or refuses to act in good faith. Efforts will be made by the end-user to notify the Contractor of an imminent condition where the end-user is running low or out of fuel, as well as make effort to minimize additional cost to the Contractor. This will continue until such time as the Contractor delivers fuel in accordance with the Contract.

## COMMENTS

Attach additional pages if necessary.

**EXHIBIT B**
**PAGE 13 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 1 – BRISTOL BAY

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| New Stuyahok (A) | Jun-15 | | 143 | 65,000 | 1.712 | $111,280 | 2.212 |
| New Stuyahok (B) | Sep-30 | | 143 | 15,000 | 1.862 | 27,930 | 2.362 |
| Togiak (A) | Jun-1 | | 334 | 152,000 | 1.327 | 201,704 | 1.827 |
| Togiak (B) | Oct-5 | | 334 | 58,000 | 1.427 | 82,766 | 1.927 |
| | | | | 290,000 | < Totals> | $423,680 | |

*Use Daily Fuel Rate for "Quantity Adjustments"*

**Special instructions related to this Area:**

Togiak delivery "A" may include a request for #2 diesel fuel subject to availability by the Contractor.

NOTE: This must be declared by May 1

M. Bruce Barto
Bidder's Name (Please Print)

_[signature]_ V.P. & G.M. Petroleum Svcs     12/01/03
Authorized Signature      Title     Date

Note: *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

_[notary seal: STATE OF WASHINGTON, PAMELA A. McELROY, NOTARY PUBLIC, COMMISSION EXPIRES DEC. 30, 2005]_

Pamela A. McElroy
Dec. 1, 2003

**EXHIBIT B**
**PAGE 14 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 2 – LOWER KUSKOKWIM

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Eek | Jun-15 | | 91 | 60,000 | 1.353 | $81,180 | 1.853 |
| Goodnews Bay | Jun-16 | | 97 | 56,000 | 1.353 | 75,768 | 1.853 |
| Lower Kalskag (A) | Jun-7 | | 158 | 90,000 | 1.353 | 121,770 | 1.853 |
| Lower Kalskag (B) | Jul-14 | | 158 | 45,000 | 1.353 | 60,885 | 1.853 |
| Mekoryuk | Jun-25 | | 113 | 70,000 | 1.353 | 94,710 | 1.853 |
| Nightmute (A) | Jun-15 | | 174 | 40,000 | 1.353 | 54,120 | 1.853 |
| Nightmute (B) | Aug-30 | | 174 | 12,000 | 1.453 | 17,436 | 1.953 |
| Nunapitchuk (A) | Jun-1 | | 386 | 150,000 | 1.353 | 202,950 | 1.853 |
| Nunapitchuk (B) | Aug-4 | | 386 | 40,000 | 1.353 | 54,120 | 1.853 |
| Quinhagak | Jun-15 | | 180 | 102,000 | 1.353 | 138,006 | 1.853 |
| Toksook Bay | Jun-27 | | 194 | 100,000 | 1.353 | 135,300 | 1.853 |
| Tununak | Jun-27 | | 128 | 100,000 | 1.353 | 135,300 | 1.853 |
| | | | | 865,000 | < Totals > | $1,171,545 | |

*Use Daily Fuel Rate for "Quantity Adjustments"*

Special instructions related to this Area:

  M. Bruce Barto
Bidder's Name (Please Print)

Authorized Signature    V.P.& G.M Petroleum  Svcs    12/01/03
                        Title                        Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

*Pamela A. McElroy*
*Dec. 1, 2003*

(Notary seal: PAMELA A. MCELROY / COMMISSION EXPIRES / NOTARY PUBLIC / DEC. 30, 2006 / STATE OF WASHINGTON)

