Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 4 – LOWER YUKON RIVER

### SAINT MARY'S SCHOOL DISTRICT – DIESEL FUEL REQUIREMENTS

Estimated 2004 order requirements

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Saint Mary's | | | 35,000 | 1.373 | $48,055 | 1.873 |

### SAINT MARY'S SCHOOL DISTRICT – UNLEADED GASOLINE REQUIREMENTS

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Saint Mary's | | | 2,000 | 1.636 | $3,272 | 2.136 |

Special instructions related to this Area:

<br><br><br>

M. Bruce Barto
Bidder's Name (Please Print)

_M. Bruce Barto_ (signature)
Authorized Signature

V.P. & G.M. Petroleum Svcs    12/01/03
Title                         Date

Note:  *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

*Pamela A. McElroy* (signature)
*Dec. 1, 2003*

(Notary Seal: PAMELA A. McELROY — COMMISSION EXPIRES — NOTARY PUBLIC — DEC. 30, 2006 — STATE OF WASHINGTON)

**EXHIBIT B**
**PAGE 23 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 5 – NORTON SOUND, SEWARD PENINSULA, SAINT LAWRENCE ISLAND

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Brevig Mission | Jul-19 | | 81 | 80,000 | 1.353 | $108,240 | 1.853 |
| Elim | Jun-25 | | 126 | 95,000 | 1.353 | 128,535 | 1.853 |
| Gambell | Jun-15 | | 287 | 151,000 | 1.353 | 204,303 | 1.853 |
| Koyuk (A) | Jun-28 | | 152 | 70,000 | 1.353 | 94,710 | 1.853 |
| Koyuk (B) | Aug-30 | | 152 | 10,000 | 1.453 | 14,530 | 1.953 |
| Saint Michael (A) | Jun-25 | | 130 | 70,000 | 1.353 | 94,710 | 1.853 |
| Saint Michael (B) | Aug-30 | | 130 | 10,000 | 1.453 | 14,530 | 1.953 |
| Savoonga | Jul-10 | | 215 | 155,000 | 1.353 | 209,715 | 1.853 |
| Shaktoolik | Jun-25 | | 116 | 62,000 | 1.353 | 83,886 | 1.853 |
| Shishmaref | Aug-1 | | 219 | 136,000 | 1.353 | 184,008 | 1.853 |
| Stebbins (A) | Jun-25 | | 182 | 86,000 | 1.353 | 116,358 | 1.853 |
| Stebbins (B) | Aug-14 | | 182 | 15,000 | 1.353 | 20,295 | 1.853 |
| Wales | Aug-1 | | 93 | 45,000 | 1.353 | 60,885 | 1.853 |
| | | | | 985,000 | < Totals> | $1,334,705 | |

*Use <u>Daily Fuel Rate</u> for "Quantity Adjustments"*

1·355

Special instructions related to this Area:

M. Bruce Barto
Bidder's Name (Please Print)

Authorized Signature      V.P. & G.M. Petroleum Svcs    12/01/03
                          Title                         Date

Note: A Thing age must be signed by owner, or his authorized agent (Signature must be notarized).

Pamela A. McElroy
Dec. 1, 2003

EXHIBIT B
PAGE 24 OF 46

Alaska Village Electric Coop...ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 6 – KOTZEBUE, KOBUK RIVER

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Ambler (A) | Jun-15 | | 167 | 85,000 | 1.927 | $163,795 | 2.427 |
| Ambler (B) | Aug-10 | | 167 | 15,000 | 2.127 | 31,905 | 2.627 |
| Kiana (A) | Jun-25 | | 212 | 90,000 | 1.927 | 173,430 | 2.427 |
| Kiana (B) | Aug-30 | | 212 | 10,000 | 1.927 | 19,270 | 2.427 |
| Kivalina | Aug-5 | | 160 | 89,000 | 1.927 | 171,503 | 2.427 |
| Noorvik (A) | Jul-25 | | 243 | 140,000 | 1.927 | 269,780 | 2.427 |
| Noorvik (B) | Aug-30 | | 243 | 10,000 | 1.927 | 19,270 | 2.427 |
| Selawik (A) | Jul-4 | | 298 | 190,000 | 1.927 | 366,130 | 2.427 |
| Selawik (B) | Aug-30 | | 298 | 35,000 | 1.927 | 67,445 | 2.427 |
| Shungnak (A) | Jun-10 | | 198 | 100,000 | 1.927 | 192,700 | 2.427 |
| Shungnak (B) | Aug-10 | | 198 | 20,000 | 2.127 | 42,540 | 2.627 |
| | | | | 784,000 | < Totals> | $1,517,768 | |

Use <u>Daily Fuel Rate</u> for "Quantity Adjustments")

**Special instructions related to this Area:**

M. Bruce Barto
Bidder's Name (Please Print)

_Authorized Signature_     V.P. & G.M. Petroleum Svcs     12/01/03
Authorized Signature     Title                                    Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

Pamela a. McElroy
Dec. 1, 2003

[Notary seal: PAMELA A. McELROY / NOTARY PUBLIC / COMMISSION EXPIRES DEC. 30, 2006 / STATE OF WASHINGTON]

**EXHIBIT B**
**PAGE 25 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 6 – KOTZEBUE, KOBUK RIVER

### NORTHWEST ARCTIC SCHOOL DISTRICT – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Ambler | | | 20,000 | 1.927 | $38,540 | 2.427 |
| Buckland | | | 30,000 | 1.927 | 57,810 | 2.427 |
| Deering | | | 29,000 | 1.927 | 55,883 | 2.427 |
| Kiana | | | 45,000 | 1.927 | 86,715 | 2.427 |
| Kivalina | | | 34,000 | 1.927 | 65,518 | 2.427 |
| Kobuk | | | 6,000 | 2.127 | 12,762 | 2.627 |
| Noorvik | | | 50,000 | 1.927 | 96,350 | 2.427 |
| Selawik | | | 95,000 | 1.927 | 183,065 | 2.427 |
| Shungnak | | | 45,000 | 1.927 | 86,715 | 2.427 |
| | | | 354,000 | < Totals> | $683,358 | |

20

**Special instructions related to this Area:**

M. Bruce Barto
Bidder's Name (Please Print)

Authorized Signature          V.P. & G.M Petroleum Svcs    12/01/03
                              Title                        Date

*NOTE: This page must be signed by owner, or his authorized agent (Signature must be notarized).*

Pamela A. McElroy
Dec. 1, 2003

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 1 – BRISTOL BAY                    2004 FIXED PRICE

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| New Stuyahok (A) | Jun-15 | | 143 | 65,000 | 1.726 | $112,190 | |
| New Stuyahok (B) | Sep-30 | | 143 | 15,000 | 1.876 | 28,140 | |
| Togiak (A) | Jun-1 | | 334 | 152,000 | 1.341 | 203,832 | |
| Togiak (B) | Oct-5 | | 334 | 58,000 | 1.441 | 83,578 | |
| | | | | 290,000 | < Totals> | $427,740 | |

*Use Daily Fuel Rate for "Quantity Adjustments"*

**Special instructions related to this Area:**

Togiak delivery "A" may include a request for #2 diesel fuel subject to availability by the Contractor.

