# CROWLEY

July 9, 2004

Mr. David Brennan                          VIA FAX: (907) 562-0358
Alaska Village Electric Cooperative, Inc.  Phone:   (907) 562-2631
4831 Eagle Street
Anchorage, Alaska 99503-7497

RE:   Price Cap – PUR - F - 001/04

Crowley Marine Services, Inc. (Crowley) is taking exception to AVEC short paying selected invoices for product supply and barge delivery services year to date in 2004. Crowley's price cap is not applicable. AVEC needs to pay the indexed delivered prices, as invoiced. This is supported as follows:

In 2004, AVEC required bidders to provide a "Fixed Price or Price Cap" (Page 4 of the ITB) in their offers. The ITB specifically indicated that bidders who did not offer a "Fixed Price or Price Cap" would be found non-responsive and could be disqualified. Crowley provided indexed pricing with a cap as well as separate firm fixed pricing based on NYNEX indicators. Crowley feels the cap is not applicable for the following reasons:

- AVEC's ITB came out in November 2003 when the market was within a dime of the 2000 – 2003 average.
- AVEC's bid due date was December 1, 2003.
- Crowley stated that its offer acceptance deadline was January 15, 2004, pursuant to the terms of AVEC's ITB.
- AVEC's ITB stated AVEC would make award within 45 days.
- AVEC did not indicate who the successful bidders were until I visited AVEC's office February 20, 2004 (not a formal award or any discussion about terms or pricing). This was well after the deadlines.
- Crowley's first formal receipt of an order came in the form of AVEC's Purchase Orders on May 14, 2004. Well after Crowley's deadline.
- Market conditions by this time were totally different with OPIS Rack Seattle diesel now posting at $1.58 or higher.
- .Crowley assumed the cap was abandoned in light of all the news about extraordinary US market prices. We waited until the first round of invoice payments to see what AVEC's intentions were.

Crowley Marine Services, Inc.
Post Office Box 2287, Seattle, Washington 98111-2287 - (206) 332-8000 - Fax: (206) 332-8300
300 Harbor Boulevard, Berth 86, San Pedro, CA 90731 - (310) 732-6500 - Fax: (310) 732-6590
2525 C Street, Suite 408, Anchorage, Alaska 99503-2639 - (907) 278-4978 - Fax: (907) 257-2828
4197 Lakeside Drive, Suite 170, Richmond, CA 94806 - (510) 243-3420 - Fax: (510) 243-3431
Post Office Box 2110, Jacksonville, Florida 32203-2110 - (904) 727-2200 - Fax: (904) 727-2401
www.crowley.com

EXHIBIT D
PAGE 1 OF 2

07/09/2004         BULK FUEL CONTRACT - PUR-1 ⌐01/04
Mr. David Brennan
Alaska Village Electric Cooperative, Inc.
Page 2 of 2

- Our deadline for acceptance of our offer, in accordance with the ITB, is critical for "Fixed Price or Price Cap" bidding. These products are a commodity and subject to market price changes. The deadline affords us the ability to protect Crowley against major market increases by taking a firm position on a purchase of fuel in the same time frame and market as our offer. We have no intention of honoring a cap when AVEC failed to make award within the offer deadline for acceptance.

We most appreciate the impact that higher energy costs have on all of us. They are a very significant part of Crowley and AVEC operating costs. Please proceed with payments as requested on Crowley's invoices. This letter will provide documentation that the price caps are not valid, as the offer was not accepted inside the deadline.

Thank You and Best Regards,

*[signature: James M. Dwight]*

James M. Dwight
Director of Sales – Petroleum Services

cc: B. Barto

CRWLY-000567

EXHIBIT D
PAGE 2 OF 2