Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| ALASKA VILLAGE ELECTRIC COOPERATIVE, INC. | ) ) ) Case No. 3:06-cv-00054-TMB |
| Defendant. | ) ) ) |

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Patton Boggs LLP, hereby gives notice of its appearance on behalf of Plaintiff Crowley Marine Services, Inc. in the above-captioned case. All pleadings, notices or other papers shall be served on the undersigned, to the address stated herein:

> Douglas J. Serdahely, Esq.
> PATTON BOGGS LLP
> 601 West Fifth Avenue, Suite 700
> Anchorage, Alaska 99501
> E-mail: dserdahely@pattonboggs.com

47739v1

DATED at Anchorage, Alaska this __8th__ day of March, 2006.

    s/ Douglas J. Serdahely
PATTON BOGGS LLP
ABA No. 7210072
601 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
Tel: (907) 263-6310
Fax: (907) 263-6345
E-mail: dserdahely@pattonboggs.com

Attorneys for Plaintiff Crowley Marine Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the __8th__ day of March, 2006, I caused a true and correct copy of the foregoing document to be served on the following via:

    ☑ **US Mail**  ☐ Fax  ☐ Hand-Delivery

    John A. Leman, Esq.
    Roger R. Kemppel, Esq.
    KEMPPEL HUFFMAN & ELLIS PC
    255 E. Fireweed Lane, Suite 200
    Anchorage, Alaska 99503-2025

By:    s/Nina E. Bingham
    Legal Secretary/Assistant
    PATTON BOGGS LLP

47739v1

NOTICE OF APPEARANCE
*Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.*
CASE NO. 3:06-cv-00054-TMB
PAGE 2