Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| ALASKA VILLAGE ELECTRIC ) | |
| COOPERATIVE, INC. ) | Case No. 3:06-cv-00054-TMB |
| ) | |
| Defendant. ) | |

### CORPORATE DISCLOSURE STATEMENT
### [FED R. CIV. P. 7.1]

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Crowley Marine Services, Inc., hereby notifies the Court that it is an indirectly wholly owned subsidiary of Crowley Maritime Corporation, and Crowley Maritime Corporation owns, indirectly, 100% of the stock of Crowley Marine Services, Inc.

DATED at Anchorage, Alaska this   8th   day of March, 2006.

    s/ Douglas J. Serdahely
    PATTON BOGGS LLP
    ABA No. 7210072
    601 W. 5th Avenue, Suite 700
    Anchorage, Alaska 99501
    Tel: (907) 263-6310
    Fax: (907) 263-6345
    E-mail: dserdahely@pattonboggs.com

    Attorneys for Plaintiff Crowley Marine Services, Inc.

47694v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the __8th__ day of March, 2006, I caused a true and correct copy of the foregoing document to be served on the following via:

☑ **US Mail**   ☐ Fax   ☐ Hand-Delivery

    John A. Leman, Esq.
    Roger R. Kemppel, Esq.
    KEMPPEL HUFFMAN & ELLIS PC
    255 E. Fireweed Lane, Suite 200
    Anchorage, Alaska 99503-2025

By: ___s/Nina E. Bingham___
    Legal Secretary/Assistant
    PATTON BOGGS LLP

CORPORATE DISCLOSURE STATEMENT
[FED R. CIV. P. 7.1]
*Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.*
Case No. 3:06-cv-00054-TMB
Page 2
47694v1