UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

43846

Crowley Marine Services, Inc.

-vs-

Alaska Village Electric Cooperative, Inc.

## RETURN OF SERVICE

Case No: 3:06-CV-00054 TMB

Alaska Court Services
P.O. Box 212041
Anchorage, Ak 99521
907-258-3211

I certify that on Wednesday, March 8, 2006 at 4:05 PM I served the following documents:
Summons in a Civil Case, Complaint, Civil Cover Sheet and exhibits A-E

for service upon Alaska Village Electric Cooperative, Inc.
at 255 E. Fireweed Lane #200 in Anchorage, Alaska.
By leaving a true and correct copy with John Leman Registered Agent

SUBSCRIBED AND SWORN to me on March 9, 2006

Process Server / STEVE ARTURO

Client: Patton Boggs, LLP
601 West 5th Ave, Suite 700
Anchorage , AK . 99501

Attention: Nina
File No: 023659.0101
Service Fee: $35.00
Mileage: $10.00
Endeavor: $25.00 Same Day Service
Endeavor:
Total: $70.00

Notary Public in and for the State of Alaska
My Commission Expires 6-5-2009



AO 440 (Rev. 08/01) Summons in a Civil Case

# United States District Court

DISTRICT OF ALASKA

**SUMMONS IN A CIVIL CASE**

CROWLEY MARINE SERVICES, INC.,

Plaintiff,

v.

ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.

Defendants.

Case No. 3:06-cv-00054-TMB

TO:

Alaska Village Electric Cooperative, Inc.
c/o K, H & G Service Company, Incorporated
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Serdahely, Esq.
Kevin D. Callahan, Esq.
Rebecca S. Copeland, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Facsimile: (907) 263-6345

an answer to the complaint which was served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK

March 8, 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 08/01) Summons in a Civil Case

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me | DATE 3/8/06 |
|---|---|
| NAME OF SERVER *(PRINT)* STEVE ARTURO | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where 255 E FIREWEED LANE #200 Anch. AK 99503

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were

☐ Returned

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 70- |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/8/06
Date

*Signature of Server*

PO Box 212041 Anch AK 99521
*Address of Server*