John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC., )<br>)<br>    Defendant. )<br>_____ ) | Case No. 3:06-CV-00054-TMB |

### ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S
### ENTRY OF APPEARANCE

The law firm of Kemppel, Huffman and Ellis, P.C., enters its appearance on behalf of Alaska Village Electric Cooperative, Inc., in the above-encaptioned proceeding, and requests that copies of all pleadings and other documents filed in this matter be served upon the following:

fs\AVEC\PriceCap\Pleadings\3-28-06\f

John Andrew Leman (jal@khe.com)
Paul J. Jones (pjj@khe.com)
Jason M. Gist (jmg@khe.com)
Kemppel, Huffman and Ellis, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

DATED this 28th day of March, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric
Association, Inc.

_____
John Andrew Leman
Alaska Bar Association No. 9706034

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document
was served on the persons named below
by hand delivery on the 28th day of March, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: _____
Legal Secretary
Kemppel, Huffman & Ellis, P.C.

ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S
ENTRY OF APPEARANCE
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\PriceCap\Pleadings\3-28-06\f