John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-CV-00054-TMB |

### ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S CORPORATE DISCLOSURE STATEMENT FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Alaska Village Electric Cooperative, Inc., hereby files this corporate disclosure statement.

The defendant has no parent corporations or corporate shareholders. The defendant is a non-profit rural electric cooperative corporation, and as such, it has no corporate parents or shareholders. The defendant is owned by the members it serves in rural communities throughout Alaska.

fs\AVEC\PriceCap\Pleadings\3-28-06\f

DATED this 28th day of March, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric Association, Inc.

*[signature]*

John Andrew Leman
Alaska Bar Association No. 9706034

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the persons named below by hand delivery on the 28th day of March, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: *[signature]*
Legal Secretary
Kemppel, Huffman & Ellis, P.C.

ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S
CORPORATE DISCLOSURE STATEMENT
FEDERAL RULE OF CIVIL PROCEDURE 7.1
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\PriceCap\Pleadings\3-28-06\f