KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC., ) <br> ) <br>     Defendant. ) <br> _____ ) | Case No. 3:06-CV-00054-TMB |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Paul J. Jones of the law firm Kemppel, Huffman and Ellis, P.C., hereby gives notice of his appearance on behalf of behalf of Alaska Village Electric Cooperative, Inc., in the above-encaptioned proceeding, and requests that copies of all pleadings and other documents filed in this matter be served upon the following:

    Paul J. Jones (pjj@khe.com)
    Kemppel, Huffman and Ellis, P.C.
    255 E. Fireweed Lane, Suite 200
    Anchorage, Alaska 99503-2025
    Telephone: (907) 277-1604
    Facsimile: (907) 276-2493

fs\AVEC\PriceCap\Pleadings\3-28-06\f

DATED this 28th day of March, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric
Association, Inc.

_____
Paul J. Jones, Alaska Bar No. 9411107

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document
was served on the persons named below
by hand delivery on the 28th day of March, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: _____
Legal Secretary
Kemppel, Huffman & Ellis, P.C.

NOTICE OF APPEARANCE
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\PriceCap\Pleadings\3-28-06\f