KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC.,     )<br>       )<br>       Plaintiff,     )<br>       )<br>vs.        )<br>       )<br>ALASKA VILLAGE ELECTRIC     )<br>COOPERATIVE, INC.,     )<br>       )<br>       Defendant.     )<br>       ) | Case No. 3:06-CV-00054-TMB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John Andrew Leman of the law firm Kemppel, Huffman and Ellis, P.C., hereby gives notice of his appearance on behalf of behalf of Alaska Village Electric Cooperative, Inc., in the above-encaptioned proceeding, and requests that copies of all pleadings and other documents filed in this matter be served upon the following:

John Andrew Leman (jal@khe.com)
Kemppel, Huffman and Ellis, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

LAW OFFICES OF
KEMPPEL, HUFFMAN AND ELLIS
A PROFESSIONAL CORPORATION
255 E. FIREWEED LANE, SUITE 200
ANCHORAGE, ALASKA 99503-2025
(907) 277-1604

fs\AVEC\PriceCap\Pleadings\3-28-06\f

DATED this 28th day of March, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric
Association, Inc.

John Andrew Leman
Alaska Bar Association No. 9706034

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document
was served on the persons named below
by hand delivery on the 28th day of March, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: _____
Legal Secretary
Kemppel, Huffman & Ellis, P.C.

NOTICE OF APPEARANCE
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\PriceCap\Pleadings\3-28-06\f

LAW OFFICES OF
KEMPPEL, HUFFMAN AND ELLIS
A PROFESSIONAL CORPORATION
255 E. FIREWEED LANE, SUITE 200
ANCHORAGE, ALASKA 99503-2025
(907) 277-1604