KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-CV-00054-TMB |

### **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jason M. Gist of the law firm Kemppel, Huffman and Ellis, P.C., hereby gives notice of his appearance on behalf of behalf of Alaska Village Electric Cooperative, Inc., in the above-encaptioned proceeding, and requests that copies of all pleadings and other documents filed in this matter be served upon the following:

> Jason M. Gist (jmg@khe.com)
> Kemppel, Huffman and Ellis, P.C.
> 255 E. Fireweed Lane, Suite 200
> Anchorage, Alaska 99503-2025
> Telephone: (907) 277-1604
> Facsimile: (907) 276-2493

fs\AVEC\PriceCap\Pleadings\3-28-06\f

DATED this 28th day of March, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric Association, Inc.

_____
Jason M. Gist, Alaska Bar No. 0505020

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the persons named below by hand delivery on the 28th day of March, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: _____
   Legal Secretary
   Kemppel, Huffman & Ellis, P.C.

NOTICE OF APPEARANCE
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\PriceCap\Pleadings\3-28-06\f