Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC. )<br>)<br>Defendant. )<br>) | Case No. 3:06-cv-00054-TMB<br><br>**SCHEDULING AND PLANNING**<br>**CONFERENCE REPORT** |

1. **Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on **04/21/06** and was attended by:

   **Douglas J. Serdahely** attorney for plaintiff **Crowley Marine Services, Inc.**

   **John A. Leman** attorney for defendant **Alaska Village Electric Cooperative, Inc.**

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

   _____  have been exchanged by the parties

   __X__  will be exchanged by the parties by **05/05/06.**

48477v1

Proposed changes to disclosures requirements: (*Insert proposed changes, if any*)

Preliminary witness lists

    _____ have been exchanged by the parties

    __X__ will be exchanged by the parties by **05/19/06.**

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    **All claims and defenses.**

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A.    Discovery will be needed on the following issues:

    **All claims and defenses.**

    B.    All discovery commenced in time to be completed by **09/08/06** ("discovery close date").

    C.    Limitations on Discovery.

        1.    Interrogatories.
            __X__ No change from F.R.Civ.P. 33(a)
            \_\_\_\_\_ Maximum of \_\_\_\_\_ by each party to any other party.
            Responses due in **30** days.

        2.    Requests for Admissions.
            __X__ No change from F.R.Civ.P. 36(a)
            \_\_\_\_\_ Maximum of \_\_\_\_\_ requests.
            Responses due in **30** days.

        3.    Depositions.
            __X__ No change from F.R.Civ.P. 36(a), (d).
            \_\_\_\_\_ Maximum of \_\_\_\_\_ depositions by each party.
            Depositions not to exceed _____ hours unless agreed to by all parties.

48477v1

SCHEDULING AND PLANNING CONFERENCE REPORT
Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.
CASE NO. 3:06-cv-00054-TMB
PAGE 2

    D.    Reports from retained experts.

        _____ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

        __**X**__ Reports due:

        From plaintiff **07/17/06.**        From defendant **07/31/06.**

    E.    Supplementation of disclosures and discovery responses are to be made:

    _____ Periodically at 60-day intervals from the entry of scheduling and planning order.

    __**X**__ As new information is acquired, but not later than 60 days before the close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    __**X**__ 45 days prior to the close of discovery.

    _____ Not later than _____

5. **Pretrial Motions.**

    __**X**__ No change from D.Ak.LR 16.1(c).

    The following changes to D.Ak.LR 16.1(c). [Check and complete all that apply]

    _____ Motions to amend pleadings or add parties to be filed not later than _____.

    _____ Motions under the discovery rules must be filed not later than _____.

    _____ Motions in limine and dispositive motions must be filed not later than _____.

48477v1

SCHEDULING AND PLANNING CONFERENCE REPORT  
Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.  
CASE NO. 3:06-cv-00054-TMB  
PAGE 3

6. **Other Provisions:**

   A.   **X**   The parties do not request a conference with the court before the entry of the scheduling order.

   _____ The parties request a scheduling conference with the court on the following issue(s):

   (*Insert issues on which a conference is requested*)

   B.   Alternative Dispute Resolution. [D.Ak.LR 16.2]

   _____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   **X**   The parties may file a request for alternative dispute resolution not later than **09/08/06**.

   _____ Mediation          _____ Early Neutral Evaluation

   C.   The parties _____ do **X** do not consent to trial before a magistrate judge.

   D.   Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   **X**   All parties have complied    _____ Compliance not required by any party

7. **Trial**.

   A.   The matter will be ready for trial:

   _____ 45 days after the discovery close date.

   **X**   not later than **02/01/07**

   B.   This matter is expected to take **5** days to try.

   C.   Jury Demanded _____ Yes  **X** No

   Right to jury trial disputed _____ Yes  **X** No

48477v1

SCHEDULING AND PLANNING CONFERENCE REPORT
Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.
CASE NO. 3:06-cv-00054-TMB
PAGE 4

DATED at Anchorage, Alaska this 26th day of April, 2006.

        s/ Douglas J. Serdahely
PATTON BOGGS LLP
ABA No. 7210072
601 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
Tel: (907) 263-6310
Fax: (907) 263-6345
E-mail: dserdahely@pattonboggs.com

Attorneys for Plaintiff Crowley Marine Services, Inc.

        s/ John Andrew Leman (consent)
Kemppel, Huffman and Ellis, P.C.
ABA No. 9706034
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Tel: (907) 277-1604
Fax: (907) 276-2493
E-mail: jal@khe.com

Attorneys for Defendant Alaska Village Electric Cooperative, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006, a copy of the Scheduling And Planning Conference Report was served electronically on:

**John Andrew Leman, Esq.**
jal@hke.com

**Paul J. Jones, Esq.**
pjj@khe.com

**Jason M. Gist, Esq.**
jmg@khe.com

By:    s/Nina E. Bingham
       Nina E. Bingham, Legal Secretary
       PATTON BOGGS LLP

48477v1

SCHEDULING AND PLANNING CONFERENCE REPORT
Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.
CASE NO. 3:06-cv-00054-TMB
PAGE 5