Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC. ) <br> ) <br> Defendant. ) | Case No. 3:06-cv-00054-TMB <br><br> **JOINT MOTION TO** <br> **AMEND SCHEDULING AND** <br> **PLANNING ORDER** |

The Parties, by and through their undersigned counsel, hereby jointly move this Court to amend its Scheduling and Planning Order, dated May 4, 2006.

On April 25, 2006 in accordance with F.R.Civ.P. 26(f), the Parties filed their Scheduling and Planning Conference Report (the "Report"). A copy of that Report is attached hereto as Exhibit A. The Report sets out the dates for the exchange or filing of pre-discovery disclosures, a discovery plan, pretrial motions and other provisions. On May 4, 2006, the Court issued the Scheduling and Planning Order ("Order") based upon the Report.

The dates set forth in the Court's Order and the dates set forth in the Parties' Report conform on all but two (2) of the disclosure dates. The Court's Order requires that the Parties disclose **expert witness reports** on June 10, 2006 or under Rule 26(a)(1) no later than 90 days before the close of discovery. The Parties' Report sets the date for disclosure of plaintiff's expert reports as July 17, 2006 and the date for disclosure of defendant's expert reports as July

48750v1

31, 2006. The Parties believe that additional time to exchange expert witness reports will be needed and respectfully request the Court to amend its Order to adopt the Parties' recommended dates for the exchange of expert reports.

In the Parties' Report, the Parties intentionally did not request a trial by jury. The Court's Order, however, sets this case for a jury trial. The Parties request this Court to amend its Order to conform with the Parties' request for a **non-jury trial**.

For the foregoing reasons, the Parties jointly request the Court to amend the Scheduling and Planning Order as provided herein. For the Court's convenience, a proposed order to such effect has been lodged herewith.

DATED at Anchorage, Alaska this   15th   day of May, 2006.

>s/ Douglas J. Serdahely
>PATTON BOGGS LLP
>ABA No. 7210072
>601 W. 5th Avenue, Suite 700
>Anchorage, Alaska 99501
>Tel: (907) 263-6310
>Fax: (907) 263-6345
>E-mail: dserdahely@pattonboggs.com
>
>Attorneys for Plaintiff Crowley Marine Services, Inc.

DATED at Anchorage, Alaska this   15th   day of May, 2006.

>s/ John Andrew Leman (Consent)
>KEMPPEL, HUFFMAN AND ELLIS, PC
>255 E. Fireweed Land, Suite 200
>Anchorage, Alaska 99503-2025
>Tel: (907) 277-1604
>Fax:  276-2493
>E-mail: jal@khe.com
>
>Attorneys for Defendant Alaska Village Electric Cooperative, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006, a copy of the Joint Motion to Amend Scheduling and Planning Order was served electronically on:

**John A. Leman, Esq.**  
jal@khe.com

**Jason M. Gist**  
jmg@khe.com

**Paul J. Jones, Esq.**  
pjj@khe.com

By:    s/Nina E. Bingham  
        Legal Secretary/Assistant  
        PATTON BOGGS LLP