# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALASKA VILLAGE ELECTRIC COOPERATIVE, INC. <br><br> Defendant. | Case No. 3:06-cv-00054-TMB <br><br> **(PROPOSED) AMENDED SCHEDULING AND <u>PLANNING ORDER</u>** |

This Court, having considered the Parties' Joint Motion to Amend Scheduling and Planning Order, hereby grants such motion and amends the Scheduling and Planning Order, dated May 4, 2006, as follows:

1. Plaintiff shall serve its experts report(s) no later than July 17, 2006.

2. Defendant shall serve its expert report(s) no later than July 31, 2006.

3. The Trial herein will be a non-jury trial.

All other provisions of the original Scheduling and Planning Order will remain in effect.

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

 

                                         Honorable Timothy M. Burgess
                                         United States District Judge

48798v1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006, a copy of the (Proposed) Amended Scheduling and Planning Order was served electronically on:

**John A. Leman, Esq.**  
jal@khe.com

**Jason M. Gist**  
jmg@khe.com

**Paul J. Jones, Esq.**  
pjj@khe.com

By:     s/Nina E. Bingham  
          Legal Secretary/Assistant  
          PATTON BOGGS LLP