Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-cv-00054-TMB <br><br> **SCHEDULING AND PLANNING** <br> **CONFERENCE REPORT** |

1. **Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on **04/21/06** and was attended by:

    **Douglas J. Serdahely** attorney for plaintiff **Crowley Marine Services, Inc.**

    **John A. Leman** attorney for defendant **Alaska Village Electric Cooperative, Inc.**

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

    _____ have been exchanged by the parties

    __X__ will be exchanged by the parties by **05/05/06**.

48477v1

Exhibit A
Page 1 of 5

Proposed changes to disclosures requirements: (*Insert proposed changes, if any*)

Preliminary witness lists

   _____ have been exchanged by the parties

   __X__ will be exchanged by the parties by **05/19/06.**

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

   **All claims and defenses.**

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

   A.   Discovery will be needed on the following issues:

   **All claims and defenses.**

   B.   All discovery commenced in time to be completed by **09/08/06** ("discovery close date").

   C.   Limitations on Discovery.

      1.   Interrogatories.
          __X__ No change from F.R.Civ.P. 33(a)
          _____ Maximum of _____ by each party to any other party.
          Responses due in __30__ days.

      2.   Requests for Admissions.
          __X__ No change from F.R.Civ.P. 36(a)
          _____ Maximum of _____ requests.
          Responses due in __30__ days.

      3.   Depositions.
          __X__ No change from F.R.Civ.P. 36(a), (d).
          _____ Maximum of _____ depositions by each party.
          Depositions not to exceed _____ hours unless agreed to by all parties.

48477v1

SCHEDULING AND PLANNING CONFERENCE REPORT
Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.
CASE NO. 3:06-cv-00054-TMB
PAGE 2



Exhibit __A__
Page __2__ of __5__

    D.    Reports from retained experts.

        _____ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

        __X__ Reports due:

        From plaintiff **07/17/06.**        From defendant **07/31/06.**

    E.    Supplementation of disclosures and discovery responses are to be made:

    _____ Periodically at 60-day intervals from the entry of scheduling and planning order.

    __X__ As new information is acquired, but not later than 60 days before the close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    __X__ 45 days prior to the close of discovery.

    _____ Not later than _____

5. **Pretrial Motions.**

    __X__ No change from D.Ak.LR 16.1(c).

    The following changes to D.Ak.LR 16.1(c). [Check and complete all that apply]

    _____ Motions to amend pleadings or add parties to be filed not later than _____.

    _____ Motions under the discovery rules must be filed not later than _____.

    _____ Motions in limine and dispositive motions must be filed not later than _____.

48477v1

SCHEDULING AND PLANNING CONFERENCE REPORT
Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.
CASE NO. 3:06-cv-00054-TMB
PAGE 3


Exhibit A
Page 3 of 5

6. **Other Provisions:**

    A.    __X__ The parties do not request a conference with the court before the entry of the scheduling order.

        _____ The parties request a scheduling conference with the court on the following issue(s):

        *(Insert issues on which a conference is requested)*

    B.    Alternative Dispute Resolution. [D.Ak.LR 16.2]

        _____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

        __X__ The parties may file a request for alternative dispute resolution not later than **09/08/06**.

        _____ Mediation      _____ Early Neutral Evaluation

    C.    The parties _____ do __X__ do not consent to trial before a magistrate judge.

    D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

        __X__ All parties have complied    _____ Compliance not required by any party

7. **Trial.**

    A.    The matter will be ready for trial:

        _____ 45 days after the discovery close date.

        __X__ not later than **02/01/07**

    B.    This matter is expected to take __5__ days to try.

    C.    Jury Demanded ____ Yes __X__ No

        Right to jury trial disputed _____ Yes __X__ No

48477v1

SCHEDULING AND PLANNING CONFERENCE REPORT
Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.
CASE NO. 3:06-cv-00054-TMB
PAGE 4

Exhibit A
Page 4 of 5

DATED at Anchorage, Alaska this 26th day of April, 2006.

s/ Douglas J. Serdahely
PATTON BOGGS LLP
ABA No. 7210072
601 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
Tel: (907) 263-6310
Fax: (907) 263-6345
E-mail: dserdahely@pattonboggs.com

Attorneys for Plaintiff Crowley Marine Services, Inc.

s/ John Andrew Leman (consent)
Kemppel, Huffman and Ellis, P.C.
ABA No. 9706034
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Tel: (907) 277-1604
Fax: (907) 276-2493
E-mail: jal@khe.com

Attorneys for Defendant Alaska Village Electric Cooperative, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006, a copy of the Scheduling And Planning Conference Report was served electronically on:

**John Andrew Leman, Esq.**
jal@hke.com

**Paul J. Jones, Esq.**
pjj@khe.com

**Jason M. Gist, Esq.**
jmg@khe.com

By:   s/Nina E. Bingham
      Nina E. Bingham, Legal Secretary
      PATTON BOGGS LLP

48477v1

SCHEDULING AND PLANNING CONFERENCE REPORT
Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.
CASE NO. 3:06-cv-00054-TMB
PAGE 5

Exhibit A
Page 5 of 5