Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:  (907) 263-6310
Fax:  (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALASKA VILLAGE ELECTRIC COOPERATIVE, INC. <br><br> Defendant. | Case No. 3:06-cv-00054-TMB <br><br> **MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

Plaintiff, CROWLEY MARINE SERVICES, INC., by and through its undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 12(c) for partial judgment on the pleadings on Count I of Plaintiff's Complaint.  This Motion is supported by the accompanying memorandum.

DATED at Anchorage, Alaska this   17th day of May, 2006.

                                      s/ Douglas J. Serdahely
                                      PATTON BOGGS LLP
                                      ABA No. 7210072
                                      601 W. 5th Avenue, Suite 700
                                      Anchorage, Alaska 99501
                                      Tel: (907) 263-6310
                                      Fax: (907) 263-6345
                                      E-mail: dserdahely@pattonboggs.com

                                      Attorneys for Plaintiff Crowley Marine
                                      Services, Inc.

48917v1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2006, a copy of the Motion for Partial Judgment on the Pleadings was served electronically on:

**John A. Leman, Esq.**  **Jason M. Gist**
jal@khe.com  jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com


By:     s/Nina E. Bingham
        Nina E. Bingham, Legal Secretary
        PATTON BOGGS LLP

48917v1

MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS
*Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.*
CASE NO. 3:06-cv-00054-TMB
PAGE 2