# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., | ) |
| Plaintiff, | ) Case No. 3:06-cv-00054-TMB |
| vs. | ) **[PROPOSED] ORDER** |
| ALASKA VILLAGE ELECTRIC COOPERATIVE, INC. | ) **GRANTING PARTIAL** ) **JUDGMENT ON THE** ) **PLEADINGS** |
| Defendant. | ) |

THE COURT, having considered Plaintiff's Motion for Partial Judgment on the Pleadings and any opposition thereto, and being fully advised on the premises,

HEREBY FINDS, CONCLUDES AND ORDERS THAT:

   1.   Plaintiff's Motion is **GRANTED**.

   2.   The letter sent by Defendant Alaska Village Electric Cooperative, Inc. and dated February 20, 2004 was untimely and did not operate as an acceptance of Crowley's bid proposal; and/or

   3.   The letter sent by Defendant Alaska Village Electric Cooperative, Inc. and dated February 20, 2004 was vague and/or equivocal and did not operate as an acceptance of Crowley's bid proposal; and/or

   4.   The letter sent by Defendant Alaska Village Electric Cooperative, Inc. and dated February 20, 2004 was ambiguous and did not operate as an acceptance of Crowley's bid proposal; and

   5.   The Invitation to Bid, bid proposal, and February 20 letter do not create a binding and enforceable contract incorporating a capped price term; and

48918v1

      6.      Crowley is entitled to a declaration as to these matters.

THE COURT therefore DECLARES and ADJUDICATES that no contract exists on the face of these three documents, and hereby enters judgment for Crowley as a matter of law as to Count I of Crowley's Complaint.

      IT IS SO ORDERED.


DATED:_____
                                                                                Honorable Timothy Burgess
                                                                                United States District Judge


**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2006, a copy of the [Proposed] Order Granting Partial Judgment On The Pleadings was served electronically on:

| | |
|---|---|
| **John A. Leman, Esq.** | **Jason M. Gist** |
| jal@khe.com | jmg@khe.com |

**Paul J. Jones, Esq.**
pjj@khe.com

By:    s/Nina E. Bingham_____
          Nina E. Bingham, Legal Secretary
          PATTON BOGGS LLP

48918v1

[PROPOSED] ORDER GRANTING PARTIAL JUDGMENT ON THE PLEADINGS
*Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.*
CASE NO. 3:06-cv-00054-TMB
PAGE 2