John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

**RECEIVED**
JUN 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:06-CV-00054-TMB |

### ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND MOTION TO AMEND ANSWER

Defendant, Alaska Village Electric Cooperative, Inc. ("AVEC"), hereby opposes Plaintiff Crowley Marine Services, Inc.'s Motion for Partial Judgment on the Pleadings filed on May 17th, 2006. AVEC also requests leave of the Court to amend its answer and that the Court accept the accompanying Amended Answer for filing. The Opposition and Motion are supported by the accompanying Memorandum in Support of Alaska Village Electric Cooperative, Inc.'s Opposition to Motion for Partial Judgment on the Pleadings and Motion to Amend Answer. As

fs\AVEC\CrowleyvAVEC\Pleadings\6-1-06\f

required by local Rule 15.1, the signed original and one copy of the proposed Amended Answer are attached to this Motion.

DATED this 1st day of June, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric Cooperative, Inc.

_____
John Andrew Leman
Alaska Bar Association No. 9706034

_____
Jason M. Gist
Alaska Bar Association No. 0505020

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document
was served on the persons named below
by hand delivery on the 1st day of June, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: _____
Legal Secretary
Kemppel, Huffman & Ellis, P.C.

ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S
OPPOSITION TO MOTION FOR PARTIAL JUDGMENT
ON THE PLEADINGS AND MOTION TO AMEND ANSWER
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\CrowleyvAVEC\Pleadings\6-1-06\f