John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

RECEIVED
JUN 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-CV-00054-TMB |

### [PROPOSED] ORDER DENYING PARTIAL JUDGMENT ON THE PLEADINGS

THE COURT, having considered Plaintiff's Motion for Partial Judgment on the Pleadings and AVEC's opposition thereto, and being fully advised on the premises, hereby finds, concludes and orders that Plaintiff's motion is **DENIED** in its entirety.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Timothy Burgess
United States District Court Judge

fs\AVEC\CrowleyvAVEC\Pleadings\6-1-06\f

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the persons named below by hand delivery on the 1st day of June, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: _____
Legal Secretary
Kemppel, Huffman & Ellis, P.C.

[PROPOSED] ORDER DENYING PARTIAL
JUDGMENT ON THE PLEADINGS
3:06-CV-00054-TMB
Page 2 of 3

fs\AVEC\CrowleyvAVEC\Pleadings\6-1-06\f