4831 Eagle Street
Anchorage, AK 99503
Phone: (907) 565-5345
FAX:   (907) 562-0684



**Alaska Village Electric Cooperative**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Royal Harris, Crowley Marine | **From:** | Pam Thomas, Buyer |
| **Fax:** | 257-2828 | **Pages:** | 2 |
| **Phone:** | 257-2849 | **Date:** | 5/14/2004 |
| **Re:** | PUR-F-001/04 Fuel Bid Purchase Order Spreadsheet | **CC:** | |

☐ Urgent    ☑ For Review    ☐ Please Comment    ☐ Please Reply

● **Comments:**

Attached please find a spreadsheet showing the purchase orders, delivery dates, and fuel quantities that were awarded to Crowley Marine for the 2004 barge season. These orders for Alaska Village Electric Cooperative (AVEC) are made in accordance with AVEC's 2004 Fuel Bid PUR-F-001/04.

The original signed purchase orders will be mailed to Crowley immediately.

Should you have any questions, please do not hesitate to call me. Thank you very much for your help!

CRWLY-000281

Exhibit D
Page 1 of 3

CRWLY-000280

## Alaska Village Electric Cooperative 2004 Fuel Order - Crowley Marine

| Village | Crowley Marine PO # | Sched Del Date 1 | First Delivery Order | Sched Del Date 2 | Second Delivery Order | 3rd Qtr Average Daily Fuel | Total Fuel Order for 2004 | Requisition Number |
|---|---|---|---|---|---|---|---|---|
| Alakanuk | 68288 | 6/7/04 | 119,000 | 110 8/31/04 | 27,000 | 315 | 146,000 | 20041791 |
| Ambler | 68306 | 6/15/04 | 95,000 | 8/11/04 | 14,000 | 231 | 109,000 | 20041792 |
| Brevig Mission | 68286 | 7/19/04 | 63,000 | | 0 | 152 | 63,000 | 20041795 |
| Chevak | 68287 | 6/15/04 | 151,000 | 155 8/31/04 | 36,000 | 469 | 187,000 | 20041796 |
| Eek | 68279 | 6/15/04 | 51,000 | 60 | 0 | 128 | 51,000 | 20041797 |
| Elim | 68297 | 6/25/04 | 50,000 | | 0 | 221 | 50,000 | 20041798 |
| Emmonak | 68288 | 6/5/04 | 175,000 | 150 8/31/04 | 37,000 | 471 | 212,000 | 20041799 |
| Gambell | 68298 | 6/15/04 | 99,000 | 35 | 0 | 312 | 99,000 | 20041801 |
| Goodnews Bay | 68312 | 6/16/04 | 51,000 | 6056 | 0 | 128 | 51,000 | 20041802 |
| Hooper Bay | 68289 | 6/23/04 | 175,000 | | 0 | 434 | 175,000 | 20041805 |
| Kiana | 68307 | 6/25/04 | 115,000 | | 0 | 280 | 115,000 | 20041808 |
| Kivalina | 68308 | 7/20/04 | 94,000 | | 0 | 206 | 94,000 | 20041809 |
| Koyuk | 68299 | 6/28/04 | 117,000 | | 0 | 229 | 117,000 | 20041810 |
| Lwr Kalskag | 68318 | 6/7/04 | 52,000 | 90 | 0 | 190 | 52,000 | 20041811 |
| Marshall | 68290 | 7/15/04 | 75,000 | 70 8/11/04 | 5,000 | 179 | 80,000 | 20041812 |
| Mekoryuk | 68280 | 6/25/04 | 47,000 | 70 | 0 | 146 | 47,000 | 20041813 |
| Mt. Village | 68291 | 7/1/04 | 188,000 | 170 8/21/04 | 24,000 | 20 471 | 212,000 | 20041814 |
| Nightmute | 68281 | 6/15/04 | 42,000 | 40 | 0 | 106 | 42,000 | 20041816 |
| Noorvik | 68309 | 7/25/04 | 114,000 | | 0 | 331 | 114,000 | 20041817 |
| Nunapitchuk | 68282 | 6/1/04 | 168,000 | 150 8/5/04 | 29,000 | 40 456 | 197,000 | 20041819 |
| Pilot Station | 68292 | 6/7/04 | 112,000 | 100 8/16/04 | 20,000 | 280 | 132,000 | 20041820 |
| Quinhagak | 68283 | 6/15/04 | 94,000 | 102 9/15/04 | 39,000 | 416 | 133,000 | 20041821 |
| Russian Mission | 68293 | 7/1/04 | 53,000 | 50 8/31/04 | 8,000 | 149 | 61,000 | 20041822 |
| St. Mary's | 68294 | 6/16/04 | 210,000 | 190 8/26/04 | 38,000 | 533 | 248,000 | 20041823 |
| St. Michael | 68300 | 6/25/04 | 73,000 | 8/31/04 | 15,000 | 219 | 88,000 | 20041824 |
| Savoonga | 68301 | 7/10/04 | 74,000 | 9/5/04 | 63,000 | 373 | 137,000 | 20041825 |
| Scammon Bay | 68295 | 7/31/04 | 82,000 | 8/31/04 | 6,000 | 194 | 88,000 | 20041826 |
| Selawik | 68310 | 7/4/04 | 228,000 | | 0 | 404 | 228,000 | 20041827 |
| Shaktoolik | 68302 | 6/25/04 | 59,000 | | 0 | 151 | 59,000 | 20041829 |
| Shishmaref | 68303 | 8/1/04 | 143,000 | | 0 | 325 | 143,000 | 20041830 |
| Shungnak | 68311 | 6/10/04 | 100,000 | 8/11/04 | 15,000 | 250 | 115,000 | 20041831 |
| Stebbins | 68304 | 6/25/04 | 110,000 | 8/15/04 | 13,000 | 255 | 123,000 | 20041832 |
| Teller | | 7/18/04 | 20,000 | | 0 | | 20,000 | |
| Toksook Bay | 68284 | 6/27/04 | 97,000 | 9/15/04 | 20,000 | 259 | 117,000 | 20041834 |
| Tununak | 68285 | 6/27/04 | 12,000 | 100 | 0 | 147 | 12,000 | 20041835 |
| Wales | 68305 | 8/1/04 | 50,000 | | 0 | 118 | 50,000 | 20041836 |
| Totals | | | 3,558,000 | | 409,000 | | 3,967,000 | |

