

**CROWLEY MARINE SERVICES, INC.**

PLEASE SEND INQUIRIES TO:
2525 C Street, Suite 408, Anchorage, AK 99503-2633
(907) 278-4978   1-800-248-8632

PLEASE MAIL REMITTANCE TO:
P.O. Box 2930 • Carol Stream, IL 60132-2930

P.O. Box 2930 * Carol Stream, IL 60132-2930

Date Issued: 06/02/2004

Alaska Village Electric Co-op
4831 Eagle Street

Anchorage           AK   99503

| | |
|---|---|
| Invoice Number: | G36400 |
| Booking Number: | 8517 |
| Store: | SEA |
| CVIF: | 0263192-01 |
| Sale Type: | CREDIT |
| PO No.: | 68284 |
| Fed. Registration: | cd 1 |
| State QD: | cd 10 |
| EIN: | 92-0035763 |

**PAYMENT TERMS:** Net 30 days unless otherwise noted.

Deliver to: Alaska Village Electric Co-op   On Voy: 26  Vessel: 160-1
At: Toksook Bay                               On Date: 06/01/2004

| Package | Product | Quantity | Fed | Sta | L | Price | Total | F | S | Voy |
|---|---|---|---|---|---|---|---|---|---|---|
| BULK | DF #1 (DFA) | 77174 | 0.000 | 0.000 | X | 1.947 | $150,257.78 | 1C | 10 | 26 |

| | | | |
|---|---|---|---|
| Quantity total | 77174 | Subtotal | $150,257.78 |
| | | Local Tax 0.00% | $0.00 |
| Crowley Marine Services FEIN #94-3148465 | | TOTAL | $150,257.78 |

DELIVERED PER ATTACHED METER TICKET NO. 16409.
PAYMENT DUE DATE IS 07/01/04.
*** *** *** THANK YOU FOR THIS ORDER ! *** *** ***
PRICE PER 2004-2006 CONTRACT

CRWLY-001669

Rev 5/03

**INVOICE**

Errors in price, extension and addition subject to correction.

Terms and Conditions on reverse side are incorporated and made part hereof.

**Exhibit E**
**Page 1 of 1**