Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:  (907) 263-6310
Fax:  (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-cv-00054-TMB <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiff Crowley Marine Services, Inc. ("Crowley") in the above-captioned action, by and through the undersigned counsel, hereby brings this unopposed motion for an extension of time for Crowley's reply to Defendant Alaska Village Electric Cooperative, Inc.'s ("AVEC") opposition [Docket No. 22] to Crowley's Motion for Partial Judgment on the Pleadings and Crowley's response to AVEC's Motion to Amend Answer [Docket No. 21] until **June 20, 2006.** The current filing deadlines for Crowley's reply and response are somewhat unclear as AVEC is in the process of refiling its opposition and motion.

This request for extension of time is necessitated, in part, by counsel's travel schedule, and the need for a limited additional amount of time within which to prepare Crowley's reply and response.

The undersigned counsel has conferred with counsel for AVEC and AVEC agrees to an extension of the current filing deadlines for such reply and response to **June 20, 2006.**

Plaintiff respectfully requests the Court to grant the relief requested herein. For the Court's convenience, a proposed order setting forth such relief is lodged herewith.

DATED at Anchorage, Alaska this 6th day of June 2006.

> s/ Douglas J. Serdahely
> PATTON BOGGS LLP
> ABA No. 7210072
> 601 W. 5th Avenue, Suite 700
> Anchorage, Alaska 99501
> Tel: (907) 263-6310
> Fax: (907) 263-6345
> E-mail: dserdahely@pattonboggs.com
>
> Attorneys for Plaintiff Crowley Marine Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2006, a copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME was served electronically on:

| | |
|---|---|
| **John A. Leman, Esq.** | **Jason M. Gist** |
| jal@khe.com | jmg@khe.com |

**Paul J. Jones, Esq.**
pjj@khe.com

By:  s/Maribel Webber
     Maribel Webber, Legal Secretary
     PATTON BOGGS LLP