Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) ) ) Plaintiff, ) ) vs. ) ) ALASKA VILLAGE ELECTRIC ) COOPERATIVE, INC. ) ) Defendant. ) ) | Case No. 3:06-cv-00054-TMB **[PROPOSED] ORDER** |

Having considered Plaintiff's Unopposed Motion for Extension of Time, this Court

**Hereby Orders That:**

1) Plaintiff's Unopposed Motion for Extension of time is **GRANTED.**

2) Plaintiff's Reply to Defendant's opposition to Plaintiff's Motion for Partial Judgment on the Pleadings, and response to Defendant's Motion to Amend Answer, shall be due on **June 20, 2006.**

IT IS SO ORDERED.

49264v1

DATED at Anchorage, Alaska this _____ day of _____ 2006.

/s/_____
Honorable Timothy M. Burgess
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2006, a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** was served electronically on:

| | |
|---|---|
| **John A. Leman, Esq.** | **Jason M. Gist** |
| jal@khe.com | jmg@khe.com |

**Paul J. Jones, Esq.**
pjj@khe.com


By:    s/Maribel Webber
      Maribel Webber, Legal Secretary
      PATTON BOGGS LLP