Pam Thomas
_____

From: Jim.Dwight@crowley.com
Sent: Tuesday, March 30, 2004 4:17 PM
To: David Brennan; Pam Thomas
Cc: Royal.Harris@crowley.com
Subject: AVEC

Dear Dave and Pam:

Re: AVEC - 2004 Crowley Bulk Supply & Delivery Orders.

We have input AVEC order information into our sales system including Village, Product, Quantity and Desired Delivery Date, Pricing, and terms.

We would like AVEC PO numbers, Contact Information including Name and Phone Number, Desired delivery dates if different from the Solicitation / Award delivery dates ( there are a few such as Gambell and Savoonga you mentioned would be fall deliveries only). If we had this info, we could produce a Booking Report and Delivery schedule for your review and approval. Please advise.
Thank You and Best Regards, Jim

James M. Dwight
Director of Sales - Petroleum Services
CROWLEY MARINE SERVICES
Phone: 206-332-8084
Fax:   206-332-8306
Visit CROWLEY: www.CROWLEY.com