4831 Eagle Street
Anchorage, AK 99503
Phone: (907) 565-5345
FAX:   (907) 562-0684

**Alaska Village Electric Cooperative**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Royal Harris, Crowley Marine | **From:** | Pam Thomas, Buyer |
| **Fax:** | 257-2828 | **Pages:** | 2 |
| **Phone:** | 257-2849 | **Date:** | 5/14/2004 |
| **Re:** | PUR-F-001/04 Fuel Bid Purchase Order Spreadsheet | **CC:** | |

☐ Urgent    ☑ For Review    ☐ Please Comment    ☐ Please Reply

● **Comments:**

Attached please find a spreadsheet showing the purchase orders, delivery dates, and fuel quantities that were awarded to Crowley Marine for the 2004 barge season. These orders for Alaska Village Electric Cooperative (AVEC) are made in accordance with AVEC's 2004 Fuel Bid PUR-F-001/04.

The original signed purchase orders will be mailed to Crowley immediately.

Should you have any questions, please do not hesitate to call me. Thank you very much for your help!

CRWLY-000281

May 14 04 10:31a    THOMAS          907-5  -0684          p.2

CRWLY-000280

## Alaska Village Electric Cooperative 2004 Fuel Order - Crowley Marine

| Village | Crowley Marine PO # | Sched Del Date 1 | First Delivery Order | Sched Del Date 2 | Second Delivery Order | 3rd Qtr Average Daily Fuel | Total Fuel Order for 2004 | Requisition Number |
|---|---|---|---|---|---|---|---|---|
| Alakanuk | 68288 | 6/7/04 | 119,000 | | 27,000 | 315 | 146,000 | 20041791 |
| Ambler | 68306 | 6/15/04 | 95,000 | 8/11/04 | 14,000 | 231 | 109,000 | 20041792 |
| Brevig Mission | 68296 | 7/19/04 | 63,000 | | 0 | 152 | 63,000 | 20041795 |
| Chevak | 68287 | 6/15/04 | 151,000 | 155 8/31/04 | 36,000 | 469 | 187,000 | 20041796 |
| Eek | 68279 | 6/15/04 | 51,000 | 60 | 0 | 128 | 51,000 | 20041797 |
| Elim | 68297 | 6/25/04 | 50,000 | | 0 | 221 | 50,000 | 20041798 |
| Emmonak | 68288 | 6/5/04 | 175,000 | 150 8/31/04 | 37,000 | 35 471 | 212,000 | 20041799 |
| Gambell | 68298 | 6/15/04 | 99,000 | | 0 | 312 | 99,000 | 20041801 |
| Goodnews Bay | 68312 | 6/16/04 | 51,000 | 65 6 | 0 | 128 | 51,000 | 20041802 |
| Hooper Bay | 68289 | 6/23/04 | 175,000 | | 0 | 434 | 175,000 | 20041805 |
| Kiana | 68307 | 6/25/04 | 115,000 | | 0 | 280 | 115,000 | 20041808 |
| Kivalina | 68308 | 7/20/04 | 94,000 | | 0 | 206 | 94,000 | 20041809 |
| Koyuk | 68299 | 6/28/04 | 117,000 | | 0 | 229 | 117,000 | 20041810 |
| Lwr Kalskag | 68318 | 6/7/04 | 52,000 | 90 | 0 | 190 | 52,000 | 20041811 |
| Marshall | 68290 | 7/15/04 | 75,000 | 70 8/11/04 | 5,000 | 179 | 80,000 | 20041812 |
| Mekoryuk | 68280 | 6/25/04 | 47,000 | 70 | 0 | 146 | 47,000 | 20041813 |
| Mt. Village | 68291 | 7/1/04 | 188,000 | 70 8/21/04 | 24,000 | 20 471 | 212,000 | 20041814 |
| Nightmute | 68281 | 6/15/04 | 42,000 | 40 | 0 | 105 | 42,000 | 20041816 |
| Noorvik | 68309 | 7/25/04 | 114,000 | | 0 | 33 | 114,000 | 20041817 |
| Nunapitchuk | 68282 | 6/1/04 | 168,000 | 150 8/5/04 | 29,000 | 40 45 | 197,000 | 20041819 |
| Pilot Station | 68292 | 6/7/04 | 112,000 | 100 8/16/04 | 20,000 | 280 | 132,000 | 20041820 |
| Quinhagak | 68283 | 6/15/04 | 94,000 | 102 9/15/04 | 39,000 | 416 | 133,000 | 20041821 |
| Russian Mission | 68293 | 7/11/04 | 53,000 | 55 8/31/04 | 8,000 | 149 | 61,000 | 20041822 |
| St. Mary's | 68294 | 5/16/04 | 210,000 | 90 8/26/04 | 38,000 | 533 | 248,000 | 20041823 |
| St. Michael | 68300 | 6/25/04 | 73,000 | 8/31/04 | 15,000 | 219 | 88,000 | 20041824 |
| Savoonga | 68301 | 7/10/04 | 74,000 | 9/5/04 | 63,000 | 373 | 137,000 | 20041825 |
| Scammon Bay | 68295 | 7/31/04 | 82,000 | 8/31/04 | 6,000 | 194 | 88,000 | 20041826 |
| Selawik | 68310 | 7/4/04 | 228,000 | | 0 | 404 | 228,000 | 20041827 |
| Shaktoolik | 68302 | 6/25/04 | 59,000 | | 0 | 151 | 59,000 | 20041829 |
| Shishmaref | 68303 | 8/1/04 | 143,000 | | 0 | 325 | 143,000 | 20041830 |
| Shungnak | 68311 | 6/10/04 | 100,000 | 8/11/04 | 15,000 | 250 | 115,000 | 20041831 |
| Stebbins | 68304 | 6/25/04 | 110,000 | 8/15/04 | 13,000 | 255 | 123,000 | 20041832 |
| Teller | | 7/18/04 | 20,000 | | | | 20,000 | |
| Toksook Bay | 68284 | 6/27/04 | 97,000 | 9/15/04 | 20,000 | 259 | 117,000 | 20041834 |
| Tununak | 68285 | 6/27/04 | 12,000 | 100 | 0 | 147 | 12,000 | 20041835 |
| Wales | 68305 | 8/1/04 | 50,000 | | 0 | 118 | 50,000 | 20041836 |
| | | Totals | 3,558,000 | | 409,000 | | 3,967,000 | |



