# CROWLEY

April 6, 2004

Mr. Phil Gutleben  
Business Manager  
Lower Kuskokwim School District  
P.O. Box 305  
Bethel, Alaska 99559

Fax:    (907) 543-4954  
Phone:  (907) 543-4820

RE:  Bulk Fuel Supply and Delivery Contract

Dear Mr. Gutleben:

Thank you for your time and input last Friday concerning Lower Kuskokwim School District's (LKSD) bulk fuel procurement intentions. Based on our conversation we understand the following:

1. LKSD, along with other school districts and Alaska Village Electric Cooperative (AVEC), participated in a recent solicitation (RFP) and contract award process for bulk fuel supply and delivery services for calendar years 2004 through 2006 with options for 2007 and 2008.

2. Crowley was determined to be the successful bidder for the area encompassing LKSD's requirements. Based on that determination, AVEC, on its behalf and on behalf of the other interested parties, issued a letter dated February 20, 2004 awarding AVEC's and LKSD's bulk fuel supply requirements in the Kuskokwim region to Crowley.

3. Subsequent communications between LKSD and Yukon Fuel Company (YFC) have revealed that LKSD may be under a continuing contract with YFC for LKSD's bulk fuel supply and delivery requirements through 2004. LKSD is in the process of obtaining a legal opinion on this matter.

As discussed, Crowley believes that it has a bona fide position in claiming a contractual commitment with LKSD under the terms and conditions set forth in the subject RFP. We believe that prevailing with this position would alter the direction that you indicated LKSD may take, that is, to contract with YFC for the 2004 bulk fuel requirements. LKSD and Crowley have enjoyed a long relationship and Crowley does not wish to unnecessarily complicate this issue or place LKSD in an untenable position. Therefore, to the extent LKSD determines that it believes it has a legally binding contractual arrangement with YFC for 2004, Crowley offers these alternatives for LKSD's consideration.

CROWLEY MARINE SERVICES, INC.  
1102 SW MASSACHUSETTS • SEATTLE • WASHINGTON • 98134 • 206.332.8000  
www.crowley.com

April 6, 2004
Mr. Phil Gurlebm – LKSD
Page 2 of 2

1. In the event LKSD determines it does not have a 2004 obligation with YFC, LKSD would honor its contract award to Crowley. That determination will be made by close of business April 12 and LKSD will provide Crowley a copy of its legal analysis.

2. In the event LKSD determines that it has a 2004 obligation with YFC, LKSD would proceed to contract with YFC, subject to the following:

a. Pursuant to the terms of the RFP and Crowley's offer, LKSD would contract with Crowley for all of its fuel supply and delivery requirements for an initial term of three (3) years, except that instead of beginning January 1, 2004 the contract would begin January 1, 2005. The contract option years would be extended to 2008 and 2009.

To confirm your acceptance of these arrangements please sign and return a copy of this to my attention ~~by close of business April 12~~. oK

Lower Kuskokwim School District                Crowley Marine Services, Inc.

By: _____                   By: _____

Its _____                    Its Director of Sales

Date: 5/24/04                                   Date: 07/15/04

We appreciate the opportunity to continue to provide bulk fuel supply and delivery services. Please advise me of LKSD's intentions at the earliest opportunity.

Best Regards,

James M. Dwight
Director of Sales – Petroleum Services

206-332-8000
Fax 332-8306
jim.dwight@crowley.com



**Lower Kuskokwim School District**

Business Office
P.O. Box 305 • 1004 Ron Edwards Way
Bethel, Alaska 99559-0305
907 543-4821  FAX 907 543-4954

July 13, 2004

James M. Dwight
Director of Sales – Petroleum Services
Crowley Marine Services, Inc.
1102 SW Massachusetts
Seattle, WA 98134

Dear Jim:

Attached is the long awaited executed fuel supply and delivery contract. We are confirming that the pricing for village delivered #1 arctic grade fuel is OPIS daily Seattle average of gross rack postings for #2 low sulfur diesel on the date(s) of barge loading at origin (OPIS Seattle DF2-L) plus $0.451. This indexed price will hold for the initial three-year term (calendar 2005 through 2007) as well as the two one-year options (2008 and 2009). Deliveries to Kipnuk are $0.02 higher due to a local wharfage fee of the same amount. Pricing for Bethel required fuel (both #1 and #2 grades) is based on Crowley's Bethel size of delivery posted rack price in effect on the date of LKSD pickup, less $0.10 per gallon (delivery costs excluded). This discount will hold for the life of the contract (including options).

Pursuant with contract terms with Yukon Fuel, LKSD has recently completed all our required fuel purchases for the 2004-5 heating season. We will be placing our village order with Crowley in May 2005 (for barge delivery in the summer of 2005). Our contract with Yukon for Bethel requirements concludes on May 7, 2005. We have prepurchased enough Bethel fuel to last through that date. We will use any remaining balance stored by Yukon and then begin purchasing our Bethel requirements from Crowley. If this coming winter's weather is milder than anticipated, the carry-over amount could be significant.

Please sign this letter indicating Crowley's agreement with these terms. This memo will then become an addendum to your letter to me dated April 6, 2004. Thank you.

Very truly yours,

Philip J. Gutleben
Business Manager

✱ Agreed _____
   for Crowley Marine Services   Date 07-15-04

cc: Bill Ferguson, Kate McIntyre

✱ Subject to ATTACHED 7/15/04 (5:29 pm)
e-mail/letter to Phil Gutleben -LKSD.

Received Jul-14-2004 12:22pm  From-9075434954  To-CROWLEY SEATTLE  Page 002

CRWLY-003216

Exhibit F
Page 3 of 4

AVEC: LKSD 2005 - 2007 (two one year renewal options)
AVEC: LYSD 2004 - 2006 (two one year renewal options)

|  | 1/2004-12/2004 | | cpi % change between 12/2003-12/2004 |
|---|---|---|---|
|  | new diff. | orig diff. | (rate effective 1/01/05) |
|  |  |  | 0.033 |
| DF2LS | 0.4659 | 0.4510 | 0.0149 |
| Unlead | 0.6867 | 0.6648 | 0.0219 |

|  | DF (LKSD/LYSD) | UNL (LYSD) |
|---|---|---|
| orig bid price | 1.3530 | 1.6160 |
| CPI adjustment | 0.0149 | 0.0219 |
| 2005 price | 1.3679 | 1.6379 |
| orig posting (Westfax) | -0.9020 | -0.9512 |
| 2005 Diff | 0.4659 | 0.6867 |

<u>4/05/05 Budgetary Delivered Price Calculation:</u>

| 4/01/05 wpacdf2l | 1.8480 | 1.7823 |
|---|---|---|
|  | 2.3139 | 2.4690 |

CRWLY-003217