John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-CV-00054-TMB |

### [PROPOSED] ORDER GRANTING
### DEFENDANT ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S
### MOTION TO AMEND ANSWER

THE COURT, having considered Defendant's Motion to Amend Answer and Crowley Marine Services, Inc.'s opposition thereto, and being fully advised on the premises, hereby finds, concludes, and orders that Defendant's motion is **GRANTED** in its entirety.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Timothy Burgess
United States District Court Judge

fs\AVEC\CrowleyvAVEC\Pleadings\6-6-06\f

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document
was served on the persons named below
by hand delivery on the 6th day of June, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: _____
Legal Secretary
Kemppel, Huffman & Ellis, P.C.

[PROPOSED] ORDER GRANTING DEFENDANT ALASKA
VILLAGE ELECTRIC COOPERATIVE, INC.'S
MOTION TO AMEND ANSWER
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\CrowleyvAVEC\Pleadings\6-6-06\f