Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) ) Plaintiff, ) ) vs. ) ) ALASKA VILLAGE ELECTRIC ) COOPERATIVE, INC., ) ) Defendant. ) ) | Case No. 3:06-cv-00054-TMB **UNOPPOSED MOTION FOR EXTENSION OF TIME** |

     Plaintiff Crowley Marine Services, Inc. ("Crowley") in the above-captioned action, by and through the undersigned counsel, hereby brings this unopposed motion for a second, short, extension of time for Crowley's reply to Defendant Alaska Village Electric Cooperative, Inc.'s ("AVEC") opposition [Docket No. 22] to Crowley's Motion for Partial Judgment on the Pleadings [Docket No. 18] until **June 23, 2006**. The current filing deadline for Crowley's reply is June 20, 2006.

     This request for extension of time is necessitated, in part, by counsel's travel schedule of last week, and the need for a limited additional amount of time within which to prepare Crowley's reply.

49413v1

The undersigned counsel has conferred with counsel for AVEC and AVEC agrees to an extension of the current filing deadline for such reply to **June 23, 2006**.

Plaintiff respectfully requests the Court to grant the relief requested herein. For the Court's convenience, a proposed order setting forth such relief is lodged herewith.

DATED at Anchorage, Alaska this 19th day of June 2006.

<div style="margin-left: 3em;">

s/ Douglas J. Serdahely
PATTON BOGGS LLP
ABA No. 7210072
601 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
Tel: (907) 263-6310
Fax: (907) 263-6345
E-mail: dserdahely@pattonboggs.com

Attorneys for Plaintiff Crowley Marine Services, Inc.

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th of June 2006, a copy of the foregoing document was served electronically on:

**John A. Leman, Esq.**
jal@khe.com

**Jason M. Gist**
jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com

By: s/Maribel Webber
Legal Secretary/Assistant
PATTON BOGGS LLP