# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-cv-00054-TMB <br><br> **[PROPOSED] ORDER** |

Having considered Plaintiff's Unopposed Motion for Extension of Time, this Court

**Hereby Orders That:**

1) Plaintiff's Unopposed Motion for Extension of time is **GRANTED.**

2) Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Partial Judgment on the Pleadings shall be due on **June 23, 2006.**

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of _____ 2006.

/s/_____
Honorable Timothy M. Burgess
United States District Judge

49414v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th of June 2006, a copy of the foregoing document was served electronically on:

**John A. Leman, Esq.**  **Jason M. Gist**
jal@khe.com   jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com


By:   s/Maribel Webber
        Maribel Webber, Legal Secretary
        PATTON BOGGS LLP