Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., <br><br> Defendant. | Case No. 3:06-cv-00054-TMB <br><br> **CONDITIONAL NON-OPPOSITION TO AVEC'S MOTION TO AMEND ANSWER** |

Plaintiff Crowley Marine Services, Inc. ("Crowley") in the above-captioned action, by and through the undersigned counsel, does not oppose Defendant Alaska Village Electric Cooperative, Inc.'s ("AVEC") Motion to Amend Answer [Docket No. 24], on the condition that Crowley's pending Motion for Partial Judgment on the Pleadings [Docket No. 18] be deemed to be applicable to the pleadings herein, including AVEC's Amended Answer, and need not be re-written or refiled by Crowley.

The undersigned counsel has conferred with counsel for AVEC and can advise the Court that AVEC agrees to the condition set forth above.

For the Court's convenience, a proposed order to this effect is lodged herewith.

49415v1

DATED at Anchorage, Alaska this 19th day of June 2006.

    s/ Douglas J. Serdahely
PATTON BOGGS LLP
ABA No. 7210072
601 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
Tel: (907) 263-6310
Fax: (907) 263-6345
E-mail: dserdahely@pattonboggs.com

Attorneys for Plaintiff Crowley Marine Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June 2006, a copy of the foregoing document was served electronically on:

**John A. Leman, Esq.**      **Jason M. Gist**
jal@khe.com      jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com

By:    s/Maribel Webber
    Legal Secretary/Assistant
    PATTON BOGGS LLP

CONDITIONAL NON-OPPOSITION TO AVEC'S MOTION TO AMEND ANSWER
*Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.*
Case No. 3:06-cv-00054-TMB
Page 2
49415v1