## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-cv-00054-TMB <br><br> **[PROPOSED] ORDER** |

Having considered Defendant Alaska Village Electric Cooperative, Inc.'s ("AVEC") Motion to Amend Answer [Docket No. 24], and Plaintiff Crowley Marine Services, Inc.'s ("Crowley") Conditional Non-Opposition thereto, this Court

**HEREBY ORDERS THAT:**

1) Defendant AVEC's Motion to Amend Answer is **GRANTED.**

2) Defendant AVEC's Amended Answer is hereby accepted and deemed filed; and

3) Plaintiff Crowley's pending Motion for Partial Judgment on the Pleadings [Docket No. 18], is hereby deemed applicable to all pleadings herein, including Defendant AVEC's Amended Answer, so that no new Motion for Partial Judgment on the Pleadings need be written or filed by Crowley.

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of _____ 2006.

/s/_____
Honorable Timothy M. Burgess
United States District Judge

49416v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June 2006, a copy of the foregoing document was served electronically on:

**John A. Leman, Esq.**  **Jason M. Gist**
jal@khe.com   jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com

By:   s/Maribel Webber
    Maribel Webber, Legal Secretary
    PATTON BOGGS LLP