IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC. )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cv-00054-TMB<br><br>**<u>ORDER</u>** |

Having considered Defendant Alaska Village Electric Cooperative, Inc.'s ("AVEC") Motion to Amend Answer [Docket No. 24], and Plaintiff Crowley Marine Services, Inc.'s ("Crowley") Conditional Non-Opposition thereto, this Court

**HEREBY ORDERS THAT:**

1) Defendant AVEC's Motion to Amend Answer is **GRANTED.**

2) Defendant AVEC's is directed to re-file its Amended Answer; and

3) Plaintiff Crowley's pending Motion for Partial Judgment on the Pleadings [Docket No. 18], is hereby deemed applicable to all pleadings herein, including Defendant AVEC's Amended Answer, so that no new Motion for Partial Judgment on the Pleadings need be written or filed by Crowley.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this 20th day of June, 2006.

/s/ Timothy Burgess
Honorable Timothy M. Burgess
United States District Judge

49416v1