/O=AVEC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=TPERSON

**From:** Jim.Dwight@crowley.com
**Sent:** Wednesday, March 03, 2004 3:41 PM
**To:** David Brennan; Meera Kohler
**Cc:** Royal.Harris@crowley.com
**Subject:** Bulk Fuel Award Notifications

David & Meera:

I enjoyed meeting with both of you last week. I very much appreciate the awards AVEC has issued to Crowley and look forward to working with you and your associates as we complete AVEC supply and delivery requirements.

Please assist Crowley in closing the loop with all of the School Districts to formally advise them of AVEC's bulk fuel awards. In particular, and in the immediate future, please contact both Phil Gutleban and Bill Ferguson at LKSD, and Karen Goodwin at LYSD.

As discussed with David, Crowley is preparing "Bookings" for all award items inclusive of delivery dates. A summary of bookings will be provided for
AVEC's review to fine tune delivery requirements (timing and quantity). I will forward an updated Crowley Personnel Contact List.

Many Thanks and Best Regards,   Jim

James M. Dwight
Director of Sales - Petroleum Services
CROWLEY MARINE SERVICES
Phone: 206-332-8084
Fax:    206-332-8306
Visit CROWLEY:  www.CROWLEY.com