# CROWLEY®

April 21, 2004

Mr. Dave Brennan
Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, AK 99503-7497

Dear Dave,

Attached are two (2) Certificates of Insurance as required per the Insurance clause on page 6 of 23 of the 2004 Fuel Bid Number PUR-F-001/04.

Please let me know if you have any questions.

Sincerely,

*[signature]*

Stephanie Heilman
Account Executive, Petroleum Services
Crowley Marine Services

Encl

Crowley Marine Services, Inc.
Post Office Box 2287, Seattle, Washington 98111-2287 - (206) 332-8000 - Fax: (206) 332-8300
300 Harbor Boulevard, Berth 86, San Pedro, CA 90731 - (310) 732-6500 - Fax: (310) 732-6590
2525 C Street, Suite 408, Anchorage, Alaska 99503-2639 - (907) 278-4978 - Fax: (907) 257-2828
4197 Lakeside Drive, Suite 170, Richmond, CA 94806 - (510) 243-3420 - Fax: (510) 243-3431
Post Office Box 2110, Jacksonville, Florida 32203-2110 - (904) 727-2200 - Fax: (904) 727-2401
www.crowley.com

CRWLY-002097

Exhibit C
Page 1 of 3

# CERTIFICATE OF INSURANCE

Certificate No: 2004-0404

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

NAME AND ADDRESS OF PRODUCER:

Aon Risk Services of Texas, Inc.
d/b/a Aon Risk Insurance Services of Texas, Inc. - CA #0559715
1330 Post Oak Boulevard, #900
Houston, TX 77056

COMPANIES AFFORDING COVERAGES:

Company A: West of England Ship Owners P&I Association

Company B:

Company C:

NAME AND ADDRESS OF INSURED:

Crowley Marine Services, Inc.
155 Grand Avenue, #700
Oakland, CA 94612

COVERAGES:
THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO. LETTER | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIABILITY LIMITS IN THOUSANDS (000) |
|---|---|---|---|---|---|
| A | Protection and Indemnity Insurance, per West of England 2004 Club Rules and Assured's Certificate of Entry. | 73835 | 02-20-04 | 02-20-05 | Highest available limits of liability permitted by Club, except Oil Pollution which is $1,000,000. |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS:   (R.M. REF: )

As respects 2004 Fuel deliver, PUR-F-001/04 for all operations of Assured.

SEVERAL LIABILITY NOTICE (LSW 1001): THE SUBSCRIBING INSURER'S OBLIGATIONS UNDER CONTRACTS OF INSURANCE TO WHICH THEY SUBSCRIBE ARE SEVERAL AND NOT JOINT AND ARE LIMITED SOLELY TO THE EXTENT OF THEIR INDIVIDUAL SUBSCRIPTIONS. THE SUBSCRIBING INSURERS ARE NOT RESPONSIBLE FOR THE SUBSCRIPTION OF ANY CO-SUBSCRIBING INSURER WHO FOR ANY REASON DOES NOT SATISFY ALL OR PART OF ITS OBLIGATIONS.

CANCELLATION:  SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL THIRTY (30) DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

NAME AND ADDRESS OF CERTIFICATE HOLDER:
Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, AK 99503

DATE ISSUED:  April 15, 2004

_AU Q—l._
AUTHORIZED REPRESENTATIVE

CRWLY-002098

Exhibit C
Page 2 of 3

# CERTIFICATE OF INSURANCE

Certificate No: 2004-0403

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**NAME AND ADDRESS OF PRODUCER:**

Aon Risk Services of Texas, Inc.
d/b/a Aon Risk Insurance Services of Texas, Inc.-CA 0559715
1330 Post Oak Blvd., Ste. 900
Houston, TX 77056

**COMPANIES AFFORDING COVERAGES:**

Company A: American Home Assurance Company

Company B: ACE American Insurance Company

Company C: Signal Mutual Insurance Association, Ltd.

**NAME AND ADDRESS OF INSURED:**

Crowley Marine Services, Inc.
155 Grand Avenue, #700
Oakland, CA 94612

**COVERAGES:**
THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO. LETTER | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIABILITY LIMITS IN THOUSANDS (000) | |
|---|---|---|---|---|---|---|
| A | General Liability: X Commercial General Liability _ Commercial Marine Liability _ Claims-Made  X Occurrence | ARS-3768 | 08-01-03 | 08-01-04 | General Aggregate<br>Products-Comp/Op Agg.<br>Personal & Adv. Injury<br>Each Occurrence | $1,000<br>$N/A<br>$N/A<br>$750 Xs $250 |
| B | Automobile Liability: X Any Auto _ All Owned Autos _ Non-Owned Autos | ISAH 07670138 | 04-01-04 | 04-01-05 | Combined Single Limit<br>Bodily Injury<br>  Per Person<br>  Per Accident<br>Property Damage | $1,000<br>$N/A<br>$N/A<br>$N/A |
| A | Excess Liability: X Other Than Umbrella Form | ARS-3769 | 08-01-03 | 08-01-04 | Each Occurrence<br>Aggregate | $<br>$N/A |
| B | Workers' Compensation and Employers' Liability | WRLC 43975559 | 04-01-04 | 04-01-05 | Statutory Limits<br>Each Accident<br>Disease-Policy Limit<br>Disease-Each Employee | $1,000<br>$1,000<br>$1,000 |
| C | USL&H Compensation Act | 05200 | 10-01-03 | 10-01-04 | Statutory Limits | |
| A | USL&H Employers' Liability | ARS-3769 | 08-01-03 | 08-01-04 | Each Accident<br>Disease-Policy Limit<br>Disease-Each Employee | $1,000<br>$1,000<br>$1,000 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS:** (R.M. REF: )
As respects 2004 Fuel deliver, PUR-F-001/04 for all operations of Assured.

**SEVERAL LIABILITY NOTICE (LSW 1001):** THE SUBSCRIBING INSURER'S OBLIGATIONS UNDER CONTRACTS OF INSURANCE TO WHICH THEY SUBSCRIBE ARE SEVERAL AND NOT JOINT AND ARE LIMITED SOLELY TO THE EXTENT OF THEIR INDIVIDUAL SUBSCRIPTIONS. THE SUBSCRIBING INSURERS ARE NOT RESPONSIBLE FOR THE SUBSCRIPTION OF ANY CO-SUBSCRIBING INSURER WHO FOR ANY REASON DOES NOT SATISFY ALL OR PART OF ITS OBLIGATIONS.

**CANCELLATION:** SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL THIRTY (30) DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

**NAME AND ADDRESS OF CERTIFICATE HOLDER:**
Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, AK 99503

**DATE ISSUED:** April 15, 2004

*[signature]*
AUTHORIZED REPRESENTATIVE

CRWLY-002099

Exhibit C
Page 3 of 3