

**CROWLEY MARINE SERVICES, INC.**

PLEASE SEND INQUIRIES TO:
2525 C Street, Suite 408, Anchorage, AK 99503-2633
(907) 278-4978  1-800-248-8632

PLEASE MAIL REMITTANCE TO:
P.O. Box 2930 • Carol Stream, IL 60132-2930

P.O. Box 2930 * Carol Stream, IL 60132-2930
Date Issued: 06/02/2004

Alaska Village Electric Co-op
4831 Eagle Street

Anchorage     AK    99503

Invoice Number: G36400
Booking Number: 8517
Store: SEA
CVIF: 0263192-01
Sale Type: CREDIT

PO No.: 68284

Fed. Registration: cd 1
State QD: cd 10
EIN: 92-0035763

PAYMENT TERMS: Net 30 days unless otherwise noted.

Deliver to: Alaska Village Electric Co-op    On Voy: 26    Vessel: 160-1
At: Toksook Bay                               On Date: 06/01/2004

| Package | Product   | Quantity | Fed   | Sta   | I | Price | Total       | F | S  | Voy |
|---------|-----------|----------|-------|-------|---|-------|-------------|---|----|-----|
| BULK    | DF #1 (DFA) | 77174  | 0.000 | 0.000 | X | 1.947 | $150,257.78 | 1C | 10 | 26  |

Quantity total  77174    Subtotal        $150,257.78
                         Local Tax 0.00%      $0.00

Crowley Marine Services FEIN #94-3148465    TOTAL    $150,257.78

DELIVERED PER ATTACHED METER TICKET NO. 16409.
PAYMENT DUE DATE IS 07/01/04.
               *** *** ***
*** *** ***   THANK YOU FOR THIS ORDER!  *** *** ***
               ***
PRICE PER 2004-2006 CONTRACT

CRWLY-001669
Rev 5/03

**INVOICE**

Errors in price, extension and
addition subject to correction

Terms and Conditions on reverse side are
incorporated and made part hereof

Exhibit E
Page 1 of 1