# CROWLEY

July 7, 2004

| | | |
|---|---|---|
| Karen Goodwin | FAX: | (907) 591-2206 |
| Business Manager | PHONE: | (907) 591-2411 |
| Lower Yukon School District | CELL: | (907) 254-0163 |
| P.O. Box 32089 | | |
| Mountain Village, Alaska 99632 | | |

RE: BULK FUEL SUPPLY & BARGE DELIVERY CONTRACT – LETTER OF AGREEMENT TO EXTEND CONTRACT TERM

Dear Karen:

It was very nice to meet you in Anchorage last week. This Letter Of Agreement between Crowley Marine Services, Inc. (CROWLEY) and the Lower Yukon School District (LYSD) will serve to extend the AVEC sponsored contract awards, pursuant to our discussion, as follows:

1. CROWLEY received Notice of Awards from AVEC for a three-year agreement with two additional option years to provide fuel supply and barge delivery services to LYSD. This was followed by a fax from LYSD (4/19/04) with confirming bulk supply and delivery requirements for 2004.

2. CROWLEY secured and positioned product from Cook Inlet to Norton Sound and was mobilized to effect deliveries when we received a call from you on Friday June 6, 2004 advising us that LYSD in fact had entered into two separate, duplicate fuel contracts. You asked CROWLEY for assistance in handling the logistics of taking the least costly measures to solve this problem. Crowley accepted this challenge, advised that we would communicate with Yukon Fuel Company, make decisions, and advise the district of our plan ASAP. Crowley advised the district later the same day that it would make deliveries of product already afloat to six villages, and that YFC would provide the balance of orders under their extended 2000 contract term. We further agreed that Crowley would invoice LYSD pursuant to the terms of our contract for the six deliveries made, and that in exchange for CROWLEY not pressing the district for any damages as a result of the district canceling the balance of our contract, that Crowley and LYSD would agree to extend the contract term by a year.

Crowley Marine Services, Inc.
Post Office Box 2287, Seattle, Washington 98111-2287 - (206) 202-8000 - Fax (206) 443-3300
300 Harbor Boulevard, Berth 86, San Pedro, CA 90731 - (310) 732-6500 - Fax (310) 732-6590
2525 C Street, Suite 404, Anchorage, Alaska 99503-2639 - (907) 278-4978 - Fax (907) 257-2626
4197 Lakeside Drive, Suite 170, Richmond, CA 94806 - (510) 243-3420 - Fax (510) 243-3431
Post Office Box 2110, Jacksonville, Florida 32203-2110 - (904) 727-2200 - Fax (904) 727-2401
www.crowley.com

CRWLY-003253

Received Sep-02-2004 01:17pm    From-19075912206    To-CROWLEY SEATTLE    Page 002

07/07/2004
Karen Goodwin
Lower Yukon School District
Page 2 of 2

3. CROWLEY proposes that the contract term be based on the following items:
   a. The term of the contract shall be for a period of three (3) years (2005 through 2007), followed by two (2) one (1) year renewal options, subject to mutual acceptance in writing by both parties.
   b. Prices would be pursuant to Crowley's indexed offer to AVEC & LYSD only. AVEC's Fixed Price or Price Cap options would not be applicable, as they were not accepted.
   c. Prices in 2005 would be subject to adjustment based on the percentage in the Consumer Price Index, All Urban Consumers (CPI-U) between December 2003 and December 2004. Prices for each subsequent year, including option years, would be subject to adjustment based on the percentage change in the CPI-U in the preceding year.

4. All other terms and conditions of the solicitation and award would be applicable.

5. Acceptance. Please provide your acceptance below and return a signed copy of this letter to me via fax by 3:00 pm July 26, 2004.

| Lower Yukon School District | Crowley Marine Services |
|---|---|
| By: *Robert A. Robertson* | By: *James M. Dwight* |
| It's: Superintendent | It's: Director of Sales |
| Date: 9/21/04 | Date: 09/02/04 |

Thank you for the opportunity for CROWLEY to continue to provide our petroleum products and marine delivery services to LYSD. We look forward to working with you and your associates. Please contact me if you have any questions.

Best Regards,

*James M. Dwight*
James M. Dwight
Director Of Sales – Petroleum Services

CC/ B. Barto

CRWLY-003254

Received Sep-02-2004 01:17pm From-19075812206 To-CROWLEY SEATTLE Page 003