John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., <br><br> Defendant. | Case No. 3:06-CV-00054-TMB |

### NOTICE OF FILING AMENDED ANSWER OF DEFENDANT ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.

In response to the Court's Order Granting Motion to Amend/Correct Answer, Defendant Alaska Village Electric Cooperative, Inc. ("AVEC"), hereby submits its Amended Answer in the above-entitled matter. This Amended Answer is identical in all respects to the Proposed Amended Answer of Defendant Alaska Village Electric Cooperative, Inc., filed June 6, 2006.

fs\AVEC\CrowleyvAVEC\Pleadings\6-20-06\f

DATED at Anchorage, Alaska, this 20th day of June, 2006.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Defendant
Alaska Village Electric Cooperative, Inc.

_____ for
John Andrew Leman, Alaska Bar No. 9706034

_____
Jason M. Gist, Alaska Bar No. 0505020

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing document
was served on the persons named below
by hand delivery on the 20th day of June, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: _____
Tina Gulley, Legal Secretary
Kemppel, Huffman & Ellis, P.C.

NOTICE OF FILING AMENDED ANSWER OF DEFENDANT
ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.
3:06-CV-00054-TMB
Page 2 of 2
fs\AVEC\CrowleyvAVEC\Pleadings\6-20-06\f