Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-cv-00054-TMB <br><br> **REQUEST FOR ORAL ARGUMENT** |

Pursuant to Local Rule 7.2, Plaintiff Crowley Marine Services, Inc. ("Crowley"), by and through its undersigned counsel, hereby requests oral argument in the above-captioned matter on Crowley's Motion for Partial Judgment on the Pleadings [Docket #18].

DATED at Anchorage, Alaska this 26th day of June 2006.

          s/ Douglas J. Serdahely
          PATTON BOGGS LLP
          ABA No. 7210072
          601 W. 5th Avenue, Suite 700
          Anchorage, Alaska 99501
          Tel: (907) 263-6310
          Fax: (907) 263-6345
          E-mail: dserdahely@pattonboggs.com

          Attorneys for Plaintiff Crowley Marine Services, Inc.

49512v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June 2006, a copy of the foregoing document was served electronically on:

**John A. Leman, Esq.**  **Jason M. Gist**
jal@khe.com   jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com

By:   s/Maribel Webber
         Legal Secretary/Assistant
         PATTON BOGGS LLP