## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC., )<br>)<br>Defendant. )<br>) | Case No. 3:06-cv-00054-TMB<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR <u>ORAL ARGUMENT</u>** |

The Court, having considered Plaintiff Crowley Marines Services, Inc. ("Crowley") Request for Oral Argument on their pending Motion for Partial Judgment on the Pleadings, and being fully advised in the premises;

HEREBY ORDERS that:

1. Crowley's request is **GRANTED**.

2. Oral argument on Crowley's Motion for Partial Judgment on the Pleadings will be heard on the _____ day of _____, 2006, at _____ _____.m., in Courtroom _____ at the federal courthouse at _____, Alaska.

3. Each side will be allowed _____ minutes to present oral argument on said Motion.

**IT IS SO ORDERED.**

DATED at Anchorage, Alaska this _____ day of _____ 2006.

/s/_____
Honorable Timothy M. Burgess
United States District Judge

49513v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June 2006, a copy of the foregoing document was served electronically on:

**John A. Leman, Esq.**  **Jason M. Gist**
jal@khe.com                  jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com

By:   s/Maribel Webber
      Legal Secretary/Assistant
      PATTON BOGGS LLP