John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:06-CV-00054-TMB <br> ) <br> ) <br> ) <br> ) |

### ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S NON-OPPOSITION TO CROWLEY MARINE SERVICES, INC.'S REQUEST FOR ORAL ARGUMENT

On June 26, 2006, Plaintiff Crowley Marine Services, Inc. ("Crowley") filed a Request For Oral Argument with respect to its Motion for Partial Judgment on the Pleadings [Docket #18] in the above-entitled matter. Defendant Alaska Village Electric Cooperative, Inc. ("AVEC") does not oppose Crowley's request. AVEC believes that oral argument is appropriate and joins Crowley's request that the Court hear oral argument on this issue.

fs\AVEC\CrowleyvAVEC\Pleadings\6-26-06\f

DATED this 26 day of June, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric Cooperative, Inc.

/s/ Jason M. Gist
Jason M. Gist
Alaska Bar Association No. 0505020

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the persons named below electronically and by U.S. Mail on the 26th day of June, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: /s/ Sherry Griffis
Legal Secretary
Kemppel, Huffman & Ellis, P.C.

ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S
NON-OPPOSITION TO CROWLEY MARINE SERVICES, INC.'S
REQUEST FOR ORAL ARGUMENT
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\CrowleyvAVEC\Pleadings\6-26-06\f

LAW OFFICES OF
KEMPPEL, HUFFMAN AND ELLIS
A PROFESSIONAL CORPORATION
255 E. FIREWEED LANE, SUITE 200
ANCHORAGE, ALASKA 99503-2025
(907) 277-1604