Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) ) Plaintiff, ) ) vs. ) ) ALASKA VILLAGE ELECTRIC ) COOPERATIVE, INC., ) ) Defendant. ) ) | Case No. 3:06-cv-00054-TMB **JOINT MOTION TO AMEND AMENDED SCHEDULING AND PLANNING ORDER** |

The Parties in the above-captioned action, by and through their undersigned counsel, hereby jointly move this Court to amend the Amended Scheduling and Planning Order ("Amended Order") dated May 22, 2006 (Docket No. 20), as set forth below.

The Parties request the Court to extend the time allowed for the exchange of expert witness reports by one week. The current deadlines to exchange expert reports are no later than July 17, 2006 for the Plaintiff's expert report(s) and no later than July 31, 2006 for the Defendant's expert report(s). The Parties request that the dates be extended by one week until July 24, 2006, and August 7, 2006, respectively.

This request to extend the deadlines is based of the interruption in business caused by the Fourth of July Holiday, by the recent travel of counsel for both Parties, and by the travel and

49663v1

business schedules of the experts.  The Parties have conferred with respect to this proposed amendment and believe that the additional time to exchange expert reports will better serve the needs of the case and justice herein.

For the foregoing reasons, the Parties jointly request the Court to amend the Amended Scheduling and Planning Order as provided herein.  A proposed order to such effect has been lodged herewith.

DATED at Anchorage, Alaska this 10th day of July 2006.

> s/ Douglas J. Serdahely
> PATTON BOGGS LLP
> ABA No. 7210072
> 601 W. 5th Avenue, Suite 700
> Anchorage, Alaska 99501
> Tel: (907) 263-6310
> Fax: (907) 263-6345
> E-mail: dserdahely@pattonboggs.com
>
> Attorneys for Plaintiff Crowley Marine
> Services, Inc.

DATED at Anchorage, Alaska this 10th day of July 2006.

> s/ John Andrew Leman (Consent)
> KEMPPEL, HUFFMAN AND ELLIS, PC
> 255 E. Fireweed Land, Suite 200
> Anchorage, Alaska 99503-2025
> Tel: (907) 277-1604
> Fax:  276-2493
> E-mail: jal@khe.com
>
> Attorneys for Defendant Alaska Village Electric
> Cooperative, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July 2006, a copy of the foregoing document was served electronically on:

**John A. Leman, Esq.**         **Jason M. Gist**
jal@khe.com                     jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com


By:     s/Maribel Webber
        Legal Secretary/Assistant
        PATTON BOGGS LLP