# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC. )<br>)<br>Defendant. )<br>) | Case No. 3:06-cv-00054-TMB<br><br>**(PROPOSED) SECOND<br>AMENDED SCHEDULING AND<br><u>PLANNING ORDER</u>** |

This Court, having considered the Parties' Joint Motion to Amend Amended Scheduling and Planning Order, hereby grants such motion and amends the Amended Scheduling and Planning Order, dated May 22, 2006, as follows:

1. Plaintiff shall serve its experts report(s) no later than July 24, 2006.

2. Defendant shall serve its expert report(s) no later than August 7, 2006.

All other provisions of the original Scheduling and Planning Order will remain in effect.

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of _____ 2006.

_____
Honorable Timothy M. Burgess
United States District Judge

48798v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July 2006, a copy of the foregoing document was served electronically on:

**John A. Leman, Esq.**  **Jason M. Gist**
jal@khe.com  jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com

By:     s/Maribel Webber
        Legal Secretary/Assistant
        PATTON BOGGS LLP