John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-CV-00054-TMB |

## JOINT MOTION TO AMEND
## SCHEDULING AND PLANNING ORDER

The Parties in the above-captioned action, by and through their undersigned counsel, hereby jointly move this Court to amend the Scheduling and Planning Order dated May 4, 2006, as set forth below.

The Parties request that the Court extend the time allowed for serving and filing their final, revised witness lists. The current deadline for the Parties to serve and

fs\AVEC\PriceCap\Pleadings\7-24-06\f

file their final, revised witness lists is July 25, 2006. The Parties request that this deadline be extended until August 15, 2006.

This request to extend the deadline is necessary due to recent travel of counsel for both Parties, the need for depositions to be taken prior to finalizing a witness list, and the Parties' ongoing negotiations over trade secret issues. The Parties anticipate that these matters will be amicably resolved by August 15, 2006, and that final, revised witness lists will be ready by that time.

For the foregoing reasons, the Parties jointly request that the Court amend the Scheduling and Planning Order as provided herein. A proposed order has been attached herewith.

DATED this 24th day of July, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric Cooperative, Inc.

_____ for
John Andrew Leman
Alaska Bar Association No. 9706034

_____
Jason M. Gist
Alaska Bar Association No. 0505020

JOINT MOTION TO AMEND SCHEDULING
AND PLANNING ORDER
3:06-CV-00054-TMB
Page 2 of 3

fs\AVEC\PriceCap\Pleadings\7-24-06\f

DATED this 24th day of July, 2006, at Anchorage, Alaska.

PATTON BOGGS LLP
Attorneys for Crowley Marine Services, Inc.

s/ Douglas J. Serdahely (Consent)
Douglas J. Serdahely
Alaska Bar Association No. 7210072

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the persons named below electronically on the 24th day of July, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: _____
Legal Secretary
Kemppel, Huffman & Ellis, P.C.

JOINT MOTION TO AMEND SCHEDULING
AND PLANNING ORDER
3:06-CV-00054-TMB
Page 3 of 3

fs\AVEC\PriceCap\Pleadings\7-24-06\f