John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:06-CV-00054-TMB |

### [PROPOSED] ORDER GRANTING JOINT MOTION
### TO AMEND SCHEDULING AND PLANNING ORDER

THE COURT, having considered the Parties' Joint Motion to Amend Scheduling and Planning Order, and being fully advised on the premises, hereby finds, concludes, and orders that the motion is **GRANTED** in its entirety. The Parties shall serve and file their final, revised witness lists, including both expert and lay witnesses, by August 15, 2006.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Timothy Burgess
United States District Court Judge

fs\AVEC\PriceCap\Pleadings\7-24-06\f

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the persons named below electronically on the 24th day of July, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: *Sherry Griffis*
    Legal Secretary
    Kemppel, Huffman & Ellis, P.C.

[PROPOSED] ORDER GRANTING JOINT MOTION
TO AMEND SCHEDULING AND PLANNING ORDER
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\PriceCap\Pleadings\7-24-06\f