Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) ) Plaintiff, ) ) vs. ) ) ALASKA VILLAGE ELECTRIC ) COOPERATIVE, INC., ) ) Defendant. ) ) | Case No. 3:06-cv-00054-TMB **JOINT MOTION TO FILE PROTECTIVE ORDER** |

  The Parties, by and through their undersigned Counsel, hereby jointly move this Court to adopt and enter the *Protective Order Governing Confidential Materials And Trade Secret Materials* lodged herewith.

  The Parties have conferred and agree that a protective order is necessary for the purpose of governing the use and disclosure of confidential and/or trade secret information and materials submitted or produced in this proceeding.

  The Parties respectfully request the Court to sign and enter the *Protective Order Governing Confidential Materials and Trade Secret Materials* forthwith so that the Parties can

49804v1

proceed with their production of their expert reports and materials containing confidential and/or trade secret information.

DATED at Anchorage, Alaska this 16th day of August 2006.

        s/ Douglas J. Serdahely
        PATTON BOGGS LLP
        ABA No. 7210072
        601 W. 5th Avenue, Suite 700
        Anchorage, Alaska 99501
        Tel: (907) 263-6310
        Fax: (907) 263-6345
        E-mail: dserdahely@pattonboggs.com

        Attorneys for Plaintiff Crowley Marine Services, Inc.

DATED at Anchorage, Alaska this 16th day of August 2006.

        s/ John Andrew Leman (Consent)
        KEMPPEL, HUFFMAN AND ELLIS, PC
        255 E. Fireweed Land, Suite 200
        Anchorage, Alaska 99503-2025
        Tel: (907) 277-1604
        Fax:  276-2493
        E-mail: jal@khe.com

        Attorneys for Defendant Alaska Village Electric Cooperative, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of August 2006, a copy of the foregoing document was served electronically on:

**John A. Leman, Esq.**   **Jason M. Gist**
jal@khe.com   jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com

By:   s/Maribel Webber
      Legal Secretary/Assistant
      PATTON BOGGS LLP