EXHIBIT A

NONDISCLOSURE AGREEMENT (CONFIDENTIAL MATERIAL)

I hereby certify to, and agree for the express benefit of, the Court and the Producing parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:[1]

_____
_____
_____

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3:06-cv-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive Confidential Material in accordance with the Protective Order.

(a) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(b) That I shall not disclose to any person, other than those persons specifically authorized by the Order, and will not copy or use, except solely for the limited purpose of assisting the Receiving Party identified below in preparing expert reports in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(c) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

_____
(FULL NAME - PRINT)

_____
(SIGNATURE)

_____
(EMPLOYER OR FIRM)

_____
(BUSINESS ADDRESS)

---

[1] The principal or manager of a copy center on vendor may execute this agreement on behalf of all employees of such center or vendor.

49400v5

                                                _____
                                                (RECEIVING PARTY IN PROCEEDING)

                                                _____
                                                (DATE)