EXHIBIT B

NONDISCLOSURE AGREEMENT (TRADE SECRET MATERIALS)

I hereby certify to, and agree for the express benefit of, the Court and the Producing Parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:

_____
_____
_____

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3-06-CV-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive the Trade Secret Materials in accordance with the Protective Order.

(d) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(e) That I shall not disclose to any person, other than those persons specifically authorized by the Protective Order, and will not copy or use, except solely for the limited purpose of preparing expert reports by a Receiving Party in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(f) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

(g) That I shall not represent or advise a Receiving Party or any other person, entity, governmental authority or other organization in any negotiations over changes to the prices proposed or bid by Crowley for the purchase of fuel from Crowley for a period of at least two years and shall not otherwise use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

_____
(FULL NAME - PRINT)

_____
(SIGNATURE)

_____
(EMPLOYER OR FIRM)

49400v5

_____
(BUSINESS ADDRESS)
_____
(RECEIVING PARTY IN PROCEEDING)
_____
(DATE)

49400v5