John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CROWLEY MARINE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALASKA VILLAGE ELECTRIC | ) | Case No. 3:06-CV-00054-TMB |
| COOPERATIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING NONDISCLOSURE AGREEMENTS
## (CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIAL)

Pursuant to the Court's Protective Order Governing Confidential Materials and Trade Secret Materials, dated August 17, 2006, Alaska Village Electric Cooperative, Inc., by and through its attorneys, Kemppel, Huffman and Ellis, P.C., hereby files with the United States District Court three NONDISCLOSURE AGREEMENTS (CONFIDENTIAL MATERIAL) and three NONDISCLOSURE AGREEMENTS

LAW OFFICES OF
KEMPPEL, HUFFMAN AND ELLIS
A PROFESSIONAL CORPORATION
255 E. FIREWEED LANE, SUITE 200
ANCHORAGE, ALASKA 99503-2025
(907) 277-1604

(TRADE SECRET MATERIAL). Each have been signed and dated by John Andrew Leman, Jason M. Gist, and Tina M. Gulley.

DATED this 18th day of August, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric
Cooperative, Inc.

John Andrew Leman
Alaska Bar Association No. 9706034

Jason M. Gist
Alaska Bar Association No. 0505020

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document
was served on the persons named below
electronically on the 18th day of August, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: _____
    Tina M. Gulley, Legal Secretary
    Kemppel, Huffman & Ellis, P.C.

NOTICE OF FILING NONDISCLOSURE AGREEMENTS
(CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIALS)
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\CrowleyvAVEC\Pleadings\8-18-06\f

LAW OFFICES OF
KEMPPEL, HUFFMAN AND ELLIS
A PROFESSIONAL CORPORATION
255 E. FIREWEED LANE, SUITE 200
ANCHORAGE, ALASKA 99503-2025
(907) 277-1604

EXHIBIT A

NONDISCLOSURE AGREEMENT (CONFIDENTIAL MATERIAL)

I hereby certify to, and agree for the express benefit of, the Court and the Producing parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:[1]

John A. Leman
6029 Debarr Road #302
Anchorage AK 99504

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3:06-cv-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive Confidential Material in accordance with the Protective Order.

(a) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(b) That I shall not disclose to any person, other than those persons specifically authorized by the Order, and will not copy or use, except solely for the limited purpose of assisting the Receiving Party identified below in preparing expert reports in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(c) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

John A. Leman
(FULL NAME - PRINT)

(SIGNATURE)

Kemppel, Huffman & Ellis, P.C.
(EMPLOYER OR FIRM)

255 E. Fireweed Lane, Suite 200
(BUSINESS ADDRESS)   Anchorage, AK   99503

---

[1] The principal or manager of a copy center on vendor may execute this agreement on behalf of all employees of such center or vendor.

<u>Defendant, Alaska Village Electric</u> Coop., Inc.
(RECEIVING PARTY IN PROCEEDING)

8/18/06
(DATE)

<u>EXHIBIT B</u>

<u>NONDISCLOSURE AGREEMENT (TRADE SECRET MATERIALS)</u>

I hereby certify to, and agree for the express benefit of, the Court and the Producing Parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature

and reside at the following address:



(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3-06-CV-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive the Trade Secret Materials in accordance with the Protective Order.

(d) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(e) That I shall not disclose to any person, other than those persons specifically authorized by the Protective Order, and will not copy or use, except solely for the limited purpose of preparing expert reports by a Receiving Party in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(f) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

(g) That I shall not represent or advise a Receiving Party or any other person, entity, governmental authority or other organization in any negotiations over changes to the prices proposed or bid by Crowley for the purchase of fuel from Crowley for a period of at least two years and shall not otherwise use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

_____
(FULL NAME - PRINT)

_____
(SIGNATURE)

Kemppel, Huffman & Ellis, P.C.
(EMPLOYER OR FIRM)

49400N-5

255 E. Fireweed Lane, Suite 200

(BUSINESS ADDRESS)   Anchorage, AK   99503

Defendant, Alaska Village Electric Coop., Inc.

(RECEIVING PARTY IN PROCEEDING)

8/18/06

(DATE)

494006·5

EXHIBIT A

NONDISCLOSURE AGREEMENT (CONFIDENTIAL MATERIAL)

I hereby certify to, and agree for the express benefit of, the Court and the Producing parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:[1]

3840 Boek Circle
Anchorage, AK  99507

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3:06-cv-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive Confidential Material in accordance with the Protective Order.

