MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

CROWLEY MARINE SERVICES, INC.   vs.   AK. VILLAGE ELECTRIC COOPERATIVE, INC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS
CASE NO. 3:06-CV-00054-TMB

DEPUTY CLERK/RECORDER: Patty Demeter

APPEARANCES:   PLAINTIFF: Douglas Serdahely, Matthew Block

              DEFENDANT: John Leman, Jason Gist

PROCEEDINGS: ORAL ARGUMENT ON MOTION for JUDGMENT ON THE PLEADINGS (DKT 18) HELD 9/22/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:05 a.m. court convened.

Court and counsel heard.

Court GRANTED motion to amend answer.

Exhibits 1, 2, & 3 identified on behalf of the Plaintiff.

Plaintiff counsel shall submit a supplemental brief early the week of September 25, 2006.  Defense counsel shall submit a supplemental brief in response to plaintiff's supplemental brief by the end of the week of September 25, 2006.

At 11:24 a.m. court Adjourned.

DATE: 9/22/06          DEPUTY CLERK'S INITIALS: PLD