(Rev 2/03)

# LIST OF EXHIBITS

Case No. 3:06-CV-00054-TMB   ~~Magistrate Judge~~/Judge: Timothy M. Burgess

Title Crowley Marine Services Inc
vs.
Alaska Village Electric Cooperative Inc

Dates of Hearing/Trial: 9-22-06

Deputy Clerk/Recorder: Patty Demeter

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Doug Serdahely | John Leman |
| | Jason Gist |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | | Invitation to Bid Timeline Re: Avec | | | | |
| 2 | X | | Letter | | | | |
| 3 | X | | Letter - Notice of Award | | | | |