factual issues in the case, a trial on the merits would be more appropriate than an attempt at resolution of the case on a Rule 12(c) motion" is certainly consistent with each of these Ninth Circuit cases. Wright and Miller at § 1367, p. 216. Crowley's attempt to piecemeal the ultimate issue in the case – the terms of the parties' contractual relationship – has no legal basis on which to stand, and there is no logical basis to narrow the issues using the pending motion.

### III. CONCLUSION

The Ninth Circuit precedent cited by Crowley is misplaced and inapplicable to the case at hand. Although a court may enter a partial judgment on the pleadings, it should do so only where it resolves all of the factual and legal issues with respect to that claim. A partial judgment on the pleadings is not appropriate in a case such as this where the Court will most certainly be required to determine the facts surrounding, and the legal effect of, the documents at issue. For the reasons stated herein, Crowley's motion should be denied.

DATED this 29th day of September, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric
Cooperative, Inc.

s/ John Andrew Leman
John Andrew Leman
Alaska Bar Association No. 9706034

s/ Jason M. Gist
Jason M. Gist
Alaska Bar Association No. 0505020

ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S
MEMORANDUM OF POINTS AND AUTHORITIES REGARDING
PARTIAL JUDGMENT ON THE PLEADINGS
3:06-CV-00054-TMB
Page 6 of 7

fs\AVEC\CrowleyvAVEC\Pleadings\9-29-06\f

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the persons named below electronically on the 29th day of September, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: s/ Sherry Griffis
    Legal Secretary
    Kemppel, Huffman & Ellis, P.C.

LAW OFFICES OF
KEMPPEL, HUFFMAN AND ELLIS
A PROFESSIONAL CORPORATION
255 E. FIREWEED LANE, SUITE 200
ANCHORAGE, ALASKA 99503-2025
(907) 277-1604

ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S
MEMORANDUM OF POINTS AND AUTHORITIES REGARDING
PARTIAL JUDGMENT ON THE PLEADINGS
3:06-CV-00054-TMB
Page 7 of 7

fs\AVEC\CrowleyvAVEC\Pleadings\9-29-06\f