John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC.,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ALASKA VILLAGE ELECTRIC  )<br>COOPERATIVE, INC.,  )<br>  )<br>        Defendant.  )<br>_____  ) | Case No. 3:06-CV-00054-TMB |

### NOTICE OF FILING CORRECTED SIGNATURE BLOCK

PLEASE TAKE NOTICE that Alaska Village Electric Cooperative, Inc. hereby files the corrected signature block with respect to its Memorandum of Points and Authorities Regarding Partial Judgment on the Pleadings, filed on September 29, 2006, in the above-entitled matter. The attached signature block corrects Document No. 51 in the above-entitled matter.

DATED this 2nd day of October, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric Cooperative, Inc.

S/ Jason M. Gist
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
Phone: (907) 277-1604
Fax:    (907) 276-2493
Email: jmg@khe.com
Alaska Bar Association No. 0505020

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document
was served on the persons named below electronically
on the 2nd day of October, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: s/ Sherry Griffis
        Legal Secretary
        Kemppel, Huffman & Ellis, P.C.

NOTICE OF FILING CORRECTED SIGNATURE BLOCK
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\CrowleyvAVEC\Pleadings\10-2-06\f