DATED this 29th day of September, 2006, at Anchorage, Alaska.

             KEMPPEL, HUFFMAN AND ELLIS, P.C.
             Attorneys for Alaska Village Electric
             Cooperative, Inc.


s/ John Andrew Leman
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
Phone: (907) 277-1604
Fax:     (907) 276-2493
Email: jal@khe.com
Alaska Bar Association No. 9706034


s/ Jason M. Gist
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
Phone: (907) 277-1604
Fax:     (907) 276-2493
Email: jmg@khe.com
Alaska Bar Association No. 0505020


CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document
was served on the persons named below electronically
on the 29th day of September, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By:  s/ Sherry Griffis
   Legal Secretary
   Kemppel, Huffman & Ellis, P.C.

ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.'S
MEMORANDUM OF POINTS AND AUTHORITIES REGARDING
PARTIAL JUDGMENT ON THE PLEADINGS
3:06-CV-00054-TMB
Page 7 of 7

fs\AVEC\CrowleyvAVEC\Pleadings\9-29-06\f