John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-CV-00054-TMB |

### NOTICE OF FILING NONDISCLOSURE AGREEMENTS
### (CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIAL)

Pursuant to the Court's Protective Order Governing Confidential Materials and Trade Secret Materials, dated August 17, 2006, Alaska Village Electric Cooperative, Inc., by and through its attorneys, Kemppel, Huffman and Ellis, P.C., hereby files with the United States District Court three NONDISCLOSURE AGREEMENTS (CONFIDENTIAL MATERIAL) and three NONDISCLOSURE AGREEMENTS

fs\AVEC\CrowleyvAVEC\Pleadings\10-9-06\f

(TRADE SECRET MATERIAL). Each have been signed and dated by Kevin VanNortwick, Robert Meyer, and Jason Pierce.

DATED this 9th day of October, 2006, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric Cooperative, Inc.

s/ John Andrew Leman
255 E. Fireweed Lane, Suite 200
Phone: (907) 277-1604
Fax:   (907) 276-2493
Email: jal@khe.com
Alaska Bar Association No. 9706034

s/ Jason M. Gist
255 E. Fireweed Lane, Suite 200
Phone: (907) 277-1604
Fax:   (907) 276-2493
Email: jmg@khe.com
Alaska Bar Association No. 0505020

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the persons named below electronically on the 9th day of October, 2006.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: s/ Tina Gulley
    Tina Gulley, Legal Secretary
    Kemppel, Huffman & Ellis, P.C.

NOTICE OF FILING NONDISCLOSURE AGREEMENTS
(CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIALS)
3:06-CV-00054-TMB
Page 2 of 2

fs\AVEC\CrowleyvAVEC\Pleadings\10-9-06\f

## EXHIBIT A

## NONDISCLOSURE AGREEMENT (CONFIDENTIAL MATERIAL)

I hereby certify to, and agree for the express benefit of, the Court and the Producing parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:[1]

*Mikunda, Cottrell & Co.*
*3601 C St, Suite 600*
*Anchorage, AK 99503*

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3:06-cv-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive Confidential Material in accordance with the Protective Order.

(a) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(b) That I shall not disclose to any person, other than those persons specifically authorized by the Order, and will not copy or use, except solely for the limited purpose of assisting the Receiving Party identified below in preparing expert reports in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(c) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

_Kevin T. Van Norquck_
(FULL NAME - PRINT)

_[signature]_
(SIGNATURE)

_Mikunda Cottrell & Co._
(EMPLOYER OR FIRM)

_3601 C. St, Suite 600, Anch. AK 99503_
(BUSINESS ADDRESS)

---

[1] The principal or manager of a copy center or vendor may execute this agreement on behalf of all employees of such center or vendor.

<u>  Defendant, Alaska Village Electric Coop, Inc.</u>
(RECEIVING PARTY IN PROCEEDING)

<u>  October 9, 2006       </u>
(DATE)

EXHIBIT B

## NONDISCLOSURE AGREEMENT (TRADE SECRET MATERIALS)

I hereby certify to, and agree for the express benefit of, the Court and the Producing Parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:



MIKUNDA COTRELL +CO.
3601 C. ST., SUITE 600
ANCHORAGE, AK 99503

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3-06-CV-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive the Trade Secret Materials in accordance with the Protective Order.

(d) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(e) That I shall not disclose to any person, other than those persons specifically authorized by the Protective Order, and will not copy or use, except solely for the limited purpose of preparing expert reports by a Receiving Party in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(f) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

(g) That I shall not represent or advise a Receiving Party or any other person, entity, governmental authority or other organization in any negotiations over changes to the prices proposed or bid by Crowley for the purchase of fuel from Crowley for a period of at least two years and shall not otherwise use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

KEVIN T. VAN NORTWICK
(FULL NAME / PRINT)

_____
(SIGNATURE)

MIKUNDA COTRELL +CO.
(EMPLOYER OR FIRM)

49406v5

_____
(BUSINESS ADDRESS)
_Defendant, Alaska Village Electric_ Coop., Inc.
(RECEIVING PARTY IN PROCEEDING)
October 9, 2006
(DATE)

49400v5

## EXHIBIT A

### NONDISCLOSURE AGREEMENT (CONFIDENTIAL MATERIAL)

I hereby certify to, and agree for the express benefit of, the Court and the Producing parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:[1]

*2810 Chesapeake Ave.*
*Anchorage, AK 99516*

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3:06-cv-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive Confidential Material in accordance with the Protective Order.

(a) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(b) That I shall not disclose to any person, other than those persons specifically authorized by the Order, and will not copy or use, except solely for the limited purpose of assisting the Receiving Party identified below in preparing expert reports in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(c) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

*Robert Meyer*
(FULL NAME - PRINT)

*[signature]*
(SIGNATURE)

*Mikunda Cottrell + Co*
(EMPLOYER OR FIRM)

*3601 C St. Ste 600*
*Anchorage AK 99503*
(BUSINESS ADDRESS)

---

[1] The principal or manager of a copy center on vendor may execute this agreement on behalf of all employees of such center or vendor.

