Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:  (907) 263-6310
Fax:  (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

John Andrew Leman, Esq. (Alaska Bar No. 9706034)
jal@khe.com
KEMPPEL HUFFMAN AND ELLIS P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone:  (907) 277-1604
Fax:  (907) 276-2493

*Attorneys for Defendant Alaska Village Electric Cooperative, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) ) Plaintiff, ) ) vs. ) ) ALASKA VILLAGE ELECTRIC ) COOPERATIVE, INC., ) ) Defendant. ) ) | Case No. 3:06-cv-00054-TMB <br><br> **JOINT MOTION FOR COURT APPOINTED MEDIATOR** |

  COMES NOW THE PARTIES, by and through their undersigned counsel, and move the Court pursuant to Local Rule 16.2 and the Alternative Dispute Resolution Act of 1998, 28 U.S.C. 651 *et seq.*, to appoint a federal judge as a mediator of this dispute to assist the parties in seeking settlement.  This joint motion is supported by the attached memorandum.

023659.0101\51607

DATED at Anchorage, Alaska this 25th day of October 2006.

      s/ Douglas J. Serdahely
      PATTON BOGGS LLP
      ABA No. 7210072
      601 W. 5th Avenue, Suite 700
      Anchorage, Alaska 99501
      Tel: (907) 263-6310
      Fax: (907) 263-6345
      E-mail: dserdahely@pattonboggs.com

      Attorneys for Plaintiff Crowley Marine Services, Inc.

      s/ John Andrew Leman (consent)
      KEMPPEL HUFFMAN AND ELLIS P.C.
      ABA No. 9706034
      255 E. Fireweed Lane, Suite 200
      Anchorage, Alaska 99503-2025
      Telephone: (907) 277-1604
      Fax: (907) 276-2493
      E-mail: jal@khe.com

      Attorneys for Defendant Alaska Village Electric Cooperative, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October 2006, the foregoing document was served via electronically on:

| | |
|---|---|
| **John A. Leman, Esq.** | **Jason M. Gist** |
| jal@khe.com | jmg@khe.com |

**Paul J. Jones, Esq.**
pjj@khe.com

By:   s/Maribel Webber
      Legal Secretary/Assistant
      PATTON BOGGS LLP