# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-cv-00054-TMB <br><br> **[PROPOSED] ORDER <br> APPOINTING MEDIATOR** |

The Court, having carefully considered the Parties' Joint Motion for Court Appointed Mediator and being fully apprised in its premises, HEREBY ORDERS that Judge _____ is appointed as Mediator of this dispute pursuant to Local Rule 16.2(e)(2). The Parties shall meet and confer with the Mediator and shall conduct a mediation in good faith and according to the Rule at the earliest convenient time.

IT IS SO ORDERED.

DATED:_____                  _____
                                              Hon. Timothy Burgess
                                              United States District Court

023659.0101\51610

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October 2006, the foregoing document was served via electronically on:

**John A. Leman, Esq.**  **Jason M. Gist**
jal@khe.com   jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com


By:  s/Maribel Webber
       Legal Secretary/Assistant
       PATTON BOGGS LLP