Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

John Andrew Leman, Esq. (Alaska Bar No. 9706034)
jal@khe.com
KEMPPEL HUFFMAN AND ELLIS P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Fax: (907) 276-2493

*Attorneys for Defendant Alaska Village Electric Cooperative, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-cv-00054-TMB <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR COURT APPOINTED <u>MEDIATOR</u>** |

The parties, in recognition of the policies of the Court and in a desire to explore a good faith settlement of this case, have moved the Court to appoint a mediator and order that a mediation be scheduled and conducted within a reasonable time. As the Court indicated on September 22, 2006, at a hearing on the Plaintiff's Motion for Judgment on the Pleadings, the

023659.0101\51609

Federal court has a policy of supporting and favoring out-of-court settlement in order to avoid litigation expense.  Tr. of Oral Argument at 52/9 – 53/25.  *See also* Local Rule 16.2(a)(1).  In this case, the parties believe that a settlement is most likely to occur if the Court intervenes to appoint a mediator, and if that mediator is a federal judge, as is specified in the Rules, both of which are within the Court's powers and authority.  *See* Local Rule 16.2(c)(1) & (e)(2).  The Parties will agree to meet and mediate at a time mutually convenient to them and at the earliest convenience of the appointed mediator.

      DATED at Anchorage, Alaska this 25th day of October 2006.

          s/ Douglas J. Serdahely
          PATTON BOGGS LLP
          ABA No. 7210072
          601 W. 5th Avenue, Suite 700
          Anchorage, Alaska 99501
          Tel: (907) 263-6310
          Fax: (907) 263-6345
          E-mail: dserdahely@pattonboggs.com

          Attorneys for Plaintiff Crowley Marine Services, Inc.

          s/ John Andrew Leman (consent)
          KEMPPEL HUFFMAN AND ELLIS P.C.
          ABA No. 9706034
          255 E. Fireweed Lane, Suite 200
          Anchorage, Alaska 99503-2025
          Telephone:  (907) 277-1604
          Fax:  (907) 276-2493
          E-mail:  jal@khe.com

          Attorneys for Defendant Alaska Village Electric Cooperative, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October 2006, the foregoing document was served via electronically on:

**John A. Leman, Esq.**  **Jason M. Gist**
jal@khe.com   jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com

By:  s/Maribel Webber
     Legal Secretary/Assistant
     PATTON BOGGS LLP