- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>CROWLEY MARINE SERVICES, INC.</u>   v.   <u>ALASKA VILLAGE ELEC. COOP., INC.</u>

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.   <u>3:06-cv-0054-TMB</u>

   <u>Deputy Clerk</u>                          <u>Official Recorder</u>

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

      A settlement conference was held on December 6, 2006. Despite excellent participation on both sides, the case was not settled. The case should be tried as soon as possible.