Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:  (907) 263-6310
Fax:  (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br><br>Plaintiff, )<br><br>vs. )<br><br>ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., )<br><br>Defendant. ) | Case No. 3:06-cv-00054-TMB |

## UNOPPOSED MOTION FOR LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT

Pursuant to Federal R. Civ. P. 15(a), Plaintiff, Crowley Marine Services, Inc. ("Crowley") respectfully moves for leave to file its [Proposed] First Amended Complaint ("Motion") which adds a claim for the damages it has incurred during the 2006 delivery season. At the time its original Complaint was filed, Crowley had not yet commenced deliveries for the 2006 season.  Deliveries began in late May and were completed in October, 2006.  Defendant, Alaska, Village Electric Cooperative, Inc. ("AVEC") has been invoiced for the 2006 season and has made payment, to the amount of the price cap, on all invoices from Crowley.

Accordingly, it is now appropriate for Crowley to amend its Complaint to assert a claim against AVEC for damages arising from 2006 deliveries. A copy of the [Proposed] First Amended Complaint is attached hereto as Exhibit 1.

This Motion is also supported by the accompanying memorandum of law.

As is detailed in the accompanying affidavit of Crowley's counsel, AVEC does not oppose this Motion.

A proposed order is also submitted herewith, for the convenience of the Court.

DATED at Anchorage, Alaska this 20th day of December 2006.

> s/ Douglas J. Serdahely
> PATTON BOGGS LLP
> ABA No. 7210072
> 601 W. 5th Avenue, Suite 700
> Anchorage, Alaska 99501
> Tel: (907) 263-6310
> Fax: (907) 263-6345
> E-mail: dserdahely@pattonboggs.com
>
> *Attorneys for Plaintiff Crowley Marine*
> *Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December 2006, the foregoing
document was served via electronically on:

**John A. Leman, Esq.**               **Jason M. Gist**
jal@khe.com                          jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com


By:    s/Maribel Webber
            Legal Secretary/Assistant
            PATTON BOGGS LLP

UNOPPOSED MOTION FOR LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT
*Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.,* Case No. 3:06-cv-00054-TMB
Page 2