Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 4 – LOWER YUKON RIVER

LOWER YUKON SCHOOL DISTRICT – UNLEADED GASOLINE REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Alakanuk | | | 1,500 | 1.616 | $2,424 | 2.116 |
| Central Office | | | 8,500 | 1.616 | 13,736 | 2.116 |
| Emmonak | | | 500 | 1.616 | 808 | 2.116 |
| Hooper Bay | | | 1,500 | 1.616 | 2,424 | 2.116 |
| Kotlik | | | 275 | 1.616 | 444.40 | 2.116 |
| Marshall | | | 1,000 | 1.616 | 1,616 | 2.116 |
| Mountain Village | | | 2,000 | 1.616 | 3,232 | 2.116 |
| Pilot Station | | | 1,500 | 1.616 | 2,424 | 2.116 |
| Russian Mission | | | 2,000 | 1.616 | 3,232 | 2.116 |
| Scammon Bay | | | 500 | 1.616 | 808 | 2.116 |
| Sheldon Point | | | 1,000 | 1.616 | 1,616 | 2.116 |
| | | | 20,275 | < Totals> | $32,764.40 | |

**Special instructions related to this Area:**

4/18/05:
No cap

Term: 2005 - 2007

____M. Bruce Barto____
Bidder's Name (Please Print)

____[signature]____    V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature    Title    Date

*This page must be signed by owner, or his authorized agent (Signature must be notarized).*

[notary seal: PAMELA A. MCELROY / COMMISSION EXPIRES / NOTARY PUBLIC / DEC. 30, 2006 / STATE OF WASHINGTON]

Pamela A. McElroy
Dec. 1, 2003

EXHIBIT B
PAGE 21 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

INDEXED

## AREA 4 – LOWER YUKON RIVER

### KASHUNAMIUT SCHOOL DISTRICT – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Chevak | | | 60,000 | 1.353 | $81,180 | 1.853 |

Special instructions related to this Area:

M. Bruce Barto
Bidder's Name (Please Print)

*(signature)* — Authorized Signature    V.P. & G.M. Petroleum Svcs    12/01/03
                                          Title                        Date

Note:  *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

*(Notary seal: PAMELA A. MCELROY, COMMISSION EXPIRES, NOTARY PUBLIC, DEC. 30, 2006, STATE OF WASHINGTON)*

*Pamela a. McElroy*
*Dec. 1, 2003*

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 4 – LOWER YUKON RIVER

### SAINT MARY'S SCHOOL DISTRICT – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Saint Mary's | | | 35,000 | 1.373 | $48,055 | 1.873 |

### SAINT MARY'S SCHOOL DISTRICT – UNLEADED GASOLINE REQUIREMENTS

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Saint Mary's | | | 2,000 | 1.636 | $3,272 | 2.136 |

Special instructions related to this Area:

_M. Bruce Barto_
Bidder's Name (Please Print)

_V.P. & G.M. Petroleum Svcs_     _12/01/03_
Authorized Signature      Title      Date

Note:  *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

Pamela A. McElroy
Dec. 1, 2003

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

INDEXED

## AREA 5 – NORTON SOUND, SEWARD PENINSULA, SAINT LAWRENCE ISLAND

### AVEC – DIESEL FUEL REQUIREMENTS

Estimated 2004 order requirements

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Brevig Mission | Jul-19 | | 81 | 80,000 | 1.353 | $108,240 | 1.853 |
| Elim | Jun-25 | | 126 | 95,000 | 1.353 | 128,535 | 1.853 |
| Gambell | Jun-15 | | 287 | 151,000 | 1.353 | 204,303 | 1.853 |
| Koyuk (A) | Jun-28 | | 152 | 70,000 | 1.353 | 94,710 | 1.853 |
| Koyuk (B) | Aug-30 | | 152 | 10,000 | 1.453 | 14,530 | 1.953 |
| Saint Michael (A) | Jun-25 | | 130 | 70,000 | 1.353 | 94,710 | 1.853 |
| Saint Michael (B) | Aug-30 | | 130 | 10,000 | 1.453 | 14,530 | 1.953 |
| Savoonga | Jul-10 | | 215 | 155,000 | 1.353 | 209,715 | 1.853 |
| Shaktoolik | Jun-25 | | 116 | 62,000 | 1.353 | 83,886 | 1.853 |
| Shishmaref | Aug-1 | | 219 | 136,000 | 1.353 | 184,008 | 1.853 |
| Stebbins (A) | Jun-25 | | 182 | 86,000 | 1.353 | 116,358 | 1.853 |
| Stebbins (B) | Aug-14 | | 182 | 15,000 | 1.353 | 20,295 | 1.853 |
| Wales | Aug-1 | | 93 | 45,000 | 1.353 | 60,885 | 1.853 |
| | | | | 985,000 | < Totals> | $1,334,705 | |

Use *Daily Fuel Rate* for *"Quantity Adjustments"*

1 - 355

Special instructions related to this Area:

M. Bruce Barto
Bidder's Name (Please Print)

*[signature]*                     V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature              Title                        Date

Above language must be signed by owner, or his authorized agent (Signature must be notarized).

*[notary seal: PAMELA A. MCELROY, COMMISSION EXPIRES, NOTARY PUBLIC, DEC. 30, 2005, STATE OF WASHINGTON]*

*[signature]* Pamela A. McElroy
Dec. 1, 2003

EXHIBIT B
PAGE 24 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

**INDEXED**

## AREA 6 – KOTZEBUE, KOBUK RIVER

**AVEC – DIESEL FUEL REQUIREMENTS**

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Ambler (A) | Jun-15 | | 167 | 85,000 | 1.927 | $163,795 | 2.427 |
| Ambler (B) | Aug-10 | | 167 | 15,000 | 2.127 | 31,905 | 2.627 |
| Kiana (A) | Jun-25 | | 212 | 90,000 | 1.927 | 173,430 | 2.427 |
| Kiana (B) | Aug-30 | | 212 | 10,000 | 1.927 | 19,270 | 2.427 |
| Kivalina | Aug-5 | | 160 | 89,000 | 1.927 | 171,503 | 2.427 |
| Noorvik (A) | Jul-25 | | 243 | 140,000 | 1.927 | 269,780 | 2.427 |
| Noorvik (B) | Aug-30 | | 243 | 10,000 | 1.927 | 19,270 | 2.427 |
| Selawik (A) | Jul-4 | | 298 | 190,000 | 1.927 | 366,130 | 2.427 |
| Selawik (B) | Aug-30 | | 298 | 35,000 | 1.927 | 67,445 | 2.427 |
| Shungnak (A) | Jun-10 | | 198 | 100,000 | 1.927 | 192,700 | 2.427 |
| Shungnak (B) | Aug-10 | | 198 | 20,000 | 2.127 | 42,540 | 2.627 |
| | | | | 784,000 | < Totals> | $1,517,768 | |

*Use Daily Fuel Rate for "Quantity Adjustments")*

Special instructions related to this Area:

 M. Bruce Barto 
Bidder's Name (Please Print)

*[signature]*                    V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature          Title                          Date

Note: *Each page must be signed by owner, or his authorized agent (Signature must be notarized).*

