**C**





ALASKA VILLAGE ELECTRIC COOPERATIVE, INC.

# Notice of Award

February 20, 2004            *See Crowley offer Item 4.A.*

Re:   AVEC 2004 – 2006 Fuel Bid PUR-F-001/04

After a thorough review and analysis of the bid documents submitted under the above referenced bid number, Area contract awards are made as follows:

| | |
|---|---|
| Area 1 | Yukon Fuel Company |
| Area 2 | Crowley Marine Services |
| Area 3 | Yukon Fuel Company |
| Area 4 | Crowley Marine Services |
| Area 5 | Crowley Marine Services |
| Area 6 | Crowley Marine Services |

The above named bidders are evenly qualified to perform these contracts, and therefore, awards are based exclusively on the lowest overall Area bid price submitted.

To complete this award process, a review of expectations, concerns, and any condition that may affect delivery schedules or the pricing structure will be finalized in writing over the next few weeks, and completed no later than March 12th.

We would like to thank bidders for their participation.

If you have any questions or require additional information, please feel free to contact David Brennan, AVEC's Logistics Manager, at (907) 565-5346.

Sincerely,

Meera Kohler
President & CEO
Alaska Village Electric Cooperative, Inc.