

# CROWLEY®

May 3, 2005

BY FACSIMILE (907.562.4086) AND CERTIFIED MAIL

Ms. Meera Kohler
President & CEO
Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, AK 99503-7497

**Re: Alaska Village Electric Cooperative (AVEC) 2004 Fuel Bid-PUR-F-001/04 (ITB)**

Dear Meera:

The purpose of this letter is to place AVEC on notice of a contract dispute regarding enforceability of the price cap under the subject ITB. Jim Dwight and I attempted to reach you by telephone earlier but were advised you were out of the office until May 10. Given the magnitude of the dispute, we considered it best to forward this written notice.

Background

As you are aware, the ITB was issued November 13, 2003 and required bidders to submit bids for the supply of certain diesel fuels and regular unleaded gasoline for AVEC's use and for the use of certain specified school districts in designated Areas numbered 1 through 6. Bids were required to be submitted by December 1, 2003 and, by the terms of the ITB, formal notice of award was to be given by AVEC on its behalf and on behalf of the school districts no later than ten working days after the date of the bid opening. Crowley Marine Services, Inc. (Crowley) submitted its bid on December 1, 2003. As required by the ITB, Crowley confirmed that its offer would remain firm for a period of 45 days, or until January 15, 2004. Notwithstanding the ITB terms, award was not made to the successful bidders by AVEC until February 20, 2004.

The February 20th award stated that "a review of expectations, concerns, and any condition that may affect delivery schedules or the pricing structure will be finalized in writing over the next few weeks, and completed no later than March 12th." To date that has not occurred. The ITB also stated or implied that the bid results with specific pricing information would be made available to all bidders promptly following award. Crowley was not provided a copy of the detailed bid results until March 9, 2005.

The award made by AVEC on February 20, 2004 evidenced that AVEC awarded Areas 2, 4, 5 and 6 of the ITB requirements to Crowley and Areas 1 and 3 to Yukon Fuel

**EXHIBIT E**
**PAGE 1 OF 3**

Ms. Meera Kohler
May 3, 2005
Page 2

Company (Yukon). The bid results ultimately furnished by AVEC confirmed that Areas 1 and 3 were awarded to Yukon **without** a price cap. Since the ITB **required** that the bidders offer a price cap, the Yukon bid was non-responsive. The ITB stated in the section entitled "Conditions" that "[a] bid shall be rejected when the bidder makes a material change in the specification or terms or conditions of the Invitation to Bid."

AVEC continues to owe Crowley approximately $237,000 for calendar year 2004 performance under the award. This amount remains in default.

Notwithstanding the award to Crowley, AVEC subsequently advised Crowley that certain of the school districts were withdrawing from the award in favor of Yukon. This untimely modification of the terms of the ITB had a negative affect on the cost structure upon which Crowley's bid was predicated.

While AVEC's contract defaults noted above may not have had a prejudicial effect on Crowley's pricing in the context of historically stable oil prices, the market for petroleum products was on the verge of its most significant price rise perhaps in history. Commencing in February of 2004, concurrent with the award by AVEC, the price of petroleum products started to rise at an unprecedented rate and reached historically high levels in May 2004. By that time, the ITB reference price of about $0.90/gallon had risen to almost $1.60/gallon. Those historic price levels remained intact through the 2004 delivery season. They have continued to remain very strong, have shown little sign of abating and have reached new all-time records in recent days of over $2.00/gallon.

Contract Modification

For the reasons set forth below, the award to Crowley must be modified to eliminate the price cap for the period of the award, plus options:

1.    The award was not timely and the price cap contained in Crowley's bid expired.

2.    The waiver of the price cap by AVEC with respect to Yukon constitutes a waiver of the price cap with respect to Crowley.

3.    The delay in award by AVEC had a material prejudicial effect on Crowley's bid and ability to protect its pricing.

4.    The unilateral modification of the award by AVEC to eliminate certain school districts from the award was a contract default.

Ms. Meera Kohler
May 3, 2005
Page 3

5.     The unprecedented rise in oil prices is the basis of a mutual mistake of fact by the parties.

6.     The failure to pay outstanding amounts owing under the award for 2004 constitutes a contract default.

Accordingly, Crowley expects AVEC to modify the award to Crowley to eliminate the price cap provisions. Failing this Crowley will be compelled to resort to dispute resolution proceedings. We regret these developments but solicit your understanding and cooperation to resolve this matter.

This letter is without prejudice to the rights, remedies and defenses of Crowley.

Very truly yours,

M. Bruce Barto
Vice President & General Manager
Petroleum Services

EXHIBIT E
PAGE 3 OF 3