**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC., )<br>)<br>Defendant. )<br>) | Case No. 3:06-cv-00054-TMB |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT**

Plaintiff Crowley Marine Services, Inc.'s ("Crowley") Unopposed Motion for Leave to File [Proposed] First Amended Complaint ("Motion"), having come before the Court, and the Court having considered the Motion and Defendant Alaska Village Electric Cooperative, Inc.'s non-opposition thereto,

IT IS HEREBY ORDERED that:

1. Crowley's Unopposed Motion for Leave to File [Proposed] First Amend Complaint is GRANTED.

2. Crowley's First Amended Complaint for Declaratory Judgment, Damages and/or Equitable Relief shall be electronically filed by Plaintiff without delay on or before the ___ day of _____, 20___.

DATED:_____     _____
                                   Hon. Timothy Burgess
                                   United States District Court

023659.0101\52429

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December 2006, the foregoing document was served via electronically on:

**John A. Leman, Esq.**  **Jason M. Gist**
jal@khe.com   jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com


By:    s/Maribel Webber
          Legal Secretary/Assistant
          PATTON BOGGS LLP