Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:  (907) 263-6310
Fax:  (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC., )<br>)<br>Defendant. )<br>) | Case No. 3:06-cv-00054-TMB |

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT

### Introduction

Crowley Marine Services, Inc. ("Crowley") has moved for leave to file its [Proposed] First Amended Complaint ("Motion") to assert certain claims against Alaska Village Electric Cooperative, Inc. ("AVEC") arising from Crowley's delivery of fuel to AVEC in 2006.

As is detailed in the accompanying affidavit of Crowley's counsel, this Motion is unopposed by AVEC.

Further, Crowley's Motion should be granted because, at the time of filing its original Complaint, deliveries for the 2006 season had not commenced. Those deliveries are now

complete, invoicing is done and payment has been made by AVEC, albeit in less than the full amount invoiced by Crowley. Accordingly, leave to amend should be freely granted to permit Crowley to file its First Amended Complaint to include claims against AVEC for damages arising from the 2006 delivery season.

## Argument

Federal Civil Rule 15(a) provides that leave to amend should be freely granted when justice so requires. *Bowles v. Reade*, 198 F.3d 752, 757 (9th Cir. 1999). The most common grounds for denying leave to amend are undue prejudice to the opposing party, undue delay in the litigation, bad faith or where the amendment is futile. *Id.*; *Jackson v. Bank of Hawaii*, 902 F.2d 1385, 1387 (9th Cir. 1990).

Here, Crowley respectfully submits that there are no grounds for denying leave to amend its Complaint. While the amendment which Crowley seeks does add a new year of claims, the claim asserted is analogous to the other claims at issue in this case. The addition of claims for damages for the year 2006 will not, however, necessitate any additional witnesses or discovery in this matter, and is merely a continuation of the prior claims for 2004 and 2005. There is no undue prejudice to AVEC in allowing Crowley leave to amend rather than requiring that Crowley file a separate lawsuit over the 2006 damages. Moreover, Crowley's actions are not in bad faith, dilatory, futile or prejudicial to AVEC.

Moreover, justice will be best served by allowing Crowley to amend its Complaint at this time. As previously noted, the claim to be added is merely a continuation of the claims for which Crowley already seeks recourse. It would be a waste of the parties', and this Court's, time, resources and energy to require that Crowley and AVEC litigate Crowley's 2004 and 2005 claims in this proceeding and then separately litigate claims as to 2006. Crowley should be

permitted to litigate all of its claims against AVEC arising out of the same dispute in the same lawsuit.

Finally, as previously mentioned, AVEC does not oppose this Motion.

## Conclusion

For the above reasons, Crowley respectfully requests that its Motion to File Amended Complaint be granted. For the Court's convenience, a proposed order allowing the filing of Crowley's [Proposed] First Amended Complaint is lodged herewith.

DATED at Anchorage, Alaska this 20th day of December 2006.

> s/ Douglas J. Serdahely
> PATTON BOGGS LLP
> ABA No. 7210072
> 601 W. 5th Avenue, Suite 700
> Anchorage, Alaska 99501
> Tel: (907) 263-6310
> Fax: (907) 263-6345
> E-mail: dserdahely@pattonboggs.com
>
> *Attorneys for Plaintiff Crowley Marine Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December 2006, the foregoing document was served via electronically on:

**John A. Leman, Esq.**          **Jason M. Gist**
jal@khe.com                      jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com

By:     s/Maribel Webber
        Legal Secretary/Assistant
        PATTON BOGGS LLP