Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6310
Fax: (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC., )<br>)<br>Defendant. )<br>） | Case No. 3:06-cv-00054-TMB |

### AFFIDAVIT OF COUNSEL, DOUGLAS J. SERDAHELY

STATE OF ALASKA        )
                       )  ss.
THIRD JUDICIAL DISTRICT )

DOUGLAS J. SERDAHELY, being first duly sworn, testifies as follows:

1. I am counsel of record for Crowley Marine Services, Inc. ("Crowley") in this action, and am personally familiar with the proceedings and filings therein.

2. Last week, I forwarded to counsel for Alaska Village Electric Cooperative, Inc. ("AVEC"), Mr. John Andrew Leman, a red-lined copy of Crowley's [Proposed] First Amended Complaint for his review.

023659.0101\52430

3. On December 18, 2006, I telephoned Mr. Leman to inquire whether AVEC would oppose or non-oppose Crowley's Motion for Leave to File [Proposed] First Amended Complaint. Mr. Leman advised that AVEC did not oppose Crowley's Motion for Leave to File [Proposed] First Amended Complaint, and authorized me to so advise the Court.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska this 20th day of December 2006.

        s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 263-6310
Fax: (907) 263-6345
Email: dserdahely@pattonboggs.com
Alaska Bar No. 7210072

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December 2006, the foregoing document was served via electronically on:

**John A. Leman, Esq.**     **Jason M. Gist**
jal@khe.com     jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com

By:    s/Maribel Webber
      Legal Secretary/Assistant
      PATTON BOGGS LLP