

# CROWLEY

April 28, 2006

RECEIVED MAY 02 20.. AVEC

Alaska Village Electric Cooperative, Inc.
4831 Eagle Street
Anchorage, Alaska 99503
Attn: Pam Thompson

Dear Ms Thompson:

Thank you for your purchase order number 73130 dated 04/27/2006.

Your purchase order states that it is "... made in accordance with AVEC Bid/Contract Number PUR-F-001/04 and related documents. Unit Price is for reference purposes only  - Final Price will be adjusted IAW Bid Procedures and Guidelines." As you know, Crowley disputes that it is bound by any price cap mentioned in the bid referenced on your purchase order, and disputes that any contract exists pursuant to the bid or related documents. The issues of whether there was a valid contract between Crowley and AVEC and whether that contract includes a price cap have been submitted to a court for resolution. Pending the outcome of that matter, Crowley agrees to deliver fuel to AVEC for the 2006 delivery season, but expressly reserves its right to charge an uncapped, market price for the fuel so delivered. Crowley further reserves its right to exercise any and all remedies to recover the uncapped, market price of fuel delivered to AVEC.

In particular, if it should be determined that Crowley is not bound to accept a capped price for fuel deliveries, then the price for fuel delivered will be the OPIS Seattle price on the day of lifting, plus $1.025.

Crowley values your order and looks forward to continuing to serve you.

Sincerely,

Mark Smith

CROWLEY MARINE SERVICES, INC.
7941 SANDLEWOOD PL • ANCHORAGE • ALASKA • 99507-2633 • 907.777.5531
www.crowley.com

EXHIBIT __F__
Page __1__ of __1__