Douglas J. Serdahely, Esq. (Alaska Bar No. 7210072)
dserdahely@pattonboggs.com
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:  (907) 263-6310
Fax:  (907) 263-6345

*Attorneys for Plaintiff Crowley Marine Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| CROWLEY MARINE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:06-cv-00054-TMB |
| | ) | |
| ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION TO DISMISS ACTION WITH PREJUDICE

Plaintiff Crowley Marine Services, Inc. and Defendant Alaska Village Electric Cooperative, Inc. ("Parties" or individually "Party"), having reached an amicable resolution of all issues presented in this action, by and through their undersigned counsel, hereby stipulate pursuant to Civil Rule 41(a)(1) of the Federal Rules of Civil Procedure to dismiss this action with prejudice, with each party to bear its own costs and attorney's fees.

DATED at Anchorage, Alaska this 22nd day of January 2007.

s/ Douglas J. Serdahely
PATTON BOGGS LLP
ABA No. 7210072
601 W. 5th Avenue, Suite 700
Anchorage, Alaska 99501
Tel: (907) 263-6310
Fax: (907) 263-6345
E-mail: dserdahely@pattonboggs.com

*Attorneys for Plaintiff Crowley Marine*
*Services, Inc.*

DATED at Anchorage, Alaska this 22nd day of January 2007.

s/ John A. Leman (consent)
KEMPPEL HUFFMAN AND ELLIS PC
ABA No. 9706034
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Tel: (907) 277-1604
Fax: (907) 276-2493
E-mail: jal@khe.com

*Attorneys for Defendant Alaska Village Electric*
*Cooperative, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January 2007, the foregoing document was served via electronically on:

**John A. Leman, Esq.**              **Jason M. Gist**
jal@khe.com                         jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com


By:____s/Maribel Webber_____
          Legal Secretary/Assistant
          PATTON BOGGS LLP

STIPULATION TO DISMISS ACTION WITH PREJUDICE
*Crowley Marine Services, Inc. v. Alaska Village Electric Cooperative, Inc.*, Case No. 3:06-cv-00054-TMB
Page 2