IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALASKA VILLAGE ELECTRIC COOPERATIVE, INC., <br><br> Defendant. | Case No. 3:06-cv-00054-TMB |

### [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

The Court, having considered the Parties' Stipulation to Dismiss Action With Prejudice, dated January 22, 2007, and being duly advised in the premises,

HEREBY ORDERS that:

1. This action is hereby DISMISSED WITH PREJUDICE.

2. Each Party will bear its own costs and attorney's fees.

DATED:_____          _____
                                        Hon. Timothy Burgess
                                        United States District Court

023659.0101\52865

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January 2007, the foregoing document was served via electronically on:

**John A. Leman, Esq.**  **Jason M. Gist**
jal@khe.com   jmg@khe.com

**Paul J. Jones, Esq.**
pjj@khe.com


By:     s/Maribel Webber
        Legal Secretary/Assistant
        PATTON BOGGS LLP