# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| CROWLEY MARINE SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 3:06-cv-00054-TMB |
| ALASKA VILLAGE ELECTRIC | ) |
| COOPERATIVE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER DISMISSING ACTION WITH PREJUDICE

The Court, having considered the Parties' Stipulation to Dismiss Action With Prejudice,

dated January 22, 2007, and being duly advised in the premises,

HEREBY ORDERS that:

1.    This action is hereby DISMISSED WITH PREJUDICE.

2.    Each Party will bear its own costs and attorney's fees.


DATED: January 23, 2007        /s/ Timothy M. Burgess
                               Hon. Timothy Burgess
                               U.S. District Court Judge