**EXHIBIT B**
**PAGE 15 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 2 – LOWER KUSKOKWIM

**LOWER KUSKOKWIM SCHOOLS – DIESEL FUEL REQUIREMENTS**

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Atmautluak | | | 32,000 | 1.353 | $43,296 | 1.853 |
| Chefornak | | | 47,000 | 1.353 | 63,591 | 1.853 |
| Eek | | | 17,000 | 1.353 | 23,001 | 1.853 |
| Goodnews Bay | | | 11,000 | 1.353 | 14,883 | 1.853 |
| Akula | | | 18,000 | 1.353 | 24,354 | 1.853 |
| Akiuk | | | 22,000 | 1.353 | 29,766 | 1.853 |
| Kipnuk | | | 37,000 | 1.373 | 50,801 | 1.873 |
| Kongiganak | | | 19,000 | 1.353 | 25,707 | 1.853 |
| Kwethluk | | | 31,000 | 1.353 | 41,943 | 1.853 |
| Kwigillingok | | | 35,000 | 1.353 | 47,355 | 1.853 |
| Mekoryuk | | | 25,000 | 1.353 | 33,825 | 1.853 |
| Napakiak | | | 53,000 | 1.353 | 71,709 | 1.853 |
| Napaskiak | | | 17,000 | 1.353 | 23,001 | 1.853 |
| Newtok | | | 48,000 | 1.353 | 64,944 | 1.853 |
| Nightmute | | | 13,000 | 1.353 | 17,589 | 1.853 |
| Nunapitchuk | | | 42,000 | 1.353 | 56,826 | 1.853 |
| Oscarville | | | 19,000 | 1.353 | 25,707 | 1.853 |
| Platinum | | | 3,000 | 1.353 | 4,059 | 1.853 |
| Quinhagak | | | 42,000 | 1.353 | 56,826 | 1.853 |
| Toksook Bay | | | 30,000 | 1.353 | 40,590 | 1.853 |
| Tuntutuliak | | | 14,000 | 1.353 | 18,942 | 1.853 |
| Tununak | | | 25,000 | 1.353 | 33,825 | 1.853 |
| | | | 600,000 | < Totals> | $812,540 | |

**Special instructions related to this Area:**

The following locations will require truck delivery from the barge landing to the header:
Goodnews Bay, Mekoryuk, Platinum, Quinhagak, and Toksook Bay High School.

M. Bruce Barto
Bidder's Name (Please Print)

1.353
.902

_M. Bruce Barto_ ___ V.P. & G.M. Petroleum Svcs ___ 12/01/03
Authorized Signature        Title        Date

*Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).*

Pamela A. McElroy
Dec. 1, 2003

**EXHIBIT B**
**PAGE 16 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

AREA 2 – LOWER KUSKOKWIM   *BETHEL*   INDEXED

### LOWER KUSKOKWIM SCHOOL DISTRICT – DIESEL FUEL #1 REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Bethel | | | 50,000 | ** | | |
| | | | 50,000 | < Totals > | | |

### LOWER KUSKOKWIM SCHOOL DISTRICT – DIESEL FUEL #2 REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Bethel | | | 140,000 | ** | | |
| | | | 140,000 | < Totals > | | |

**Special instructions related to this Area:**

Lower Kuskokwim School District will contract for storage of Bethel inventory independent of this contract.  Inquiries regarding the storage of this fuel should be directed to Philip Gutleben, Business Manager, Lower Kuskokwim School District, at 907-543-4820.

** Pricing offered is Crowley's Bethel 'Size of Delivery' posted price in effect at time of delivery less $.10/gallon.  Offer valid contract period 1/1/04 – 12/31/06 plus option years if elected by LKSD.

_M. Bruce Barto_
Bidder's Name (Please Print)

_[signature]_                    V.P. & G.M. Petroleum Svcs   12/01/03
Authorized Signature             Title                        Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