M. Bruce Barto
Bidder's Name (Please Print)

Authorized Signature         V.P. & G.M. Petroleum Svcs      12/01/03
                             Title                          Date

Note: *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

[Notary Seal: PAMELA A. MCELROY, COMMISSION EXPIRES, NOTARY PUBLIC, DEC. 30, 2005, STATE OF WASHINGTON]

Pamela A. McElroy
Dec. 1, 2003

**EXHIBIT B**
**PAGE 27 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 2 – LOWER KUSKOKWIM                                2004 FIXED PRICE

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Eek | Jun-15 | | 91 | 60,000 | 1.367 | $82,020 | |
| Goodnews Bay | Jun-16 | | 97 | 56,000 | 1.367 | 76,552 | |
| Lower Kalskag (A) | Jun-7 | | 158 | 90,000 | 1.367 | 123,030 | |
| Lower Kalskag (B) | Jul-14 | | 158 | 45,000 | 1.367 | 61,515 | |
| Mekoryuk | Jun-25 | | 113 | 70,000 | 1.367 | 95,690 | |
| Nightmute (A) | Jun-15 | | 174 | 40,000 | 1.367 | 54,680 | |
| Nightmute (B) | Aug-30 | | 174 | 12,000 | 1.467 | 17,604 | |
| Nunapitchuk (A) | Jun-1 | | 386 | 150,000 | 1.367 | 205,050 | |
| Nunapitchuk (B) | Aug-4 | | 386 | 40,000 | 1.367 | 54,680 | |
| Quinhagak | Jun-15 | | 180 | 102,000 | 1.367 | 139,434 | |
| Toksook Bay | Jun-27 | | 194 | 100,000 | 1.367 | 136,700 | |
| Tununak | Jun-27 | | 128 | 100,000 | 1.367 | 136,700 | |
| | | | | 865,000 | < Totals> | $1,183,655 | |

*Use <u>Daily Fuel Rate</u> for "Quantity Adjustments"*

**Special instructions related to this Area:**

 

 

 

__M. Bruce Barto__

Bidder's Name (Please Print)

_____   V.P. & G.M. Petroleum Svcs   __12/01/03__
Authorized Signature              Title                      Date

Note: *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

[Notary seal: PAMELA A. MCELROY / COMMISSION EXPIRES / NOTARY / PUBLIC / DEC. 30, 2006 / STATE OF WASHINGTON]

*Pamela A. McElroy*
*Dec. 1, 2003*

**EXHIBIT B**
**PAGE 28 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 2 – LOWER KUSKOKWIM                         2004 FIXED PRICE

### LOWER KUSKOKWIM SCHOOLS – DIESEL FUEL REQUIREMENTS
*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Atmautluak | | | 32,000 | 1.367 | $43,744 | |
| Chefornak | | | 47,000 | 1.367 | 64,249 | |
| Eek | | | 17,000 | 1.367 | 23,239 | |
| Goodnews Bay | | | 11,000 | 1.367 | 15,037 | |
| Akula | | | 18,000 | 1.367 | 24,606 | |
| Akiuk | | | 22,000 | 1.367 | 30,074 | |
| Kipnuk | | | 37,000 | 1.387 | 51,319 | |
| Kongiganak | | | 19,000 | 1.367 | 25,973 | |
| Kwethluk | | | 31,000 | 1.367 | 42,377 | |
| Kwigillingok | | | 35,000 | 1.367 | 47,845 | |
| Mekoryuk | | | 25,000 | 1.367 | 34,175 | |
| Napakiak | | | 53,000 | 1.367 | 72,451 | |
| Napaskiak | | | 17,000 | 1.367 | 23,239 | |
| Newtok | | | 48,000 | 1.367 | 65,616 | |
| Nightmute | | | 13,000 | 1.367 | 17,771 | |
| Nunapitchuk | | | 42,000 | 1.367 | 57,414 | |
| Oscarville | | | 19,000 | 1.367 | 25,973 | |
| Platinum | | | 3,000 | 1.367 | 4,101 | |
| Quinhagak | | | 42,000 | 1.367 | 57,414 | |
| Toksook Bay | | | 30,000 | 1.367 | 41,010 | |
| Tuntutuliak | | | 14,000 | 1.367 | 19,138 | |
| Tununak | | | 25,000 | 1.367 | 34,175 | |
| | | | 600,000 | < Totals> | $820,940 | |

**Special instructions related to this Area:**

The following locations will require truck delivery from the barge landing to the header: Goodnews Bay, Mekoryuk, Platinum, Quinhagak, and Toksook Bay High School.

M. Bruce Barto
Bidder's Name (Please Print)

*[signature]*

Authorized Signature            V.P. & G.M Petroleum Svcs    12/01/03
                                Title                        Date

*This page must be signed by owner, or his authorized agent (Signature must be notarized).*

*[notary seal: PAMELA A. MCELROY, NOTARY PUBLIC, STATE OF WASHINGTON, DEC. 30, 2005]*

*Pamela A. McElroy*
*Dec. 1, 2003*

EXHIBIT B
PAGE 29 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 2 – LOWER KUSKOKWIM                          2004 FIXED PRICE

### LOWER KUSKOKWIM SCHOOL DISTRICT – DIESEL FUEL #1 REQUIREMENTS
Estimated 2004 order requirements

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Bethel | | | 50,000 | No Bid | | |
| | | | 50,000 | < Totals> | | |

### LOWER KUSKOKWIM SCHOOL DISTRICT – DIESEL FUEL #2 REQUIREMENTS
Estimated 2004 order requirements

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Bethel | | | 140,000 | No Bid | | |
| | | | 140,000 | < Totals> | | |

**Special instructions related to this Area:**

Lower Kuskokwim School District will contract for storage of Bethel inventory independent of this contract.  Inquiries regarding the storage of this fuel should be directed to Philip Gutleben, Business Manager, Lower Kuskokwim School District, at 907-543-4820.

*No fixed price offer f.o.b. Bethel.