Exhibit D
Page 2 of 3



# Alaska Village Electric Cooperative, Inc.
4831 Eagle Street, Anchorage, Alaska 99503
Phone: (907) 561-1818 FAX: (907) 561-2388

## PURCHASE ORDER

DATE: 5/13/2004

PURCHASE ORDER NUMBER: 68310

SHIP VIA: VENDOR DELIVERY

TO: CROWLEY MARINE SERVICES, INC.
CROWLEY MARITIME PLAZA
PO BOX 2287
SEATTLE    WA    98111

SHIP TO: ALASKA VILLAGE ELECTRIC CO-OP.
4831 EAGLE STREET
ANCHORAGE, ALASKA 99503

| Vendor Number: VPUG010 | Confirming Order To: STEPH HEILMAN | Point of Vendor Delivery: SELAWIK, AK | | ANCHORAGE | |
|---|---|---|---|---|---|
| Line No. | Quantity Ordered | UM Part Number | Description | Unit Price | Extended Price | Job/WO Number | Account | Ship Date |

Description entries:
- JULY 4, 2004
- 404
- THIS PURCHASE ORDER IS MADE IN
- CONTRACT NUMBER PUR-F-001/04
- PRICE IS FOR REFERENCE
- WILL BE ADJUSTED IAW BID

| | |
|---|---|
| Sub Total | 439,356.00 |
| Discount | |
| TOTAL | 439,356.00 |

CRWLY-001528

**CONFIRMING ORDER**
Do Not Duplicate
***** VENDOR COPY *****

PO # 68310    Page 1 of 1

READ CAREFULLY - IMPORTANT VENDOR INSTRUCTIONS

This Order Subject To The Terms And Conditions On The Reverse Side. Purchase Order Number Must Appear On All Documents Related To This Order, As Well As On All Packages, Boxes, And Loose Items. Unauthorized Substitutes May Be Rejected And Are Subject To Handling And Storage Charges. Notification To The Purchasing Department Is Required For All Shipments That Exceed Promised Ship Date. Failure To Do So May Render The Balance Of The Order Void.

Approved By: [signature]    Date: 5/13/2004

Purchaser (Agent): THOMAS    Its: PRESIDENT & CEO