# Alaska Village Electric Cooperative, Inc.
4831 Eagle Street, Anchorage, Alaska 99503
Phone: (907) 561-1818 FAX: (907) 561-2388

## PURCHASE ORDER

DATE: 5/13/2004

PURCHASE ORDER NUMBER: 68310

TO: CROWLEY MARINE SERVICES, INC.
CROWLEY MARITIME PLAZA
PO BOX 2287
SEATTLE   WA   98111

SHIP VIA: VENDOR DELIVERY
SHIP TO: ALASKA VILLAGE ELECTRIC CO-OP.
4831 EAGLE STREET
ANCHORAGE, ALASKA 99503

| Vendor Number: VPUG010 | Confirming Order To: STEPH HEILMAN | Point of Vendor Delivery: SELAWIK, AK | | ANCHORAGE | |
|---|---|---|---|---|---|
| Line No. | Quantity Ordered | UM | Part Number | Description | Unit Price | Extended Price | Job/WO Number | Account | Ship Date |

*************FUEL NUMBER TO BE********************
*************SCHEDULED FOR DELIVERY***************
JULY 4, 2004
DATE TO BE CONFIRMED AT LATER DATE
404
THIS PURCHASE ORDER IS MADE IN
ACCORDANCE WITH AVEC BID
CONTRACT NUMBER PUR-F-001/04
AND RELATED DOCUMENTS. UNIT
PRICE IS FOR REFERENCE
PURPOSES ONLY. FINAL PRICE
WILL BE ADJUSTED IAW BID
PROCEDURES AND GUIDELINES.
*************************************************

CRWLY-001528

| | |
|---|---|
| Sub Total | 439,356.00 |
| Discount | |
| TOTAL | 439,356.00 |

**CONFIRMING ORDER**
**Do Not Duplicate**
***** VENDOR COPY *****
PO # 68310
Page 1

Approved By: [signature]   Date: 5/13/2004
Its: PRESIDENT & CEO

READ CAREFULLY - IMPORTANT VENDOR INSTRUCTIONS
This Order Subject To The Terms And Conditions On The Reverse Side. Purchase Order Number Must Appear On All Documents Related To This Order, As Well As On All Packages, Boxes, And Those Items. Unauthorized Substitutes May Be Rejected And Are Subject To Handling And Storage Charges. Notification To The Purchasing Department Is Required For All Shipments That Exceed Promised Ship Date. Failure To Do So May Render The Balance Of The Order Void.

Purchaser (Agent): THOMAS