(a) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(b) That I shall not disclose to any person, other than those persons specifically authorized by the Order, and will not copy or use, except solely for the limited purpose of assisting the Receiving Party identified below in preparing expert reports in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(c) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

Jason M. Gist
(FULL NAME - PRINT)

(SIGNATURE)

Kemppel, Huffman & Ellis, P.C.
(EMPLOYER OR FIRM)

255 E. Fireweed Lane, Suite 200
(BUSINESS ADDRESS)  Anchorage, AK  99503

---

[1] The principal or manager of a copy center on vendor may execute this agreement on behalf of all employees of such center or vendor.

49400v5

Defendant, Alaska Village Electric Coop., Inc.
(RECEIVING PARTY IN PROCEEDING)

8/18/06

(DATE)

## EXHIBIT B

## NONDISCLOSURE AGREEMENT (TRADE SECRET MATERIALS)

I hereby certify to, and agree for the express benefit of, the Court and the Producing Parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:

3840 Boek Circle
Anchorage, AK  99507

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3-06-CV-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive the Trade Secret Materials in accordance with the Protective Order.

(d) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(e) That I shall not disclose to any person, other than those persons specifically authorized by the Protective Order, and will not copy or use, except solely for the limited purpose of preparing expert reports by a Receiving Party in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(f) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

(g) That I shall not represent or advise a Receiving Party or any other person, entity, governmental authority or other organization in any negotiations over changes to the prices proposed or bid by Crowley for the purchase of fuel from Crowley for a period of at least two years and shall not otherwise use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

Jason M. Gist
(FULL NAME - PRINT)

(SIGNATURE)

Kemppel, Huffman & Ellils, P.C.
(EMPLOYER OR FIRM)

255 E. Fireweed Lane, Suite 200
_____
(BUSINESS ADDRESS) Anchorage, AK 99503
Defendant, Alaska Village Electric Coop., Inc.
(RECEIVING PARTY IN PROCEEDING)
8/18/06
_____
(DATE)

EXHIBIT A

NONDISCLOSURE AGREEMENT (CONFIDENTIAL MATERIAL)

I hereby certify to, and agree for the express benefit of, the Court and the Producing parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:[1]

*Tina Gulley*
*19438 Pribiloff Lp*
*Eagle River, AK 99577*

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3:06-cv-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive Confidential Material in accordance with the Protective Order.

(a) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(b) That I shall not disclose to any person, other than those persons specifically authorized by the Order, and will not copy or use, except solely for the limited purpose of assisting the Receiving Party identified below in preparing expert reports in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(c) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

*Tina M. Gulley*
(FULL NAME - PRINT)

*Tina M Gulley*
(SIGNATURE)

Kemppel, Huffman & Ellis, P.C.
(EMPLOYER OR FIRM)

255 E. Fireweed Lane, Suite 200
(BUSINESS ADDRESS)    Anchorage, AK  99503

---

[1] The principal or manager of a copy center on vendor may execute this agreement on behalf of all employees of such center or vendor.

Defendant, Alaska Village Electric Coop., Inc.
(RECEIVING PARTY IN PROCEEDING)

_____ August 18, 2006
(DATE)

49400v5

## EXHIBIT B

### NONDISCLOSURE AGREEMENT (TRADE SECRET MATERIALS)

I hereby certify to, and agree for the express benefit of, the Court and the Producing Parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature

and reside at the following address:



Tina Gulley
19438 Pribiloff Lp
Eagle River, AK 99577

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3-06-CV-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive the Trade Secret Materials in accordance with the Protective Order.

(d) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(e) That I shall not disclose to any person, other than those persons specifically authorized by the Protective Order, and will not copy or use, except solely for the limited purpose of preparing expert reports by a Receiving Party in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(f) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

(g) That I shall not represent or advise a Receiving Party or any other person, entity, governmental authority or other organization in any negotiations over changes to the prices proposed or bid by Crowley for the purchase of fuel from Crowley for a period of at least two years and shall not otherwise use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

Tina M. Gulley
(FULL NAME - PRINT)

Tina M Gulley
(SIGNATURE)

Kemppel, Huffman & Ellils, P.C.
(EMPLOYER OR FIRM)

494005

255 E. Fireweed Lane, Suite 200
_____
(BUSINESS ADDRESS)   Anchorage, AK  99503
Defendant, Alaska Village Electric Coop., Inc.
(RECEIVING PARTY IN PROCEEDING)
_____August 18, 2006_____
(DATE)

49400x5