49400v3

<u>Defendantm Alaska Village Electric Coop., Inc.</u>
(RECEIVING PARTY IN PROCEEDING)

<u>October 9, 2006</u>
(DATE)

49400v5

EXHIBIT B

NONDISCLOSURE AGREEMENT (TRADE SECRET MATERIALS)

I hereby certify to, and agree for the express benefit of, the Court and the Producing Parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:


2910 Chesapeake Ave
Anchorage, AK 99516

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3-06-CV-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive the Trade Secret Materials in accordance with the Protective Order.

(d) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(e) That I shall not disclose to any person, other than those persons specifically authorized by the Protective Order, and will not copy or use, except solely for the limited purpose of preparing expert reports by a Receiving Party in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(f) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

(g) That I shall not represent or advise a Receiving Party or any other person, entity, governmental authority or other organization in any negotiations over changes to the prices proposed or bid by Crowley for the purchase of fuel from Crowley for a period of at least two years and shall not otherwise use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

Robert Meyer
(FULL NAME - PRINT)

_____
(SIGNATURE)

Mikunda Cottrell & Co
(EMPLOYER OR FIRM)

<u>301 C St., Ste 100</u>
<u>Anchorage, AK 99503</u>
(BUSINESS ADDRESS)
<u>Defendant, Alaska Village Electric</u> Coop., Inc.
(RECEIVING PARTY IN PROCEEDING)
<u>  October 9, 2006  </u>
(DATE)

49400v5

EXHIBIT A

NONDISCLOSURE AGREEMENT (CONFIDENTIAL MATERIAL)

I hereby certify to, and agree for the express benefit of, the Court and the Producing parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:[1]

_2921 W. 29TH AVE #2A_
_ANCHORAGE AK 99517_

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3:06-cv-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive Confidential Material in accordance with the Protective Order.

(a) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(b) That I shall not disclose to any person, other than those persons specifically authorized by the Order, and will not copy or use, except solely for the limited purpose of assisting the Receiving Party identified below in preparing expert reports in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(c) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

_JASON RONALD PIERCE_
(FULL NAME - PRINT)

_[signature]_
(SIGNATURE)

_MIKUNDA COTTRELL_
(EMPLOYER OR FIRM)

_3601 C ST STE 600 ANCHORAGE, AK 99503_
(BUSINESS ADDRESS)

---

[1] The principal or manager of a copy center on vendor may execute this agreement on behalf of all employees of such center or vendor.

49400v3

<u>Defendant, Alaska Village Electric Coop., Inc.</u>
(RECEIVING PARTY IN PROCEEDING)

<u>October 9, 2006</u>
(DATE)

49400v5

EXHIBIT B

## NONDISCLOSURE AGREEMENT (TRADE SECRET MATERIALS)

I hereby certify to, and agree for the express benefit of, the Court and the Producing Parties (as such terms are defined in the Protective Order referenced below) as follows:

(a) That I am employed by the employer or firm indicated below my signature and reside at the following address:

> 2921 W. 29TH AVE #19
> Anchorage, AK 99517

(b) That I have received and read a copy of the Protective Order Governing Confidential Materials and Trade Secret Materials in Case No. 3-06-CV-00054-TMB (the "Protective Order").

(c) That I am a person entitled to receive the Trade Secret Materials in accordance with the Protective Order.

(d) That I shall comply with and be bound by the provisions of the Protective Order, and agree to subject myself to the jurisdiction of this Court for all matters relating to this Protective Order, including the enforcement thereof.

(e) That I shall not disclose to any person, other than those persons specifically authorized by the Protective Order, and will not copy or use, except solely for the limited purpose of preparing expert reports by a Receiving Party in this proceeding, and participating in any hearing in this case, any materials or information that are provided to me pursuant to the Protective Order.

(f) That I shall not use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

(g) That I shall not represent or advise a Receiving Party or any other person, entity, governmental authority or other organization in any negotiations over changes to the prices proposed or bid by Crowley for the purchase of fuel from Crowley for a period of at least two years and shall not otherwise use any such materials or information to aid myself or any person or entity to gain any commercial or competitive benefit or for any other purpose except as expressly provided above.

Ronald
Jason Pierce
(FULL NAME - PRINT)

_____
(SIGNATURE)

Mikunda Cottrell
(EMPLOYER OR FIRM)

4940046.5

3601 C ST. STE. 600 ANCHORAGE, AK 99503
(BUSINESS ADDRESS)
Defendant, Alaska Village Electric Coop., Inc.
(RECEIVING PARTY IN PROCEEDING)
October 9, 2006
(DATE)

49400v5