*[Notary seal: PAMELA A. McELROY, COMMISSION EXPIRES, NOTARY PUBLIC, DEC. 30, 2005, STATE OF WASHINGTON]*

*[signature] Pamela A. McElroy*
*Dec. 1, 2003*

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

I NDEXED

## AREA 6 – KOTZEBUE, KOBUK RIVER

### NORTHWEST ARCTIC SCHOOL DISTRICT     DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Ambler | | | 20,000 | 1.927 | $38,540 | 2.427 |
| Buckland | | | 30,000 | 1.927 | 57,810 | 2.427 |
| Deering | | | 29,000 | 1.927 | 55,883 | 2.427 |
| Kiana | | | 45,000 | 1.927 | 86,715 | 2.427 |
| Kivalina | | | 34,000 | 1.927 | 65,518 | 2.427 |
| Kobuk | | | 6,000 | 2.127 | 12,762 | 2.627 |
| Noorvik | | | 50,000 | 1.927 | 96,350 | 2.427 |
| Selawik | | | 95,000 | 1.927 | 183,065 | 2.427 |
| Shungnak | | | 45,000 | 1.927 | 86,715 | 2.427 |
| | | | 354,000 | < Totals> | $683,358 | |

*20*

Special instructions related to this Area:

__M. Bruce Barto__
Bidder's Name (Please Print)

__M Bruce Barto__     __V.P. & G.M Petroleum Svcs__   __12/01/03__
Authorized Signature          Title          Date

Note: This space must be signed by owner, or his authorized agent (Signature must be notarized).

*Pamela A. McElroy*
*Dec. 1, 2003*

PAMELA A. MCELROY
NOTARY
PUBLIC
DEC. 30, 2006
STATE OF WASHINGTON

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

---

## AREA 1 – BRISTOL BAY                                    2004 FIXED PRICE

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| New Stuyahok (A) | Jun-15 | | 143 | 65,000 | 1.726 | $112,190 | |
| New Stuyahok (B) | Sep-30 | | 143 | 15,000 | 1.876 | 28,140 | |
| Togiak (A) | Jun-1 | | 334 | 152,000 | 1.341 | 203,832 | |
| Togiak (B) | Oct-5 | | 334 | 58,000 | 1.441 | 83,578 | |
| | | | | 290,000 | < Totals> | $427,740 | |

*Use Daily Fuel Rate for "Quantity Adjustments"*

Special instructions related to this Area:

> Togiak delivery "A" may include a request for #2 diesel fuel subject to availability by the Contractor.

M. Bruce Barto
Bidder's Name (Please Print)

*signature*  V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature                Title                        Date

Note:  *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

*[notary seal: PAMELA A. MCELROY / COMMISSION EXPIRES / NOTARY PUBLIC / DEC. 30, 2003 / STATE OF WASHINGTON]*

Pamela a. McElroy
Dec. 1, 2003

---

EXHIBIT B
PAGE 27 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

---

## AREA 2 – LOWER KUSKOKWIM                    2004 FIXED PRICE

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Eek | Jun-15 | | 91 | 60,000 | 1.367 | $82,020 | |
| Goodnews Bay | Jun-16 | | 97 | 56,000 | 1.367 | 76,552 | |
| Lower Kalskag (A) | Jun-7 | | 158 | 90,000 | 1.367 | 123,030 | |
| Lower Kalskag (B) | Jul-14 | | 158 | 45,000 | 1.367 | 61,515 | |
| Mekoryuk | Jun-25 | | 113 | 70,000 | 1.367 | 95,690 | |
| Nightmute (A) | Jun-15 | | 174 | 40,000 | 1.367 | 54,680 | |
| Nightmute (B) | Aug-30 | | 174 | 12,000 | 1.467 | 17,604 | |
| Nunapitchuk (A) | Jun-1 | | 386 | 150,000 | 1.367 | 205,050 | |
| Nunapitchuk (B) | Aug-4 | | 386 | 40,000 | 1.367 | 54,680 | |
| Quinhagak | Jun-15 | | 180 | 102,000 | 1.367 | 139,434 | |
| Toksook Bay | Jun-27 | | 194 | 100,000 | 1.367 | 136,700 | |
| Tununak | Jun-27 | | 128 | 100,000 | 1.367 | 136,700 | |
| | | | | 865,000 | < Totals> | $1,183,655 | |

*Use **Daily Fuel Rate** for "Quantity Adjustments"*

Special instructions related to this Area:

---

  M. Bruce Barto
Bidder's Name (Please Print)

*[signature]*                    V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature             Title                          Date

Note: *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

*[notary seal: PAMELA A. MCELROY, COMMISSION EXPIRES, NOTARY PUBLIC, DEC. 30, 200?, STATE OF WASHINGTON]*

*[signature] Pamela A. McElroy*
*Dec. 1, 2003*

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 2 – LOWER KUSKOKWIM                    2004 FIXED PRICE

LOWER KUSKOKWIM SCHOOLS – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Atmautluak | | | 32,000 | 1.367 | $43,744 | |
| Chefornak | | | 47,000 | 1.367 | 64,249 | |
| Eek | | | 17,000 | 1.367 | 23,239 | |
| Goodnews Bay | | | 11,000 | 1.367 | 15,037 | |
| Akula | | | 18,000 | 1.367 | 24,606 | |
| Akiuk | | | 22,000 | 1.367 | 30,074 | |
| Kipnuk | | | 37,000 | 1.387 | 51,319 | |
| Kongiganak | | | 19,000 | 1.367 | 25,973 | |
| Kwethluk | | | 31,000 | 1.367 | 42,377 | |
| Kwigillingok | | | 35,000 | 1.367 | 47,845 | |
| Mekoryuk | | | 25,000 | 1.367 | 34,175 | |
| Napakiak | | | 53,000 | 1.367 | 72,451 | |
| Napaskiak | | | 17,000 | 1.367 | 23,239 | |
| Newtok | | | 48,000 | 1.367 | 65,616 | |
| Nightmute | | | 13,000 | 1.367 | 17,771 | |
| Nunapitchuk | | | 42,000 | 1.367 | 57,414 | |
| Oscarville | | | 19,000 | 1.367 | 25,973 | |
| Platinum | | | 3,000 | 1.367 | 4,101 | |
| Quinhagak | | | 42,000 | 1.367 | 57,414 | |
| Toksook Bay | | | 30,000 | 1.367 | 41,010 | |
| Tuntutuliak | | | 14,000 | 1.367 | 19,138 | |
| Tununak | | | 25,000 | 1.367 | 34,175 | |
| | | | 600,000 | < Totals> | $820,940 | |

**Special instructions related to this Area:**

The following locations will require truck delivery from the barge landing to the header:
Goodnews Bay, Mekoryuk, Platinum, Quinhagak, and Toksook Bay High School.

_M. Bruce Barto_
Bidder's Name (Please Print)

_[signature]_                _V.P. & G.M Petroleum Svcs_    _12/01/03_
Authorized Signature          Title                        Date

*This page must be signed by owner, or his authorized agent (Signature must be notarized).*

_[notary seal: PAMELA A. MOELLER · NOTARY PUBLIC · STATE OF WASHINGTON · DEC. 30, 2006]_

_[signature] Pamela A. Meeroy_
_Dec. 1, 2003_

EXHIBIT B
PAGE 29 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 2 – LOWER KUSKOKWIM                                        2004 FIXED PRICE

### LOWER KUSKOKWIM SCHOOL DISTRICT – DIESEL FUEL #1 REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Bethel | | | 50,000 | No Bid | | |
| | | | 50,000 | < Totals> | | |

### LOWER KUSKOKWIM SCHOOL DISTRICT – DIESEL FUEL #2 REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Bethel | | | 140,000 | No Bid | | |
| | | | 140,000 | < Totals> | | |

**Special instructions related to this Area:**

Lower Kuskokwim School District will contract for storage of Bethel inventory independent of this contract.  Inquiries regarding the storage of this fuel should be directed to Philip Gutleben, Business Manager, Lower Kuskokwim School District, at 907-543-4820.