_[notary seal: PAMELA A. McELROY / COMMISSION EXPIRES / NOTARY / PUBLIC / DEC. 30, 2005 / STATE OF WASHINGTON]_

_Pamela A. McElroy_
_Dec. 1, 2003_

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 3 – MID-YUKON RIVER

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Anvik | Jun-24 | | 69 | 40,000 | No Bid | | |
| Grayling (A) | Jun-6 | | 85 | 40,000 | No Bid | | |
| Grayling (B) | Aug-15 | | 85 | 5,000 | No Bid | | |
| Holy Cross (A) | Jun-7 | | 119 | 50,000 | No Bid | | |
| Holy Cross (B) | Aug-16 | | 119 | 5,000 | No Bid | | |
| Huslia (A) | Jun-11 | | 104 | 60,000 | No Bid | | |
| Huslia (B) | Sep-10 | | 104 | 10,000 | No Bid | | |
| Kaltag (A) | Jun-1 | | 115 | 50,000 | No Bid | | |
| Kaltag (B) | Sep-1 | | 115 | 5,000 | No Bid | | |
| Nulato (A) | May-31 | | 170 | 80,000 | No Bid | | |
| Nulato (B) | Aug-15 | | 170 | 8,000 | No Bid | | |
| Shageluk | Jun-10 | | 54 | 33,000 | No Bid | | |
| | | | | 386,000 | < Totals> | | |

*Use __Daily Fuel Rate__ for "Quantity Adjustments"*

Special instructions related to this Area:

M. Bruce Barto
Bidder's Name (Please Print)

Authorized Signature        V.P. & G.M. Petroleum Svcs        12/01/03
                            Title                             Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

*Pamela A. McElroy*
*Dec. 1, 2003*

**EXHIBIT B**
**PAGE 18 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 4 – LOWER YUKON RIVER

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Alakanuk | Jun-7 | | 204 | 110,000 | 1.353 | $148,830 | 1.853 |
| Alakanuk | Aug-30 | | 204 | 20,000 | 1.353 | 27,060 | 1.853 |
| Chevak | Jun-15 | | 251 | 155,000 | 1.353 | 209,715 | 1.853 |
| Chevak | Aug-30 | | 251 | 55,000 | 1.353 | 74,415 | 1.853 |
| Emmonak (A) | Jun-5 | | 404 | 160,000 | 1.353 | 216,480 | 1.853 |
| Emmonak (B) | Aug-30 | | 404 | 35,000 | 1.353 | 47,355 | 1.853 |
| Hooper Bay (A) | Jun-23 | | 325 | 150,000 | 1.353 | 202,950 | 1.853 |
| Hooper Bay (B) | Aug-30 | | 325 | 30,000 | 1.353 | 40,590 | 1.853 |
| Marshall (A) | Jul-15 | | 125 | 70,000 | 1.353 | 94,710 | 1.853 |
| Marshall (B) | Aug-10 | | 125 | 6,000 | 1.453 | 8,718 | 1.953 |
| Mt. Village (A) | Jul-1 | | 380 | 170,000 | 1.353 | 230,010 | 1.853 |
| Mt. Village (B) | Aug-20 | | 380 | 20,000 | 1.353 | 27,060 | 1.853 |
| Pilot Station (A) | Jun-7 | | 183 | 100,000 | 1.353 | 135,300 | 1.853 |
| Pilot Station (B) | Aug-15 | | 183 | 20,000 | 1.353 | 27,060 | 1.853 |
| Russian Mission (A) | Jul-11 | | 104 | 50,000 | 1.353 | 67,650 | 1.853 |
| Russian Mission (B) | Aug-30 | | 104 | 10,000 | 1.353 | 13,530 | 1.853 |
| Saint Mary's (A) | Jun-16 | | 433 | 190,000 | 1.373 | 260,870 | 1.873 |
| Saint Mary's (B) | Aug-25 | | 433 | 20,000 | 1.373 | 27,460 | 1.873 |
| Scammon Bay | Jul-31 | | 150 | 80,000 | 1.353 | 108,240 | 1.853 |
| | | | | 1,451,000 | < Totals> | $1,968,003 | |

*Use <u>Daily Fuel Rate</u> for "Quantity Adjustments"*

**Special instructions related to this Area:**

M. Bruce Barto
Bidder's Name (Please Print)

V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature        Title                Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