__M. Bruce Barto__
Bidder's Name (Please Print)

__V.P. & G.M. Petroleum Svcs__   __12/01/03__
Authorized Signature       Title       Date

*Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).*

Dec. 1, 2003

2004 Fuel Bid Number PUR-F-001/04

EXHIBIT B
PAGE 30 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 3 – MID-YUKON RIVER                    2004 FIXED PRICE

### AVEC – DIESEL FUEL REQUIREMENTS

Estimated 2004 order requirements

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Anvik | Jun-24 | | 69 | 40,000 | No Bid | | |
| Grayling (A) | Jun-6 | | 85 | 40,000 | No Bid | | |
| Grayling (B) | Aug-15 | | 85 | 5,000 | No Bid | | |
| Holy Cross (A) | Jun-7 | | 119 | 50,000 | No Bid | | |
| Holy Cross (B) | Aug-16 | | 119 | 5,000 | No Bid | | |
| Huslia (A) | Jun-11 | | 104 | 60,000 | No Bid | | |
| Huslia (B) | Sep-10 | | 104 | 10,000 | No Bid | | |
| Kaltag (A) | Jun-1 | | 115 | 50,000 | No Bid | | |
| Kaltag (B) | Sep-1 | | 115 | 5,000 | No Bid | | |
| Nulato (A) | May-31 | | 170 | 80,000 | No Bid | | |
| Nulato (B) | Aug-15 | | 170 | 8,000 | No Bid | | |
| Shageluk | Jun-10 | | 54 | 33,000 | No Bid | | |
| | | | | 386,000 | < Totals> | | |

Use _Daily Fuel Rate_ for "Quantity Adjustments"

Special instructions related to this Area:

_____

    M. Bruce Barto
Bidder's Name (Please Print)

_____        V.P. & G.M. Petroleum Svcs   12/01/03
Authorized Signature                     Title                        Date

_This page must be signed by owner, or his authorized agent (Signature must be notarized)._

PAMELA A. MCELROY
COMMISSION EXPIRES
NOTARY
PUBLIC
DEC. 30, 2005
STATE OF WASHINGTON

Pamela A. McElroy
Dec. 1, 2003

**EXHIBIT B**
**PAGE 31 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 4 – LOWER YUKON RIVER                    2004 FIXED PRICE

### AVEC – DIESEL FUEL REQUIREMENTS

Estimated 2004 order requirements

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Alakanuk | Jun-7 | | 204 | 110,000 | 1.367 | $150,370 | |
| Alakanuk | Aug-30 | | 204 | 20,000 | 1.367 | 27,340 | |
| Chevak | Jun-15 | | 251 | 155,000 | 1.367 | 211,885 | |
| Chevak | Aug-30 | | 251 | 55,000 | 1.367 | 75,185 | |
| Emmonak (A) | Jun-5 | | 404 | 160,000 | 1.367 | 218,720 | |
| Emmonak (B) | Aug-30 | | 404 | 35,000 | 1.367 | 47,845 | |
| Hooper Bay (A) | Jun-23 | | 325 | 150,000 | 1.367 | 205,050 | |
| Hooper Bay (B) | Aug-30 | | 325 | 30,000 | 1.367 | 41,010 | |
| Marshall (A) | Jul-15 | | 125 | 70,000 | 1.367 | 95,690 | |
| Marshall (B) | Aug-10 | | 125 | 6,000 | 1.467 | 8,802 | |
| Mt. Village (A) | Jul-1 | | 380 | 170,000 | 1.367 | 232,390 | |
| Mt. Village (B) | Aug-20 | | 380 | 20,000 | 1.367 | 27,340 | |
| Pilot Station (A) | Jun-7 | | 183 | 100,000 | 1.367 | 136,700 | |
| Pilot Station (B) | Aug-15 | | 183 | 20,000 | 1.367 | 27,340 | |
| Russian Mission (A) | Jul-11 | | 104 | 50,000 | 1.367 | 68,350 | |
| Russian Mission (B) | Aug-30 | | 104 | 10,000 | 1.367 | 13,670 | |
| Saint Mary's (A) | Jun-16 | | 433 | 190,000 | 1.387 | 263,530 | |
| Saint Mary's (B) | Aug-25 | | 433 | 20,000 | 1.387 | 27,740 | |
| Scammon Bay | Jul-31 | | 150 | 80,000 | 1.367 | 109,360 | |
| | | | | 1,451,000 | < Totals> | $1,988,317 | |

Use _Daily Fuel Rate_ for "Quantity Adjustments"

Special instructions related to this Area:

_____M. Bruce Barto_____
Bidder's Name (Please Print)

_[signature]_____    V.P. & G.M. Petroleum Svcs   12/01/03____
Authorized Signature         Title                    Date

*Please Note: this page must be signed by owner, or his authorized agent (Signature must be notarized).*

_[signature]_

_[notary seal: PAMELA M. BARTON / COMMISSION EXPIRES / NOTARY PUBLIC / STATE OF WASHINGTON]_

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

*Page Revised 11/14/03*

## AREA 4 – LOWER YUKON RIVER

## 2004 FIXED PRICE

### LOWER YUKON SCHOOL DISTRICT – UNLEADED GASOLINE DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Alakanuk | | | 65,000 | 1.367 | $88,855 | |
| Central Office | | | 18,000 | 1.367 | 24,606 | |
| Emmonak | | | 51,000 | 1.367 | 69,717 | |
| Hooper Bay | | | 85,000 | 1.367 | 116,195 | |
| Kotlik | | | 65,000 | 1.367 | 88,855 | |
| Marshall | | | 40,000 | 1.367 | 54,680 | |
| Mountain Village | | | 68,000 | 1.367 | 92,956 | |
| Pilot Station | | | 35,000 | 1.367 | 47,845 | |
| Pitkas Point | | | 23,000 | 1.367 | 31,441 | |
| Russian Mission | | | 19,000 | 1.367 | 25,973 | |
| Scammon Bay | | | 23,000 | 1.367 | 31,441 | |
| Sheldon Point | | | 25,000 | 1.367 | 34,175 | |
| | | | 517,000 | < Totals > | $706,739 | |

**Special instructions related to this Area:**

---

M. Bruce Barto
Bidder's Name (Please Print)

*[signature]* _____    V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature                        Title                Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

*[notary seal: PAMELA A. MCELROY, COMMISSION EXPIRES, NOTARY PUBLIC, STATE OF WASH...]*

*Pamela A. McElroy*
*Dec. 1, 2003*

EXHIBIT B
PAGE 33 OF 46

Alaska Village Electric Coop ....tive, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

AREA 4 – LOWER YUKON RIVER                                    2004 FIXED PRICE

LOWER YUKON SCHOOL DISTRICT – UNLEADED GASOLINE REQUIREMENTS

Estimated 2004 order requirements

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Alakanuk | | | 1,500 | No Bid | | |
| Central Office | | | 8,500 | No Bid | | |
| Emmonak | | | 500 | No Bid | | |
| Hooper Bay | | | 1,500 | No Bid | | |
| Kotlik | | | 275 | No Bid | | |
| Marshall | | | 1,000 | No Bid | | |
| Mountain Village | | | 2,000 | No Bid | | |
| Pilot Station | | | 1,500 | No Bid | | |
| Russian Mission | | | 2,000 | No Bid | | |
| Scammon Bay | | | 500 | No Bid | | |
| Sheldon Point | | | 1,000 | No Bid | | |
| | | | 20,275 | < Totals> | | |

Special instructions related to this Area:

____M. Bruce Barto_____
Bidder's Name (Please Print)

_M. Bruce Barto_____    _V.P. & G.M. Petroleum Svcs_  _12/01/03_
Authorized Signature      Title                         Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