*No fixed price offer f.o.b. Bethel.

M. Bruce Barto
Bidder's Name (Please Print)

_____        V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature            Title                         Date

This page must be signed by owner, or his authorized agent (Signature must be notarized).

*Pamela A. McElroy*
Dec. 1, 2003

*Page Added 11/21/03*

*Page 14a of 23*

*2004 Fuel Bid Number PUR-F-001/04*

EXHIBIT B
PAGE 30 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

---

## AREA 3 – MID-YUKON RIVER                    2004 FIXED PRICE

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Anvik | Jun-24 | | 69 | 40,000 | No Bid | | |
| Grayling (A) | Jun-6 | | 85 | 40,000 | No Bid | | |
| Grayling (B) | Aug-15 | | 85 | 5,000 | No Bid | | |
| Holy Cross (A) | Jun-7 | | 119 | 50,000 | No Bid | | |
| Holy Cross (B) | Aug-16 | | 119 | 5,000 | No Bid | | |
| Huslia (A) | Jun-11 | | 104 | 60,000 | No Bid | | |
| Huslia (B) | Sep-10 | | 104 | 10,000 | No Bid | | |
| Kaltag (A) | Jun-1 | | 115 | 50,000 | No Bid | | |
| Kaltag (B) | Sep-1 | | 115 | 5,000 | No Bid | | |
| Nulato (A) | May-31 | | 170 | 80,000 | No Bid | | |
| Nulato (B) | Aug-15 | | 170 | 8,000 | No Bid | | |
| Shageluk | Jun-10 | | 54 | 33,000 | | | |
| | | | | 386,000 | < Totals> | | |

*Use Daily Fuel Rate for "Quantity Adjustments"*

Special instructions related to this Area:

---

  M. Bruce Barto
Bidder's Name (Please Print)

*[signature]*                V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature         Title                         Date

*This page must be signed by owner, or his authorized agent (Signature must be notarized).*

*[notary seal: PAMELA A. MCELROY, COMMISSION EXPIRES, NOTARY PUBLIC, DEC. 30, 2006, STATE OF WASHINGTON]*

*[signature] Pamela A. McElroy*
*Dec. 1, 2003*

EXHIBIT B
PAGE 31 OF 46

Alaska Village Electric Coop...ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 4 – LOWER YUKON RIVER                    2004 FIXED PRICE

### AVEC – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Alakanuk | Jun-7 | | 204 | 110,000 | 1.367 | $150,370 | |
| Alakanuk | Aug-30 | | 204 | 20,000 | 1.367 | 27,340 | |
| Chevak | Jun-15 | | 251 | 155,000 | 1.367 | 211,885 | |
| Chevak | Aug-30 | | 251 | 55,000 | 1.367 | 75,185 | |
| Emmonak (A) | Jun-5 | | 404 | 160,000 | 1.367 | 218,720 | |
| Emmonak (B) | Aug-30 | | 404 | 35,000 | 1.367 | 47,845 | |
| Hooper Bay (A) | Jun-23 | | 325 | 150,000 | 1.367 | 205,050 | |
| Hooper Bay (B) | Aug-30 | | 325 | 30,000 | 1.367 | 41,010 | |
| Marshall (A) | Jul-15 | | 125 | 70,000 | 1.367 | 95,690 | |
| Marshall (B) | Aug-10 | | 125 | 6,000 | 1.467 | 8,802 | |
| Mt. Village (A) | Jul-1 | | 380 | 170,000 | 1.367 | 232,390 | |
| Mt. Village (B) | Aug-20 | | 380 | 20,000 | 1.367 | 27,340 | |
| Pilot Station (A) | Jun-7 | | 183 | 100,000 | 1.367 | 136,700 | |
| Pilot Station (B) | Aug-15 | | 183 | 20,000 | 1.367 | 27,340 | |
| Russian Mission (A) | Jul-11 | | 104 | 50,000 | 1.367 | 68,350 | |
| Russian Mission (B) | Aug-30 | | 104 | 10,000 | 1.367 | 13,670 | |
| Saint Mary's (A) | Jun-16 | | 433 | 190,000 | 1.387 | 263,530 | |
| Saint Mary's (B) | Aug-25 | | 433 | 20,000 | 1.387 | 27,740 | |
| Scammon Bay | Jul-31 | | 150 | 80,000 | 1.367 | 109,360 | |
| | | | | 1,451,000 | < Totals> | $1,988,317 | |

*Use <u>Daily Fuel Rate</u> for "Quantity Adjustments"*

Special instructions related to this Area:

_M. Bruce Barto_
Bidder's Name (Please Print)

_[signature]_                     V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature              Title                        Date

*This page must be signed by owner, or his authorized agent (Signature must be notarized).*

_[notary signature]_
_Dec. 1, 2003_

EXHIBIT B
PAGE 32 OF 46

Alaska Village Electric Coop ...ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

---

*Page Revised 11/14/03*

AREA 4 – LOWER YUKON RIVER    **2004 FIXED PRICE**

---

LOWER YUKON SCHOOL DISTRICT – UNLEADED GASOLINE DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Alakanuk | | | 65,000 | 1.367 | $88,855 | |
| Central Office | | | 18,000 | 1.367 | 24,606 | |
| Emmonak | | | 51,000 | 1.367 | 69,717 | |
| Hooper Bay | | | 85,000 | 1.367 | 116,195 | |
| Kotlik | | | 65,000 | 1.367 | 88,855 | |
| Marshall | | | 40,000 | 1.367 | 54,680 | |
| Mountain Village | | | 68,000 | 1.367 | 92,956 | |
| Pilot Station | | | 35,000 | 1.367 | 47,845 | |
| Pitkas Point | | | 23,000 | 1.367 | 31,441 | |
| Russian Mission | | | 19,000 | 1.367 | 25,973 | |
| Scammon Bay | | | 23,000 | 1.367 | 31,441 | |
| Sheldon Point | | | 25,000 | 1.367 | 34,175 | |
| | | | 517,000 | < Totals > | $706,739 | |

**Special instructions related to this Area:**

---

M. Bruce Barto
Bidder's Name (Please Print)

_M. Bruce Barto (signature)_    V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature    Title    Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

_Pamela A. McElroy (signature)_
_Dec. 1, 2003_

*(Notary seal: PAMELA A. MCELROY, COMMISSION EXPIRES, NOTARY PUBLIC, ... WASH...)*

**EXHIBIT B**
**PAGE 33 OF 46**

Alaska Village Electric Coop: ..tive, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 4 – LOWER YUKON RIVER                    2004 FIXED PRICE

### LOWER YUKON SCHOOL DISTRICT – UNLEADED GASOLINE REQUIREMENTS

Estimated 2004 order requirements

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Alakanuk | | | 1,500 | No Bid | | |
| Central Office | | | 8,500 | No Bid | | |
| Emmonak | | | 500 | No Bid | | |
| Hooper Bay | | | 1,500 | No Bid | | |
| Kotlik | | | 275 | No Bid | | |
| Marshall | | | 1,000 | No Bid | | |
| Mountain Village | | | 2,000 | No Bid | | |
| Pilot Station | | | 1,500 | No Bid | | |
| Russian Mission | | | 2,000 | No Bid | | |
| Scammon Bay | | | 500 | No Bid | | |
| Sheldon Point | | | 1,000 | No Bid | | |
| | | | 20,275 | < Totals> | | |

Special instructions related to this Area:

M. Bruce Barto
Bidder's Name (Please Print)

V.P. & G.M. Petroleum Svcs   12/01/03
Authorized Signature          Title                    Date

NOTE: Bid must be signed by owner, or his authorized agent (Signature must be notarized).