Pamela a. McElroy
Dec. 1, 2003

**EXHIBIT B**
**PAGE 19 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED** *Page Revised 11/14/03*

## AREA 4 – LOWER YUKON RIVER

### LOWER YUKON SCHOOL DISTRICT – UNLEADED GASOLINE DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Alakanuk | | | 65,000 | 1.353 | $87,945 | 1.853 |
| Central Office | | | 18,000 | 1.353 | 24,354 | 1.853 |
| Emmonak | | | 51,000 | 1.353 | 69,003 | 1.853 |
| Hooper Bay | | | 85,000 | 1.353 | 115,005 | 1.853 |
| Kotlik | | | 65,000 | 1.353 | 87,945 | 1.853 |
| Marshall | | | 40,000 | 1.353 | 54,120 | 1.853 |
| Mountain Village | | | 68,000 | 1.353 | 92,004 | 1.853 |
| Pilot Station | | | 35,000 | 1.353 | 47,355 | 1.853 |
| Pitkas Point | | | 23,000 | 1.353 | 31,119 | 1.853 |
| Russian Mission | | | 19,000 | 1.353 | 25,707 | 1.853 |
| Scammon Bay | | | 23,000 | 1.353 | 31,119 | 1.853 |
| Sheldon Point | | | 25,000 | 1.353 | 33,825 | 1.853 |
| | | | 517,000 | < Totals> | $699,501 | |

Special instructions related to this Area:

*(handwritten)* 4/18/05 - NOTE: NO CAP
STARTS 2005
ENDS 2007    W/ OPTIONS

M. Bruce Barto
Bidder's Name (Please Print)

*(signature)* M. Bruce Barto

Authorized Signature

V.P. & G.M. Petroleum Svcs    12/01/03
Title    Date

Note: *(notary seal: PAMELA A. MCELROY, COMMISSION EXPIRES, NOTARY PUBLIC, DEC. 30, 2006, STATE OF WASHINGTON)* must be signed by owner, or his authorized agent (Signature must be notarized).

*(signature)* Pamela A. McElroy
Dec. 1, 2003

EXHIBIT B
PAGE 20 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 4 – LOWER YUKON RIVER

**LOWER YUKON SCHOOL DISTRICT – UNLEADED GASOLINE REQUIREMENTS**

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Alakanuk | | | 1,500 | 1.616 | $2,424 | 2.116 |
| Central Office | | | 8,500 | 1.616 | 13,736 | 2.116 |
| Emmonak | | | 500 | 1.616 | 808 | 2.116 |
| Hooper Bay | | | 1,500 | 1.616 | 2,424 | 2.116 |
| Kotlik | | | 275 | 1.616 | 444.40 | 2.116 |
| Marshall | | | 1,000 | 1.616 | 1,616 | 2.116 |
| Mountain Village | | | 2,000 | 1.616 | 3,232 | 2.116 |
| Pilot Station | | | 1,500 | 1.616 | 2,424 | 2.116 |
| Russian Mission | | | 2,000 | 1.616 | 3,232 | 2.116 |
| Scammon Bay | | | 500 | 1.616 | 808 | 2.116 |
| Sheldon Point | | | 1,000 | 1.616 | 1,616 | 2.116 |
| | | | 20,275 | < Totals> | $32,764.40 | |

**Special instructions related to this Area:**

_____M. Bruce Barto_____
Bidder's Name (Please Print)

*4/18/05:*
*NO CAP*

*Term: 2005 - 2007*

_____        V.P. & G.M. Petroleum Svcs        12/01/03
Authorized Signature                Title                                Date

*Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).*

*Pamela A. McElroy*
*Dec. 1, 2003*

*PAMELA A. MCELROY*
*NOTARY PUBLIC*
*DEC. 30, 2006*
*STATE OF WASHINGTON*

**EXHIBIT B**
**PAGE 21 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 4 – LOWER YUKON RIVER

### KASHUNAMIUT SCHOOL DISTRICT – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Chevak | | | 60,000 | 1.353 | $81,180 | 1.853 |

Special instructions related to this Area:

M. Bruce Barto
Bidder's Name (Please Print)

_signature_    V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature    Title    Date

Note: *This page must be signed by owner, or his authorized agent (Signature must be notarized).*



Pamela A. McElroy
Dec. 1, 2003

**EXHIBIT B**
**PAGE 22 OF 46**