_Pamela A. McElron_
_Dec. 1, 2003_

EXHIBIT B
PAGE 34 OF 46

Alaska Village Electric Coop⸱ ᴜtive, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 4 – LOWER YUKON RIVER                           2004 FIXED PRICE

### KASHUNAMIUT SCHOOL DISTRICT – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Chevak | | | 60,000 | 1.367 | $82,020 | |

Special instructions related to this Area:

M. Bruce Barto
Bidder's Name (Please Print)



Authorized Signature

V.P. & G.M. Petroleum Svcs    12/01/03

Title                                  Date

Note:  *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

*Pamela A. McElroy*
*Dec. 1, 2003*

Alaska Village Electric Coop..ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 4 – LOWER YUKON RIVER                          2004 FIXED PRICE

### SAINT MARY'S SCHOOL DISTRICT – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Saint Mary's | | | 35,000 | 1.387 | $48,545 | |

### SAINT MARY'S SCHOOL DISTRICT – UNLEADED GASOLINE REQUIREMENTS

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Saint Mary's | | | 2,000 | No Bid | | |

**Special instructions related to this Area:**

_____M. Bruce Barto_____
Bidder's Name (Please Print)

_____      V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature          Title                        Date

Note:  *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

Pamela A. McElroy
Dec. 1, 2003

[Notary Seal: PAMELA A. MCELROY, NOTARY PUBLIC, COMMISSION EXPIRES DEC. 30, 2006, STATE OF WASHINGTON]

**EXHIBIT B**
**PAGE 36 OF 46**

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

# 2004 FIXED PRICE

## AREA 5 – NORTON SOUND, SEWARD PENINSULA, SAINT LAWRENCE ISLAND

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Brevig Mission | Jul-19 | | 81 | 80,000 | 1.367 | $109,360 | |
| Elim | Jun-25 | | 126 | 95,000 | 1.367 | 129,865 | |
| Gambell | Jun-15 | | 287 | 151,000 | 1.367 | 206,417 | |
| Koyuk (A) | Jun-28 | | 152 | 70,000 | 1.367 | 95,690 | |
| Koyuk (B) | Aug-30 | | 152 | 10,000 | 1.467 | 14,670 | |
| Saint Michael (A) | Jun-25 | | 130 | 70,000 | 1.367 | 95,690 | |
| Saint Michael (B) | Aug-30 | | 130 | 10,000 | 1.467 | 14,670 | |
| Savoonga | Jul-10 | | 215 | 155,000 | 1.367 | 211,885 | |
| Shaktoolik | Jun-25 | | 116 | 62,000 | 1.367 | 84,754 | |
| Shishmaref | Aug-1 | | 219 | 136,000 | 1.367 | 185,912 | |
| Stebbins (A) | Jun-25 | | 182 | 86,000 | 1.367 | 117,562 | |
| Stebbins (B) | Aug-14 | | 182 | 15,000 | 1.367 | 20,505 | |
| Wales | Aug-1 | | 93 | 45,000 | 1.367 | 61,515 | |
| | | | | 985,000 | < Totals> | $1,348,495 | |

*Use <u>Daily Fuel Rate</u> for "Quantity Adjustments"*

Special instructions related to this Area:

M. Bruce Barto
Bidder's Name (Please Print)

_____         V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature              Title                    Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

*[Notary stamp: PAMELA A. McELROY, COMMISSION EXPIRES, NOTARY PUBLIC, STATE OF WASHINGTON, DEC. 30, 2005]*

Pamela a. McElroy
Dec. 1, 2003

EXHIBIT B
PAGE 37 OF 46

Alaska Village Electric Coop    ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 6 – KOTZEBUE, KOBUK RIVER                    2004 FIXED PRICE

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Ambler (A) | Jun-15 | | 167 | 85,000 | 1.941 | $164,985 | |
| Ambler (B) | Aug-10 | | 167 | 15,000 | 2.141 | $32,115 | |
| Kiana (A) | Jun-25 | | 212 | 90,000 | 1.941 | 174,690 | |
| Kiana (B) | Aug-30 | | 212 | 10,000 | 1.941 | 19,410 | |
| Kivalina | Aug-5 | | 160 | 89,000 | 1.941 | 172,749 | |
| Noorvik (A) | Jul-25 | | 243 | 140,000 | 1.941 | 271,740 | |
| Noorvik (B) | Aug-30 | | 243 | 10,000 | 1.941 | 19,410 | |
| Selawik (A) | Jul-4 | | 298 | 190,000 | 1.941 | 368,790 | |
| Selawik (B) | Aug-30 | | 298 | 35,000 | 1.941 | 67,935 | |
| Shungnak (A) | Jun-10 | | 198 | 100,000 | 1.941 | 194,100 | |
| Shungnak (B) | Aug-10 | | 198 | 20,000 | 2.141 | 42,820 | |
| | | | | 784,000 | < Totals> | $1,528,744 | |

*Use <u>Daily Fuel Rate</u> for "Quantity Adjustments")*

Special instructions related to this Area:

___M. Bruce Barto___
Bidder's Name (Please Print)

*(signature)*

Authorized Signature    V.P. & G.M. Petroleum Svcs    12/01/03
                        Title                         Date

Note: This figure must be signed by owner, or his authorized agent (Signature must be notarized).

*(notary seal: A. McElroy / COMMISSION EXPIRES / NOTARY / PUBLIC / DEC. 30, 2006 / STATE OF WASHINGTON)*

*Pamela A. McElroy*
*Dec. 1, 2003*

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 6 – KOTZEBUE, KOBUK RIVER                    2004 FIXED PRICE

### NORTHWEST ARCTIC SCHOOL DISTRICT – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Ambler | | | 20,000 | 1.941 | $38,820 | |
| Buckland | | | 30,000 | 1.941 | 58,230 | |
| Deering | | | 29,000 | 1.941 | 56,289 | |
| Kiana | | | 45,000 | 1.941 | 87,345 | |
| Kivalina | | | 34,000 | 1.941 | 65,994 | |
| Kobuk | | | 6,000 | 2.141 | 12,846 | |
| Noorvik | | | 50,000 | 1.941 | 97,050 | |
| Selawik | | | 95,000 | 1.941 | 184,395 | |
| Shungnak | | | 45,000 | 1.941 | 87,345 | |
| | | | 354,000 | < Totals> | $688,314 | |

**Special instructions related to this Area:**

M.Bruce Barto
Bidder's Name (Please Print)

Authorized Signature     V.P. & G.M. Petroleum Svcs     12/01/03
                         Title                          Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

*Pamela A. McElroy*
*Dec. 1, 2003*

[Notary seal: PAMELA A. MCELROY / NOTARY PUBLIC / STATE OF WASHINGTON / COMMISSION EXPIRES DEC. 30, 2006]