PAMELA A. MCELROY
COMMISSION EXPIRES
NOTARY
PUBLIC
DEC. 30, 2006
STATE OF WASHINGTON

EXHIBIT B
PAGE 34 OF 46

Alaska Village Electric Coop...ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 4 – LOWER YUKON RIVER                    2004 FIXED PRICE

### KASHUNAMIUT SCHOOL DISTRICT — DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Chevak | | | 60,000 | 1.367 | $82,020 | |

Special instructions related to this Area:

M. Bruce Barto
Bidder's Name (Please Print)

_____    V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature                 Title                        Date

Note:   *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

Pamela a. McElroy
Dec. 1, 2003

*2004 Fuel Bid Number PUR-F-001/04*

EXHIBIT B
PAGE 35 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 4 – LOWER YUKON RIVER                    2004 FIXED PRICE

### SAINT MARY'S SCHOOL DISTRICT – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Saint Mary's | | | 35,000 | 1.387 | $48,545 | |

### SAINT MARY'S SCHOOL DISTRICT – UNLEADED GASOLINE REQUIREMENTS

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Saint Mary's | | | 2,000 | No Bid | | |

Special instructions related to this Area:


M. Bruce Barto
Bidder's Name (Please Print)


Authorized Signature        V.P. & G.M. Petroleum Svcs    12/01/03
                            Title                        Date

Note:  *This page must be signed by owner, or his authorized agent (Signature must be notarized).*

*Pamela A. McElroy*
*Dec. 1, 2003*

EXHIBIT B
PAGE 36 OF 46

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

# 2004 FIXED PRICE

## AREA 5 – NORTON SOUND, SEWARD PENINSULA, SAINT LAWRENCE ISLAND

### AVEC — DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Brevig Mission | Jul-19 | | 81 | 80,000 | 1.367 | $109,360 | |
| Elim | Jun-25 | | 126 | 95,000 | 1.367 | 129,865 | |
| Gambell | Jun-15 | | 287 | 151,000 | 1.367 | 206,417 | |
| Koyuk (A) | Jun-28 | | 152 | 70,000 | 1.367 | 95,690 | |
| Koyuk (B) | Aug-30 | | 152 | 10,000 | 1.467 | 14,670 | |
| Saint Michael (A) | Jun-25 | | 130 | 70,000 | 1.367 | 95,690 | |
| Saint Michael (B) | Aug-30 | | 130 | 10,000 | 1.467 | 14,670 | |
| Savoonga | Jul-10 | | 215 | 155,000 | 1.367 | 211,885 | |
| Shaktoolik | Jun-25 | | 116 | 62,000 | 1.367 | 84,754 | |
| Shishmaref | Aug-1 | | 219 | 136,000 | 1.367 | 185,912 | |
| Stebbins (A) | Jun-25 | | 182 | 86,000 | 1.367 | 117,562 | |
| Stebbins (B) | Aug-14 | | 182 | 15,000 | 1.367 | 20,505 | |
| Wales | Aug-1 | | 93 | 45,000 | 1.367 | 61,515 | |
| | | | | 985,000 | < Totals> | $1,348,495 | |

*Use Daily Fuel Rate for "Quantity Adjustments"*



Special instructions related to this Area:

____M. Bruce Barto_____
Bidder's Name (Please Print)

_/s/ M. Bruce Barto_____    V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature            Title                        Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

_Pamela A. McElroy_
_Dec. 1, 2003_

PAMELA A. MCELROY
COMMISSION EXPIRES
NOTARY
PUBLIC
STATE OF WASHINGTON
DEC. 30, 2006

EXHIBIT B
PAGE 37 OF 46

Alaska Village Electric Coop~~~~ative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 6 – KOTZEBUE, KOBUK RIVER                    2004 FIXED PRICE

### AVEC – DIESEL FUEL REQUIREMENTS

Estimated 2004 order requirements

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Daily Fuel Rate | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|---|
| Ambler (A) | Jun-15 | | 167 | 85,000 | 1.941 | $164,985 | |
| Ambler (B) | Aug-10 | | 167 | 15,000 | 2.141 | $32,115 | |
| Kiana (A) | Jun-25 | | 212 | 90,000 | 1.941 | 174,690 | |
| Kiana (B) | Aug-30 | | 212 | 10,000 | 1.941 | 19,410 | |
| Kivalina | Aug-5 | | 160 | 89,000 | 1.941 | 172,749 | |
| Noorvik (A) | Jul-25 | | 243 | 140,000 | 1.941 | 271,740 | |
| Noorvik (B) | Aug-30 | | 243 | 10,000 | 1.941 | 19,410 | |
| Selawik (A) | Jul-4 | | 298 | 190,000 | 1.941 | 368,790 | |
| Selawik (B) | Aug-30 | | 298 | 35,000 | 1.941 | 67,935 | |
| Shungnak (A) | Jun-10 | | 198 | 100,000 | 1.941 | 194,100 | |
| Shungnak (B) | Aug-10 | | 198 | 20,000 | 2.141 | 42,820 | |
| | | | | 784,000 | < Totals> | $1,528,744 | |

Use *Daily Fuel Rate* for "*Quantity Adjustments*")

Special instructions related to this Area:

  M. Bruce Barto
Bidder's Name (Please Print)

_M. Bruce Barto_                    V.P. & G.M. Petroleum Svcs    12/01/03
Authorized Signature                Title                        Date

Note: ~~~ This page must be signed by owner, or his authorized agent (Signature must be notarized).

*Pamela A. McElroy*
*Dec. 1, 2003*

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

## AREA 6 – KOTZEBUE, KOBUK RIVER                    2004 FIXED PRICE

### NORTHWEST ARCTIC SCHOOL DISTRICT – DIESEL FUEL REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Ambler | | | 20,000 | 1.941 | $38,820 | |
| Buckland | | | 30,000 | 1.941 | 58,230 | |
| Deering | | | 29,000 | 1.941 | 56,289 | |
| Kiana | | | 45,000 | 1.941 | 87,345 | |
| Kivalina | | | 34,000 | 1.941 | 65,994 | |
| Kobuk | | | 6,000 | 2.141 | 12,846 | |
| Noorvik | | | 50,000 | 1.941 | 97,050 | |
| Selawik | | | 95,000 | 1.941 | 184,395 | |
| Shungnak | | | 45,000 | 1.941 | 87,345 | |
| | | | 354,000 | < Totals> | $688,314 | |

Special instructions related to this Area:

_M.Bruce Barto_
Bidder's Name (Please Print)

_signature_
Authorized Signature        V.P. & G.M. Petroleum Svcs    12/01/03
                            Title                        Date

Note: This page must be signed by owner, or his authorized agent (Signature must be notarized).