**EXHIBIT B**
**PAGE 39 OF 46**



# CROWLEY MARINE SERVICES, INC.

PRODUCT SPECIFICATION

Product: **Diesel Fuel No. 1**
Heating Fuel No. 1

| Characteristic | ASTM Test Method | Specified Limit (1) | Typical (2) | Comments |
|---|---|---|---|---|
| Gravity, API @ 60 deg F...... | D1298 | 35.0 Min | 43.0 | |
| Gravity, Specific 60 F/60 F.. | | 0.8499 Max | 0.8110 | |
| Flash Point, F(C)............ | D93 | 100 Min(38) | 103 | |
| Cloud Point, F(C)............ | D2500 | -58 Max(-50) | -60 | |
| Pour Point, F(C)............. | D97 | -60 Max(-51) | -60 | |
| Viscosity cSt 100 F (38 C)... | D445 | 1.3 to 2.4 | 1.3 | |
| ASTM Distillation, F(C)...... | D86 | | | |
| 10% Evaporated............. | " " | 419 Max (215) | 339 | |
| 50% Evaporated............. | " " | | 404 | |
| 90% Evaporated............. | " " | 550 Max(289) | 486 | |
| End Point.................. | " " | | 523 | |
| Carbon Residue(10% botts) Wt% | D524 | 0.15 Max | 0.10 | |
| Ash - % Wgt................. | D482 | 0.01 Max | <.001 | |
| Copper Strip Corrosion....... | D130 | No. 3 Max | 1a | |
| Sulphur - % wgt............. | D4294 | 0.30 Max | 0.10 | |
| Color - ASTM................ | D1500 | .3 Max | | |
| Cetane Index, Calculated..... | D4737 | 40 Min | 44 | |
| Sediment & Water - % vol..... | D2709 | 0.05 Max | nil | |
| Heating value - Btu's/gallon. gross... | D240 | | 132,000 | |
| Neutralization Number, TAN... mg KOH/g................... | D974 " " | 0.05 Max | | |
| Particulate Matter mg/liter.. | D2276 | | .3 | |

(1) *Generally conforms to ASTM D396, Standard Specification for No. 1 Fuel Oils. Based on ASTM D975-98a, Table 1 "Detailed Requirements for Diesel Fuel Oils." May meet ASTM 2880 for No. 1-GT\* fuel, and Federal Spec VV-F-800C for grade DF-1 with some exceptions. \* gas turbine*

(2) *Typical product quality subject to change within Specified Limits.*

Effective 2/14/01                    Cancels 1/22/01

Post Office Box 2287
Seattle, Washington 98111
(206) 443-8100
(800) 248-8632
Fax (206) 443-8072

Post Office Box 261
Kotzebue, Alaska 99752
(907) 442-3211
Fax (907) 442-3627

4300 B Street
Suite 507
Anchorage, Alaska 99503-5997
(907) 563-1114
(800) 478-7237
Fax (907) 762-3330

Post Office Box 700
Nome, Alaska 99762
(907) 443-2219
Fax (907) 443-2012

General Delivery
Post Office Box 92
Unalaska, Alaska 99685
(907) 581-1265
Fax (907) 581-1689

 **CROWLEY MARINE SERVICES, INC.**

<u>PRODUCT SPECIFICATION</u>

Product: **Unleaded Gasoline**

| Characteristic | ASTM Test Method | Specified Limit | Typical | Comments |
|---|---|---|---|---|
| Octane - Research........... | D2699 | | 90.9 | |
| Motor.............. | D2700 | 82 Min | 83.2 | |
| Antiknock Index (R+M)/2.... | Both | 87 Min | 87.2 | |
| Lead - grams/liter.......... | D3237 | .013 Max | .00 | |
| grams/gallon.......... | " " | .05 Max | .00 | |
| Color...................... | | Undyed | Colorless | |
| Reid Vapor Pressure......... | D323, D5191 | 15.0 Max | 14.4 | |
| lbs(kPa) at 100 F (37.8 C) | " " | 103.4 Max | | |
| Gravity, API @ 60 deg F...... | D1298 | | 57.5 | |
| Gravity, Specific 60 F/60 F.. | | | .7486 | |
| Density lb/gal @ 60 F........ | | | 6.241 | |
| Flash Point, F(C)........... | D93 | | below -50(-45) | |
| ASTM Distillation, F(C)...... | D86 (3 | | | |
| 10% Evaporated............. | " " | 131 Max | 107 | |
| 50% Evaporated............. | " " | 170 to 235 | 227 | |
| 90% Evaporated............. | " " | 365 Max | 315 | |
| End Point.................. | " " | 437 Max | 359 | |
| % Residue.................. | " " | 2.0% Max | 1 | |
| Copper Strip Corrosion....... | D130 | No 1 Max | 1a | |
| Sulphur - % wgt............. | D4294 | 0.10 Max | .0221 | |
| Mercaptan Sulfer - % wgt..... | D3227 | 0.002 Max | 0.0008 | |
| Existent Gum - mg/100 ml..... | D381 | 5 Max | 0.3 | |
| Oxidation Stability......... | D525 | | | |
| @ 100 deg C, in minutes. | " " | 240 Min | >240 | |
| Vapor/Liq Ratio (calculated). | D4814 | 105 Min | 120 | |
| IVD Detergent, Gal/1000 Gal Fuel (2) | | 0.1939 Min | | |
| Driveability Index | D4814 | 1220 Max | | |

*(1)   Typical product quality subject to change within Specified Limits.*
*(2)   Based on ASTM D-4814-98a 4utomotive Spark-Ignition Fuel".*
*(3)   Seasonal variablity affects specified limit and actuals.*

Effective 1/22/01                              Cancels 06/01/97

Post Office Box 2287
Seattle, Washington 98111
(206) 443-8100
(800) 248-8632
Fax (206) 443-8072

Post Office Box 261
Kotzebue, Alaska 99752
(907) 442-3211
Fax (907) 442-3627

4300 B Street
Suite 507
Anchorage, Alaska 99503-5997
(907) 563-1114
(800) 478-7237
Fax (907) 762-3330

Post Office Box 700
Nome, Alaska 99762
(907) 443-2219
Fax (907) 443-2012

General Delivery
Post Office Box 92
Unalaska, Alaska 99685
(907) 581-1265
Fax (907) 581-1689

Alaska Department of Community and Economic Development
P.O. Box 110806, Juneau, Alaska 99811-0806

## Alaska Business License

This is to certify that the licensee named below holds Alaska Business License Number 155013 covering the period Friday, December 14, 2001 through Wednesday, December 31, 2003.

Line of Business: Transportation and Warehousing

# CROWLEY MARINE SERVICES, INC.

P.O. BOX 2287, SEATTLE WA 98111

Owner:
CROWLEY MARINE SERVICES, INC.

This license shall not be taken as permission to do business in the state without having complied with the other requirements of the laws of the State of Alaska or of the United States.