*Pamela A. McElroy*
Dec. 1, 2003

PAMELA A. MCELROY
COMMISSION EXPIRES
NOTARY
PUBLIC
DEC. 30, 2006
STATE OF WASHINGTON

EXHIBIT B
PAGE 39 OF 46

 # CROWLEY MARINE SERVICES, INC.

<u>PRODUCT SPECIFICATION</u>

Product: **Diesel Fuel No. 1**
Heating Fuel No. 1

| Characteristic | ASTM Test Method | Specified Limit (1) | Typical (2) | Comments |
|---|---|---|---|---|
| Gravity, API @ 60 deg F...... | D1298 | 35.0 Min | 43.0 | |
| Gravity, Specific 60 F/60 F.. | | 0.8499 Max | 0.8110 | |
| Flash Point, F(C)............ | D93 | 100 Min(38) | 103 | |
| Cloud Point, F(C)............ | D2500 | -58 Max(-50) | -60 | |
| Pour Point, F(C)............. | D97 | -60 Max(-51) | -60 | |
| Viscosity cSt 100 F (38 C)... | D445 | 1.3 to 2.4 | 1.3 | |
| ASTM Distillation, F(C)...... | D86 | | | |
|   10% Evaporated............. | " " | | 339 | |
|   50% Evaporated............. | " " | 419 Max (215) | 404 | |
|   90% Evaporated............. | " " | | 486 | |
|   End Point.................. | " " | 550 Max(289) | 523 | |
| Carbon Residue(10% botts) Wt% | D524 | 0.15 Max | 0.10 | |
| Ash - % Wgt................. | D482 | 0.01 Max | <.001 | |
| Copper Strip Corrosion....... | D130 | No. 3 Max | 1a | |
| Sulphur - % wgt............. | D4294 | 0.30 Max | 0.10 | |
| Color - ASTM................ | D1500 | .3 Max | | |
| Cetane Index, Calculated..... | D4737 | 40 Min | 44 | |
| Sediment & Water - % vol..... | D2709 | 0.05 Max | nil | |
| Heating value - Btu's/gallon. gross... | D240 | | 132,000 | |
| Neutralization Number, TAN... | D974 | | | |
|   mg KOH/g.................. | " " | 0.05 Max | | |
| Particulate Matter mg/liter.. | D2276 | | .3 | |

(1)  *Generally conforms to ASTM D396, Standard Specification for No. 1
     Fuel Oils.  Based on ASTM D975-98a, Table 1 "Detailed Requirements
     for Diesel Fuel Oils."  May meet ASTM 2880 for No. 1-GT\* fuel,
     and Federal Spec VV-F-800C for grade DF-1 with some exceptions.
     \* gas turbine*
(2)  *Typical product quality subject to change within Specified
     Limits.*

Effective 2/14/01                                    Cancels 1/22/01

Post Office Box 2287
Seattle, Washington 98111
(206) 443-8100
(800) 248-8632
Fax (206) 443-8072

Post Office Box 261
Kotzebue, Alaska 99752
(907) 442-3211
Fax (907) 442-3627

4300 B Street
Suite 507
Anchorage, Alaska 99503-5997
(907) 563-1114
(800) 478-7237
Fax (907) 762-3330

Post Office Box 700
Nome, Alaska 99762
(907) 443-2219
Fax (907) 443-2012

General Delivery
Post Office Box 92
Unalaska, Alaska 99685
(907) 581-1265
Fax (907) 581-1689



# CROWLEY MARINE SERVICES, INC.

PRODUCT SPECIFICATION

Product: **Unleaded Gasoline**

| Characteristic | ASTM Test Method | Specified Limit | Typical | Comments |
|---|---|---|---|---|
| Octane - Research............. | D2699 | | 90.9 | |
| Motor............... | D2700 | 82 Min | 83.2 | |
| Antiknock Index (R+M)/2.... | Both | 87 Min | 87.2 | |
| Lead - grams/liter........... | D3237 | .013 Max | .00 | |
| grams/gallon.......... | " " | .05 Max | .00 | |
| Color........................ | | Undyed | Colorless | |
| Reid Vapor Pressure.......... | D323, D5191 | 15.0 Max | 14.4 | |
| lbs(kPa) at 100 F (37.8 C) | " " | 103.4 Max | | |
| Gravity, API @ 60 deg F...... | D1298 | | 57.5 | |
| Gravity, Specific 60 F/60 F.. | | | .7486 | |
| Density lb/gal @ 60 F........ | | | 6.241 | |
| Flash Point, F(C)............ | D93 | | below -50(-45) | |
| ASTM Distillation, F(C)...... | D86 (3 | | | |
| 10% Evaporated............. | " " | 131 Max | 107 | |
| 50% Evaporated............. | " " | 170 to 235 | 227 | |
| 90% Evaporated............. | " " | 365 Max | 315 | |
| End Point.................. | " " | 437 Max | 359 | |
| % Residue.................. | " " | 2.0% Max | 1 | |
| Copper Strip Corrosion....... | D130 | No 1 Max | 1a | |
| Sulphur - % wgt............. | D4294 | 0.10 Max | .0221 | |
| Mercaptan Sulfer - % wgt..... | D3227 | 0.002 Max | 0.0008 | |
| Existent Gum - mg/100 ml..... | D381 | 5 Max | 0.3 | |
| Oxidation Stability.......... | D525 | | | |
| @ 100 deg C, in minutes. | | 240 Min | >240 | |
| Vapor/Liq Ratio (calculated). | D4814 | 105 Min | 120 | |
| IVD Detergent, Gal/1000 Gal Fuel (2) | | 0.1939 Min | | |
| Driveability Index | D4814 | 1220 Max | | |

(1) *Typical product quality subject to change within Specified Limits.*
(2) *Based on ASTM D-4814-98a 4utomotive Spark-Ignition Fuel".*
(3) *Seasonal variablity affects specified limit and actuals.*

Effective 1/22/01                    Cancels 06/01/97

Post Office Box 2287
Seattle, Washington 98111
(206) 443-8100
(800) 248-8632
Fax (206) 443-8072

Post Office Box 261
Kotzebue, Alaska 99752
(907) 442-3211
Fax (907) 442-3627

4300 B Street
Suite 507
Anchorage, Alaska 99503-5997
(907) 563-1114
(800) 478-7237
Fax (907) 762-3330

Post Office Box 700
Nome, Alaska 99762
(907) 443-2219
Fax (907) 443-2012

General Delivery
Post Office Box 92
Unalaska, Alaska 99685
(907) 581-1265
Fax (907) 581-1689

# Alaska Department of Community and Economic Development

P.O. Box 110806, Juneau, Alaska 99811-0806

## Alaska Business License

This is to certify that the licensee named below holds Alaska Business License Number 155013 covering the period Friday, December 14, 2001 through Wednesday, December 31, 2003.

Line of Business: Transportation and Warehousing

## CROWLEY MARINE SERVICES, INC.

PO BOX 2287, SEATTLE, WA, 98111

Owner: CROWLEY MARINE SERVICES INC

This license shall not be taken as permission to do business in the state without having complied with the other requirements of the laws of the State of Alaska or of the United States.