*Deborah B. Sedwick, Commissioner*
*Department of Community and Economic Development*

This license must be posted in a conspicuous place at the business location. It is not transferable or assignable.

| | | No2 | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| TRAMMO | u | 52.00 | -- | 99.00 | 104.00m | 111.00 |
| Tesoro | b | 92.75 | -- | 99.00 | 104.00m | 114.00 |
| Tesoro | u | 91.75 | -- | 99.50 | 104.50m | 111.50 |
| Texaco | b | 90.01 | 92.51 | 99.00 | 104.80m | 113.00 |
| Tosco | u | 89.00 | 89.25 | 97.75 | 102.25m | 109.50 |
| XOM | b | 88.85 | -- | 98.60 | 104.00m | 112.60 |
| LOW RACK | | 88.00 | 89.15 | 97.75 | 102.25m | 109.50 |
| HIGH RACK | | 92.75 | 92.51 | 100.00 | 107.00m | 115.00 |
| AVERAGE RACK | | 90.60 | 90.34 | 98.93 | 104.72m | 112.33 |
| 5-DAY AVG | | 89.04 | 88.37 | 99.01 | 104.90m | 112.49 |

7.74Eth content may vary

**Portland-Vancouver, OR-WA**
LOW RETAIL 148.80
AVG RETAIL 156.47
LOW RETAIL EX-TAX 101.10
AVG RETAIL EX-TAX
RACK/RETAIL P+/L- + 10.48

**CONV ETHANOL 7.7%** — PORTLAND, OR

| | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|
| Cenex | b N-Apt | -- | 103.76 | 110.21m | 116.67 |
| Duke | b N-10 | -- | 102.00 | 105.50m | 115.00 |
| Shell | b N-10 | -- | 103.40 | 109.20m | 117.40 |
| Tesoro | b N-10 | -- | 103.50 | 109.50m | 118.50 |
| Tesoro | u N-10 | -- | 104.00 | 109.00m | 116.00 |
| Texaco | b N-10 | -- | 103.40 | 109.20m | 117.40 |
| XOM | b 1-10 | -- | 102.60 | 104.60m | 116.60 |
| LOW RACK | | | 102.00 | 105.50m | 115.00 |
| HIGH RACK | | | 104.00 | 110.21m | 118.50 |
| AVERAGE RACK | | | 103.24 | 108.72m | 116.80 |
| 5-DAY AVG | | | 103.50 | 105.17m | 117.01 |

7.74Eth content may vary

**Portland-Vancouver, OR-WA**
LOW RETAIL 153.05
AVG RETAIL 160.64
LOW RETAIL EX-TAX 114.60
AVG RETAIL EX-TAX 122.10
RACK/RETAIL P+/L- + 10.86

**CONV ETHANOL 10%** — PORTLAND, OR

| | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|
| 76 | b 1-10 | -- | 105.00 | 112.20m | 120.00 |
| Chevron | b N-10 | -- | 103.38 | 110.38m | 118.38 |
| Duke | u N-10 | -- | 103.00 | 106.50m | 116.00 |
| Tosco | u N-10 | -- | 102.25 | 106.25m | 113.25 |
| LOW RACK | | | 105.00 | 112.20m | 120.00 |
| HIGH RACK | | | 105.00 | 112.20m | 120.00 |
| AVERAGE RACK | | | 103.41 | 108.78m | 116.91 |
| 5-DAY AVG | | | 103.53 | 109.11m | 116.91 |

7.74Eth content may vary

OXY AVG
OXY AVG = Regular   103.30   108.74   116.84

**SACRAMENTO, CA**

| | | CARB No2 | LS No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 94.80 | -- | -- | -- | -- |
| BP | b | 92.50 | -- | -- | -- | -- |
| Beacon | b | 98.05 | -- | -- | -- | -- |
| Chevron | b | 93.30 | -- | -- | -- | -- |
| Shell | b | 95.44 | -- | -- | -- | -- |
| TRAMMO | u | 52.00 | -- | -- | -- | -- |
| Tesoro | b | 94.00a | -- | -- | -- | -- |
| Texaco | b | 98.44 | -- | -- | -- | -- |
| Tosco | u | 94.30 | -- | -- | -- | -- |
| Valero | b | 98.05 | -- | -- | -- | -- |
| Valero | u | 94.30 | -- | -- | -- | -- |
| Valero-Ex | b | 99.55 | -- | -- | -- | -- |
| LOW RACK | | 94.30 | -- | -- | -- | -- |
| HIGH RACK | | 99.55 | -- | -- | -- | -- |
| AVERAGE RACK | | 95.88 | -- | -- | -- | -- |
| 5-DAY AVG | | 93.96 | -- | -- | -- | -- |

**CARFG ETHANOL 5.7%** — SACRAMENTO, CA

| | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|
| 76 | b 1-10 | -- | 111.65 | 116.65m | 124.65 |
| Beacon | b N-10 | -- | 105.95 | 110.95m | 114.95 |
| Chevron | b N-10 | -- | 107.50 | 112.50m | 120.50 |
| Shell | b N-10 | -- | 107.55 | 112.55m | 120.55 |
| Tesoro | b N-10 | -- | 107.00 | 112.00m | 117.00 |
| Texaco | b N-10 | -- | 107.55 | 112.55m | 120.55 |
| Tosco | u N-10 | -- | 110.50 | 118.00m | 122.50 |
| Valero | b 1-10 | -- | 105.95 | 110.95m | 115.25 |
| Valero | u N-12 | -- | 106.25 | 110.75m | 115.25 |
| Valero-Ex | b N-12 | -- | 113.45 | 113.45m | 121.45 |
| LOW RACK | | | 104.45 | 110.95m | 114.95 |
| HIGH RACK | | | 111.65 | 116.65m | 124.65 |
| AVERAGE RACK | | | 107.84 | 113.19m | 120.37 |
| 5-DAY AVG | | | 107.69 | 113.01m | 120.06 |

**Sacramento, CA**
LOW RETAIL 167.40
AVG RETAIL 168.58
LOW RETAIL EX-TAX 119.67
AVG RETAIL EX-TAX 120.78
RACK/RETAIL P+/L- + 12.94

**SAN DIEGO, CA**

| | | CARB No2 | LS No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| BP | u | 95.80 | -- | -- | -- | -- |
| Chevron | b | 95.00 | -- | -- | -- | -- |
| TRAMMO | u | 96.00 | -- | -- | -- | -- |
| Tesoro | u | 94.50 | -- | -- | -- | -- |
| Texaco | b | 95.55 | -- | -- | -- | -- |
| Tosco | u | 95.95 | -- | -- | -- | -- |
| Valero | u | 96.00 | -- | -- | -- | -- |
| Valero-Ex | b | 97.00 | -- | -- | -- | -- |
| LOW RACK | | 95.00 | -- | -- | -- | -- |
| HIGH RACK | | 96.02 | -- | -- | -- | -- |
| AVERAGE RACK | | 96.02 | -- | -- | -- | -- |
| 5-DAY AVG | | 94.93 | -- | -- | -- | -- |