*Deborah B. Sedwick, Commissioner*

*Department of Community and Economic Development*

This license must be posted in a conspicuous place at the business location. It is not transferable or assignable.

| TRAMMO | b | 52.00 | - - - | 99.00 | 104.90m | 111.0U |
|---|---|---|---|---|---|---|
| Tesoro | b | 92.75 | - - - | 99.00 | 105.00m | 114.00 |
| Tesoro | u | 92.75 | - - - | 99.50 | 104.50m | 111.50 |
| Texaco | b | 90.01 | 92.51 | 99.00 | 104.80m | 113.00 |
| Tosco | u | 89.00 | 89.25 | 97.75 | 102.25m | 109.30 |
| XOM | b | 88.45 | - - - | 98.60 | 104.40m | 112.60 |
| LOW RACK | | 88.00 | 89.15 | 97.75 | 102.25m | 109.50 |
| HIGH RACK | | 92.75 | 92.51 | 100.00 | 107.00m | 115.00 |
| AVERAGE RACK | | 90.60 | 90.34 | 98.93 | 104.72m | 112.33 |
| 5-DAY AVG | | 89.04 | 88.37 | 99.01 | 104.90m | 112.49 |

7.7%Eth content may vary

Portland-Vancouver, OR-WA
| LOW RETAIL | | 149.80 |
| AVG RETAIL | | 156.47 |
| LOW RETAIL EX-TAX | | 101.10 |
| AVG RETAIL EX-TAX | | 107.77 |
| RACK/RETAIL P-/L+ | + 10.48 |

CONV ETHANOL 7.7%    PORTLAND, OR
| | | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| Cenex | b | N+8pC | - - - | 103.76 | 110.23m | 116.67 |
| Duke | u | N-10 | - - - | 102.00 | 105.50m | 115.00 |
| Shell | b | N-10 | - - - | 103.40 | 109.20m | 117.40 |
| Tesoro | b | N-10 | - - - | 103.50 | 109.30m | 118.50 |
| Tesoro | u | N-10 | - - - | 104.00 | 109.00m | 116.00 |
| Texaco | b | N-10 | - - - | 103.40 | 109.30m | 117.40 |
| XOM | b | 1-10 | - - - | 102.60 | 108.40m | 116.60 |
| LOW RACK | | | | 102.00 | 105.50m | 115.00 |
| HIGH RACK | | | | 104.00 | 110.21m | 118.50 |
| AVERAGE RACK | | | | 103.24 | 108.73m | 116.80 |
| 5-DAY AVG | | | | 103.30 | 109.17m | 117.01 |

7.7%Eth content may vary

Portland-Vancouver, OR-WA
| LOW RETAIL | | 153.05 |
| AVG RETAIL | | 160.64 |
| LOW RETAIL EX-TAX | | 114.60 |
| AVG RETAIL EX-TAX | | 122.10 |
| RACK/RETAIL P-/L+ | + 10.86 |

CONV ETHANOL 10%    PORTLAND, OR
| | | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 1-10 | - - - | 105.00 | 112.00m | 120.00 |
| Chevron | b | N-10 | - - - | 103.38 | 110.38m | 118.38 |
| Duke | u | N-10 | - - - | 103.00 | 106.50m | 116.00 |
| Tosco | u | N-10 | - - - | 102.25 | 106.25m | 113.25 |
| LOW RACK | | | | 102.25 | 106.25m | 113.25 |
| HIGH RACK | | | | 105.00 | 112.00m | 120.00 |
| AVERAGE RACK | | | | 103.41 | 108.78m | 116.91 |
| 5-DAY AVG | | | | 103.53 | 109.13m | 116.94 |

7.7%Eth content may vary

OXY AVG
OXY AVG - Regular      103.30   108.74   116.84

Sacramento, CA
| | | CARB | LS | | | |
| | | No2 | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 94.80 | - - - | - - - | - - - | - - - |
| BP | u | 92.50 | - - - | - - - | - - - | - - - |
| Beacon | b | 98.05 | - - - | - - - | - - - | - - - |
| Chevron | b | 97.73 | - - - | - - - | - - - | - - - |
| Shell | u | 95.44 | - - - | - - - | - - - | - - - |
| TRAMMO | u | 93.00 | - - - | - - - | - - - | - - - |
| Tesoro | u | 94.00m | - - - | - - - | - - - | - - - |
| Texaco | b | 94.94 | - - - | - - - | - - - | - - - |
| Tosco | u | 94.50 | - - - | - - - | - - - | - - - |
| Valero | b | 98.05 | - - - | - - - | - - - | - - - |
| Valero-Ex | b | 99.55 | - - - | - - - | - - - | - - - |
| LOW RACK | | 92.50 | - - - | - - - | - - - | - - - |
| HIGH RACK | | 99.55 | - - - | - - - | - - - | - - - |
| AVERAGE RACK | | 95.58 | - - - | - - - | - - - | - - - |
| 5-DAY AVG | | 94.89 | - - - | - - - | - - - | - - - |

CARFG ETHANOL 5.7%    SACRAMENTO, CA
| | | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | N-10 | - - - | 110.45 | 116.45m | 124.45 |
| Beacon | b | N-10 | - - - | 105.95 | 110.95m | 118.95 |
| Chevron | b | N-10 | - - - | 105.38 | 110.38m | 118.38 |
| Shell | b | N-10 | - - - | 107.55 | 112.55m | 120.55 |
| Tesoro | u | N-10 | - - - | 105.00 | 109.00m | 117.00m |
| Texaco | b | N-10 | - - - | 107.55 | 112.45m | 120.55 |
| Tosco | u | N-10 | - - - | 110.50 | 110.50m | 115.50 |
| Valero | b | 1-10 | - - - | 105.95 | 110.95m | 118.95 |
| Valero | b | N-12 | - - - | 106.25 | 110.75m | 115.25 |
| Valero-Ex | b | N-12 | - - - | 108.45 | 113.45m | 121.45 |
| LOW RACK | | | | 105.00 | 109.00m | 115.50 |
| HIGH RACK | | | | 110.50 | 116.45m | 124.45 |
| AVERAGE RACK | | | | 107.44 | 113.17m | 120.27 |
| 5-DAY AVG | | | | 107.49 | 111.81m | 120.06 |

Sacramento, CA
| LOW RETAIL | | 167.48 |
| AVG RETAIL | | 169.58 |
| LOW RETAIL EX-TAX | | 119.67 |
| AVG RETAIL EX-TAX | | 120.76 |
| RACK/RETAIL P-/L+ | + 12.34 |

San Diego, CA
| | | CARB | LS | | | |
| | | No2 | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| BP | u | 94.00 | - - - | - - - | - - - | - - - |
| Chevron | b | 95.00 | - - - | - - - | - - - | - - - |
| TRAMMO | u | 94.00 | - - - | - - - | - - - | - - - |
| Tesoro | u | 96.00 | - - - | - - - | - - - | - - - |
| Texaco | b | 95.55 | - - - | - - - | - - - | - - - |
| Tosco | u | 95.95 | - - - | - - - | - - - | - - - |
| Valero | b | 96.00 | - - - | - - - | - - - | - - - |
| Valero-Ex | b | 97.80 | - - - | - - - | - - - | - - - |
| LOW RACK | | 94.00 | - - - | - - - | - - - | - - - |
| HIGH RACK | | 97.80 | - - - | - - - | - - - | - - - |
| AVERAGE RACK | | 95.52 | - - - | - - - | - - - | - - - |
| 5-DAY AVG | | 94.93 | - - - | - - - | - - - | - - - |