**CARFG MTBE 0%** — SAN DIEGO, CA

| | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|
| Tosco | u N-10 | -- | 106.75 | 111.75m | 116.75 |
| LOW RACK | | | 106.75 | 111.75m | 116.75 |
| HIGH RACK | | | 106.75 | 111.75m | 116.75 |
| AVERAGE RACK | | | 106.75 | 111.75m | 116.75 |
| 5-DAY AVG | | | 103.67 | 108.67m | 113.47 |

**San Diego, CA**
LOW RETAIL 161.57
AVG RETAIL 172.97
LOW RETAIL EX-TAX 114.13
AVG RETAIL EX-TAX 124.66
RACK/RETAIL P+/L- + 17.91

**CARFG ETHANOL 5.7%** — SAN DIEGO, CA

| | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|
| 76 | b 1-10 | -- | 116.35 | 121.35m | 129.35 |
| Chevron | b N-10 | -- | 116.22 | 121.22m | 129.22 |
| Tesoro | u N-10 | -- | 108.00 | 113.00m | 118.00 |
| Texaco | b N-10 | -- | 111.20 | 116.60m | 124.20 |
| Valero | u N-12 | -- | 107.25 | 112.25m | 117.25 |
| LOW RACK | | | 107.25 | 112.25m | 117.25 |
| HIGH RACK | | | 116.35 | 121.35m | 129.35 |
| AVERAGE RACK | | | 111.30 | 116.39m | 123.80 |
| 5-DAY AVG | | | 112.78 | 117.88m | 125.06 |

CARFG AVG
CARFG AVG = Regular   110.96   116.03   122.46

**SAN FRANCISCO, CA**

| | | CARB No2 | LS No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 93.55 | -- | -- | -- | -- |
| BP | u | 92.00 | -- | -- | -- | -- |
| Beacon | b | 97.45 | -- | -- | -- | -- |
| Chevron | b | 94.10 | -- | -- | -- | -- |
| Shell | b | 96.11 | -- | -- | -- | -- |
| Tesoro | u | 93.00 | -- | -- | -- | -- |
| Tosco | u | 93.50 | -- | -- | -- | -- |
| Valero | u | 97.85 | -- | -- | -- | -- |
| Valero | u | 94.25 | -- | -- | -- | -- |
| Valero-Ex | b | 99.35 | -- | -- | -- | -- |
| LOW RACK | | 92.00 | -- | -- | -- | -- |
| HIGH RACK | | 95.06 | -- | -- | -- | -- |
| AVERAGE RACK | | 95.06 | -- | -- | -- | -- |
| 5-DAY AVG | | 93.45 | -- | -- | -- | -- |

**CARFG MTBE 0%** — SAN FRANCISCO, CA

| | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|
| 76 | b 1-10 | -- | 104.90 | 109.90m | 117.90 |
| Beacon | b N-10 | -- | 101.20 | 106.30m | 114.30 |
| Chevron | b N-10 | -- | 102.00 | 107.00m | 113.00 |
| Tesoro | u N-10 | -- | 100.00 | 108.00m | 110.00 |
| Tosco | u N-10 | -- | 104.75 | 109.25m | 113.75 |
| Valero | b 1-10 | -- | 103.30 | 108.30m | 114.20 |
| Valero | u N-12 | -- | 100.50 | 106.50m | 110.50 |
| Valero-Ex | b N-10 | -- | 103.80 | 108.80m | 116.80 |
| LOW RACK | | | 100.00 | 105.00m | 110.00 |
| HIGH RACK | | | 105.80 | 110.80m | 118.80 |
| AVERAGE RACK | | | 102.92 | 107.79m | 114.44 |
| 5-DAY AVG | | | 102.89 | 107.73m | 114.46 |

**San Francisco, CA**
LOW RETAIL 171.95
AVG RETAIL 186.01
LOW RETAIL EX-TAX 123.74
AVG RETAIL EX-TAX 136.03
RACK/RETAIL P+/L- + 33.11

**CARFG ETHANOL 5.7%** — SAN FRANCISCO, CA

| | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|
| 76 | b 1-10 | -- | 108.00 | 113.00m | 121.00 |
| Shell | b N-10 | -- | 103.20 | 108.30m | 116.20 |
| Texaco | b N-10 | -- | 103.20 | 108.30m | 116.20 |
| Tosco | u N-10 | -- | 111.00 | 115.50m | 120.00 |
| LOW RACK | | | 103.20 | 108.30m | 116.20 |
| HIGH RACK | | | 111.00 | 115.50m | 121.00 |
| AVERAGE RACK | | | 106.25 | 111.28m | 118.48 |
| 5-DAY AVG | | | 106.35 | 111.27m | 118.39 |

CARFG AVG
CARFG AVG = Regular   104.06   108.95   115.85

**SAN JOSE, CA**

| | | CARB No2 | LS No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 97.10 | -- | -- | -- | -- |
| BP | u | 94.00 | -- | -- | -- | -- |
| Beacon | b | 100.75 | -- | -- | -- | -- |
| Chevron | b | 96.00 | -- | -- | -- | -- |
| Shell | b | 98.36 | -- | -- | -- | -- |
| TRAMMO | u | 96.00 | -- | -- | -- | -- |
| Tesoro | u | 96.00 | -- | -- | -- | -- |
| Texaco | b | 93.60 | -- | -- | -- | -- |
| Tosco | u | 98.36 | -- | -- | -- | -- |
| Valero | b | 95.25 | -- | -- | -- | -- |
| Valero | u | 100.75 | -- | -- | -- | -- |
| Valero-Ex | b | 102.25 | -- | -- | -- | -- |
| LOW RACK | | 93.60 | -- | -- | -- | -- |
| HIGH RACK | | 103.25 | -- | -- | -- | -- |
| AVERAGE RACK | | 97.17 | -- | -- | -- | -- |
| 5-DAY AVG | | 96.21 | -- | -- | -- | -- |

**CARFG ETHANOL 5.7%** — SAN JOSE, CA

| | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|
| 76 | b N-10 | -- | 110.85 | 115.85m | 123.85 |
| Beacon | b N-10 | -- | 104.25 | 109.25m | 121.25 |
| Shell | b N-10 | -- | 108.55 | 113.55m | 121.55 |
| Tesoro | u N-10 | -- | 107.00 | 112.00m | 117.00 |
| Texaco | b N-10 | -- | 108.55 | 113.55m | 121.55 |
| Tosco | u N-10 | -- | 111.25 | 115.75m | 120.25 |
| Valero | b N-10 | -- | 104.25 | 109.25m | 117.25 |
| Valero | u N-12 | -- | 108.00 | 112.50m | 117.00 |
| LOW RACK | | | 106.75 | 111.75m | 119.75 |
| HIGH RACK | | | 104.25 | 109.25m | 117.00 |
| AVERAGE RACK | | | 107.72 | 112.61m | 119.49 |
| 5-DAY AVG | | | 108.24 | 113.12m | 120.02 |