CARFG MTBE 2%    SAN DIEGO, CA
| | | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| Tosco | u | N-10 | - - - | 104.75 | 111.75m | 114.75 |
| LOW RACK | | | | 104.75 | 111.75m | 114.75 |
| HIGH RACK | | | | 104.75 | 111.75m | 114.75 |
| AVERAGE RACK | | | | 104.75 | 111.75m | 114.75 |
| 5-DAY AVG | | | | 103.67 | 108.67m | 113.47 |

San Diego, CA
| LOW RETAIL | | 161.97 |
| AVG RETAIL | | 172.37 |
| LOW RETAIL EX-TAX | | 114.15 |
| AVG RETAIL EX-TAX | | 124.55 |
| RACK/RETAIL P-/L+ | + 17.91 |

---

CARFG ETHANOL 5.7%    SAN DIEGO, CA
| | | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 1-10 | - - - | 116.15 | 121.35m | 129.35 |
| Beacon | b | N-10 | - - - | 112.12 | 118.42m | 125.12 |
| Tesoro | u | N-10 | - - - | 108.00 | 113.00m | 119.00 |
| Texaco | b | N-10 | - - - | 111.20 | 116.60m | 124.20 |
| Valero | b | 1-10 | - - - | 107.25 | 112.25m | 117.25 |
| Valero | u | N-12 | - - - | 107.25 | 112.25m | 117.25 |
| LOW RACK | | | | 107.25 | 112.25m | 117.25 |
| HIGH RACK | | | | 116.15 | 121.35m | 129.35 |
| AVERAGE RACK | | | | 111.80 | 116.88m | 123.60 |
| 5-DAY AVG | | | | 112.78 | 117.88m | 125.06 |

CARFG AVG
CARFG AVG - Regular      110.96   116.03   122.46

San Francisco, CA
| | | CARB | LS | | | |
| | | No2 | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 93.55 | - - - | - - - | - - - | - - - |
| BP | u | 90.20 | - - - | - - - | - - - | - - - |
| Beacon | b | 97.05 | - - - | - - - | - - - | - - - |
| Chevron | b | 94.10 | - - - | - - - | - - - | - - - |
| Shell | u | 94.11 | - - - | - - - | - - - | - - - |
| Tesoro | u | 92.00 | - - - | - - - | - - - | - - - |
| Tosco | u | 93.50 | - - - | - - - | - - - | - - - |
| Valero | b | 97.95 | - - - | - - - | - - - | - - - |
| Valero-Ex | b | 99.25 | - - - | - - - | - - - | - - - |
| LOW RACK | | 90.20 | - - - | - - - | - - - | - - - |
| HIGH RACK | | 99.35 | - - - | - - - | - - - | - - - |
| AVERAGE RACK | | 95.06 | - - - | - - - | - - - | - - - |
| 5-DAY AVG | | 93.45 | - - - | - - - | - - - | - - - |

CARFG MTBE 2%    SAN FRANCISCO, CA
| | | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 1-10 | - - - | 104.30 | 109.30m | 117.30 |
| Beacon | b | N-10 | - - - | 101.10 | 106.10m | 118.10 |
| Chevron | b | N-10 | - - - | 105.80 | 110.80m | 118.80 |
| Tesoro | u | N-10 | - - - | 100.00 | 104.00m | 110.00 |
| Tosco | u | N-10 | - - - | 104.75 | 109.25m | 113.75 |
| Valero | b | 1-10 | - - - | 101.30 | 106.30m | 114.30 |
| Valero-Ex | b | N-12 | - - - | 103.60 | 108.60m | 116.30 |
| LOW RACK | | | | 100.00 | 104.00m | 110.00 |
| HIGH RACK | | | | 105.80 | 110.80m | 118.80 |
| AVERAGE RACK | | | | 102.92 | 107.75m | 114.34 |
| 5-DAY AVG | | | | 103.89 | 107.73m | 115.46 |

San Francisco, CA
| LOW RETAIL | | 171.95 |
| AVG RETAIL | | 184.01 |
| LOW RETAIL EX-TAX | | 123.74 |
| AVG RETAIL EX-TAX | | 126.22 |
| RACK/RETAIL P-/L+ | + 33.11 |

CARFG ETHANOL 5.7%    SAN FRANCISCO, CA
| | | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 1-10 | - - - | 108.00 | 113.00m | 121.00 |
| Shell | b | N-10 | - - - | 103.20 | 108.30m | 116.20 |
| Texaco | b | N-10 | - - - | 105.30 | 110.45m | 118.30 |
| Tosco | u | N-10 | - - - | 111.00 | 115.50m | 120.50 |
| Valero | b | 1-10 | - - - | 103.20 | 108.30m | 116.20 |
| LOW RACK | | | | 103.20 | 108.30m | 116.20 |
| HIGH RACK | | | | 111.00 | 115.50m | 121.00 |
| AVERAGE RACK | | | | 106.15 | 111.21m | 118.48 |
| 5-DAY AVG | | | | 106.25 | 111.27m | 118.39 |

CARFG AVG
CARFG AVG - Regular      104.96   108.95   115.85

San Jose, CA
| | | CARB | LS | | | |
| | | No2 | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 97.10 | - - - | - - - | - - - | - - - |
| BP | u | 94.00 | - - - | - - - | - - - | - - - |
| Beacon | b | 100.75 | - - - | - - - | - - - | - - - |
| Shell | u | 98.26 | - - - | - - - | - - - | - - - |
| TRAMMO | u | 96.00 | - - - | - - - | - - - | - - - |
| Tesoro | u | 96.00 | - - - | - - - | - - - | - - - |
| Texaco | b | 98.24 | - - - | - - - | - - - | - - - |
| Tosco | u | 95.50 | - - - | - - - | - - - | - - - |
| Valero | b | 100.75 | - - - | - - - | - - - | - - - |
| Valero-Ex | b | 102.25 | - - - | - - - | - - - | - - - |
| LOW RACK | | 94.00 | - - - | - - - | - - - | - - - |
| HIGH RACK | | 102.25 | - - - | - - - | - - - | - - - |
| AVERAGE RACK | | 97.17 | - - - | - - - | - - - | - - - |
| 5-DAY AVG | | 96.11 | - - - | - - - | - - - | - - - |

CARFG ETHANOL 5.7%    SAN JOSE, CA
| | | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 1-10 | - - - | 116.85 | 115.85m | 122.85 |
| Beacon | b | N-10 | - - - | 104.25 | 109.25m | 115.55 |
| Shell | b | N-10 | - - - | 104.55 | 112.55m | 131.55 |
| Texaco | b | N-10 | - - - | 107.60 | 112.55m | 121.55 |
| Tosco | u | N-10 | - - - | 108.55 | 112.55m | 121.50 |
| Valero | b | 1-10 | - - - | 111.25 | 115.75m | 120.26 |
| Valero | u | N-12 | - - - | 104.25 | 109.25m | 117.25 |
| Valero-Ex | b | N-12 | - - - | 106.75 | 111.75m | 119.75 |
| LOW RACK | | | | 104.25 | 109.25m | 117.00 |
| HIGH RACK | | | | 111.25 | 115.85m | 122.85 |
| AVERAGE RACK | | | | 107.72 | 112.61m | 119.49 |
| 5-DAY AVG | | | | 108.24 | 113.12m | 120.02 |

San Jose, CA
| LOW RETAIL | | 169.85 |
| AVG RETAIL | | 173.35 |
| LOW RETAIL EX-TAX | | 134.23 |
| AVG RETAIL EX-TAX | | 134.33 |
| RACK/RETAIL P-/L+ | + 16.61 |