**San Jose, CA**
LOW RETAIL 169.85
AVG RETAIL 173.35
LOW RETAIL EX-TAX 121.12
AVG RETAIL EX-TAX 124.33
RACK/RETAIL P+/L- + 16.61

**SEATTLE, WA**

| | | LS No2 | HS No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| BP | u | 83.65 | 88.80 | -- | -- | -- |
| Cenex | b | 89.00 | 87.75 | 93.75 | 100.00m | 105.00 |
| Chevron | b | 90.50 | -- | 97.50 | 104.50m | 112.50 |
| Shell | b | -- | -- | 92.55 | 98.35m | 106.55 |
| Shell | u | 91.19 | 93.65 | -- | -- | -- |
| TRAMMO | u | -- | -- | 98.50 | 103.50m | 100.50 |
| Tesoro | b | -- | -- | 93.75 | 100.25m | 108.50 |
| Tesoro | u | 91.25 | -- | 96.00 | 103.00m | 108.00 |
| Tesoro | b | 91.19 | 91.65 | 92.55 | 98.35m | 106.55 |
| Texaco | u | 91.19 | 91.65 | -- | -- | -- |
| Tosco | u | -- | -- | 96.50 | 101.50m | 108.00 |
| US Oil | u | 88.65 | -- | -- | -- | -- |
| XOM | b | 88.60 | -- | 94.45 | -- | 104.45 |
| LOW RACK | | 88.25 | 87.75 | 92.55 | 98.35m | 104.55 |
| HIGH RACK | | 91.19 | 91.65 | 98.50 | 104.50m | 112.50 |
| AVERAGE RACK | | 90.20 | 90.10 | 95.12 | 100.91m | 108.04 |
| 5-DAY AVG | | 88.30 | 87.71 | 95.06 | 100.94m | 108.62 |

--cludes WA Haz.Sub.Tax

**Seattle-Bellevue-Everett, WA**
LOW RETAIL 145.80
AVG RETAIL 158.88
LOW RETAIL EX-TAX 98.10
AVG RETAIL EX-TAX 111.18
RACK/RETAIL P+/L- + 16.06

**CONV ETHANOL 10%** — SEATTLE, WA

| | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|
| 76 | b 1-10 | -- | 99.00 | 106.00m | 114.00 |
| LOW RACK | | | 99.00 | 106.00m | 114.00 |
| HIGH RACK | | | 99.00 | 106.00m | 114.00 |
| AVERAGE RACK | | | 99.00 | 106.00m | 114.00 |
| 5-DAY AVG | | | 99.70 | 106.70m | 114.70 |

Excludes WA Haz.Sub.Tax

**SPARKS/RENO, NV**

| | | CARB No2 | HS No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 95.05 | -- | 106.85 | 111.85m | 119.85 |
| Berry-Hmk | u | 94.75 | -- | 103.45 | 107.45m | 112.45 |
| Chevron | b | 94.10 | -- | 107.50 | 112.50m | 120.50 |
| Shell | b | -- | -- | 105.60 | 110.60m | 118.60 |
| Shell | u | 94.73 | -- | -- | -- | -- |
| Sinclair | b | 97.10 | -- | 106.65 | 111.65m | 117.65 |
| Texaco | b | 94.73 | -- | 105.60 | 110.60m | 118.60 |
| Tesoro | b | 96.75 | -- | 105.50 | -- | -- |
| Valero | u | 94.75 | -- | 103.00 | 108.00m | 112.00 |
| XOM | b | -- | -- | 105.45 | 110.45m | 118.45 |
| LOW RACK | | 94.10 | -- | 103.00 | 107.45m | 112.00 |
| HIGH RACK | | 97.10 | -- | 107.50 | 112.50m | 120.50 |
| AVERAGE RACK | | 95.40 | -- | 105.31 | 110.41m | 116.78 |
| 5-DAY AVG | | 94.83 | -- | 104.71 | 110.01m | 116.16 |

7.7% Eth content may vary

**Reno, NV**
LOW RETAIL 161.38
AVG RETAIL 168.32
LOW RETAIL EX-TAX 110.17
AVG RETAIL EX-TAX 117.11
RACK/RETAIL P+/L- + 11.58

Get the one book that puts you in touch with 11,000 critical petroleum supply contacts at 2,600 companies that supply, market, trade, produce & distribute refined products, gas liquids & crude oil

**OPIS/Stalsby Petroleum Supply Americas Directory**
*Connecting your business to lucrative opportunities for more than 20 years.*

You Save $20

To subscribe now call 1-877-210-4287 or visit www.opisnet.com/market/directories/index.asp


OPIS OIL PRICE INFORMATION SERVICE

L Thursday Pricing    SEA DF2-L AVERAGE    .9020




**EXHIBIT B**
**PAGE 43 OF 46**



ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.

November 14, 2003

To:       Prospective Bidders for AVEC Bid No. PUR-F-001/04
Subject:  Amendment #1, Misprint on page 17 of Fuel Bid Contract

Please see the attached revised page 17 of the AVEC Fuel Bid Contract. The original page noted this was for "Unleaded Gasoline Requirements", however, it should have been for "Diesel Fuel Requirements". Please discard your original page, and insert this revised page into the Bid Contract.

Thank you.

Sincerely,

Pam Thomas
Buyer

**EXHIBIT B
PAGE 44 OF 46**



ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.

November 21, 2003

To:        Prospective Bidders for AVEC Bid No. PUR-F-001/04
Subject:   Amendment #2, Addition of page 14a to Fuel Bid Contract

Please insert the enclosed page 14a into your copy of the AVEC Fuel Bid Contract.  There is an additional 190,000 gallons of #1 and #2 diesel fuel included on this page.  This will be delivered to Bethel for the Lower Kuskokwim School District.

Thank you.

Sincerely,

Pam Thomas
Buyer

**EXHIBIT B**
**PAGE 45 OF 46**

4831 Eagle Street · Anchorage, Alaska  99503-7497 · Phone (907) 561-1818 · In State (800) 478-1818 · Fax (907) 563-9304

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 2 – LOWER KUSKOKWIM

### LOWER KUSKOKWIM SCHOOL DISTRICT – DIESEL FUEL #1 REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Bethel | | | 50,000 | | | |
| | | | 50,000 | < Totals> | | |

### LOWER KUSKOKWIM SCHOOL DISTRICT – DIESEL FUEL #2 REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Bethel | | | 140,000 | | | |
| | | | 140,000 | < Totals> | | |

**Special instructions related to this Area:**

> Lower Kuskokwim School District will contract for storage of Bethel inventory independent of this contract. Inquiries regarding the storage of this fuel should be directed to Philip Gutleben, Business Manager, Lower Kuskokwim School District, at 907-543-4820.

_____

Bidder's Name (Please Print)

_____     _____     _____
Authorized Signature         Title           Date

Note: *This page must be signed by owner, or his authorized agent (Signature must be notarized).*