Seattle, WA
| | | LS | HS | | | |
| | | No2 | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | - - - | - - - | - - - | - - - | - - - |
| BP | u | 85.65 | 88.80 | - - - | - - - | - - - |
| Cenex | b | 89.00 | 87.75 | 93.75 | 100.75m | 108.75 |
| Chevron | b | 90.50 | - - - | 97.50 | 104.50m | 112.50 |
| Shell | u | - - - | - - - | 92.55 | 98.35m | 106.55 |
| Shell | b | 91.19 | 91.45 | - - - | - - - | - - - |
| TRAMMO | u | - - - | - - - | 95.00 | 100.00m | 108.00 |
| Tesoro | u | 91.75 | - - - | 93.75 | 100.20m | 106.75 |
| Tesoro | b | 91.50 | 91.45 | 98.00 | 103.00m | 110.00 |
| Texaco | b | 91.19 | 91.45 | 92.55 | 98.35m | 106.55 |
| Tosco | u | 88.50 | - - - | 94.50 | 101.00m | 109.00 |
| US Oil | b | 88.25 | - - - | - - - | - - - | - - - |
| XOM | b | 88.60 | - - - | 94.45 | - - - | - - - |
| LOW RACK | | 88.25 | 87.75 | 92.55 | 98.35m | 106.55 |
| HIGH RACK | | 91.75 | 91.45 | 98.00 | 104.50m | 112.50 |
| AVERAGE RACK | | 89.56 | 89.78 | 95.02 | 100.91m | 108.64 |
| 5-DAY AVG | | 88.30 | 87.71 | 95.06 | 100.94m | 108.42 |

---

Includes WA Haz.Sub.Tax

Seattle-Bellevue-Everett, WA
| LOW RETAIL | | 145.80 |
| AVG RETAIL | | 158.58 |
| LOW RETAIL EX-TAX | | 98.10 |
| AVG RETAIL EX-TAX | | 111.18 |
| RACK/RETAIL P-/L+ | + 16.06 |

CONV ETHANOL 10%    SEATTLE, WA
| | | Terms | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 1-10 | - - - | 99.00 | 106.00m | 114.00 |
| LOW RACK | | | | 99.00 | 106.00m | 114.00 |
| HIGH RACK | | | | - - - | - - - | - - - |
| AVERAGE RACK | | | | 99.00 | 106.00m | 114.00 |
| 5-DAY AVG | | | | 99.70 | 106.70m | 114.70 |

Excludes WA Haz.Sub.Tax

SPARKS/RENO, NV
| | | LS | HS | | | |
| | | No2 | No2 | Unl | Reg/Mid | Pre Unl |
|---|---|---|---|---|---|---|
| 76 | b | 95.85 | - - - | 106.85 | 111.85m | 119.85 |
| Berry-Hnk | u | 94.75 | - - - | 103.45 | 107.45m | 112.45 |
| Chevron | b | 94.10 | - - - | 107.50 | 112.50m | 120.50 |
| Shell | b | - - - | - - - | 105.60 | 110.60m | 118.60 |
| Shell | u | 94.73 | - - - | - - - | - - - | - - - |
| Sinclair | b | 97.10 | - - - | 106.45 | 111.45m | 107.65 |
| Texaco | b | 94.73 | - - - | 105.60 | 110.60m | 118.60 |
| Tosco | u | 96.75 | - - - | 105.50 | - - - | 114.50 |
| Valero | u | 94.75 | - - - | 103.00 | 108.00m | 115.00 |
| XOM | b | 95.85 | - - - | 105.45 | 110.05m | 118.65 |
| LOW RACK | | 94.10 | - - - | 103.00 | 107.45m | 107.65 |
| HIGH RACK | | 97.10 | - - - | 107.50 | 112.50m | 120.50 |
| AVERAGE RACK | | 95.40 | - - - | 105.53 | 110.41m | 116.98 |
| 5-DAY AVG | | 94.83 | - - - | 104.71 | 110.01m | 116.16 |

7.7% Eth content may vary

Reno, NV
| LOW RETAIL | | 161.38 |
| AVG RETAIL | | 168.32 |
| LOW RETAIL EX-TAX | | 110.17 |
| AVG RETAIL EX-TAX | | 117.11 |
| RACK/RETAIL P-/L+ | + 11.58 |



Get the one book that puts you in touch with 11,000 critical petroleum supply contacts at 2,600 companies that supply, market, trade, produce & distribute refined products gas liquids & crude oil

**OPIS/Stalsby Petroleum Supply Americas Directory**
*Connecting your business to lucrative opportunities for more than 20 years.*

**You Save $20**

To subscribe now call
1-877-210-4287
or visit
www.opisnet.com/market/
directories/index.asp

OPIS
OIL PRICE INFORMATION SERVICE

Thursday Pricing    SEA DF2-L AVERAGE    .9020

EXHIBIT B
PAGE 43 OF 46



**ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.**

November 14, 2003

To:      Prospective Bidders for AVEC Bid No. PUR-F-001/04
Subject:   Amendment #1, Misprint on page 17 of Fuel Bid Contract

Please see the attached revised page 17 of the AVEC Fuel Bid Contract. The original page noted this was for "Unleaded Gasoline Requirements", however, it should have been for "Diesel Fuel Requirements". Please discard your original page, and insert this revised page into the Bid Contract.

Thank you.

Sincerely,

Pam Thomas
Buyer

**EXHIBIT B**
**PAGE 44 OF 46**



ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.

November 21, 2003

To:      Prospective Bidders for AVEC Bid No. PUR-F-001/04
Subject:   Amendment #2, Addition of page 14a to Fuel Bid Contract

Please insert the enclosed page 14a into your copy of the AVEC Fuel Bid Contract.  There is an additional 190,000 gallons of #1 and #2 diesel fuel included on this page.  This will be delivered to Bethel for the Lower Kuskokwim School District.

Thank you.

Sincerely,

Pam Thomas
Buyer

**EXHIBIT B**
**PAGE 45 OF 46**

4831 Eagle Street  •  Anchorage, Alaska  99503-7497  •  Phone (907) 561-1818  •  In State (800) 478-1818  •  Fax (907) 563-9304

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503

---

## AREA 2 – LOWER KUSKOKWIM

### LOWER KUSKOKWIM SCHOOL DISTRICT – DIESEL FUEL #1 REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Bethel | | | 50,000 | | | |
| | | | 50,000 | < Totals> | | |

### LOWER KUSKOKWIM SCHOOL DISTRICT – DIESEL FUEL #2 REQUIREMENTS

*Estimated 2004 order requirements*

| Fuel Delivery Location | Scheduled Delivery Date | Vendor Delivery Date (if different) | Quantity Required (Gallons) | Bid Price Per Gallon | Extended Bid Price | Price Cap Per Gallon |
|---|---|---|---|---|---|---|
| Bethel | | | 140,000 | | | |
| | | | 140,000 | < Totals> | | |

**Special instructions related to this Area:**

Lower Kuskokwim School District will contract for storage of Bethel inventory independent of this contract. Inquiries regarding the storage of this fuel should be directed to Philip Gutleben, Business Manager, Lower Kuskokwim School District, at 907-543-4820.

---

Bidder's Name (Please Print)

---

Authorized Signature        Title            Date

Note: *This page must be signed by owner, or his authorized agent (Signature must be notarized).*