John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., )<br><br>Plaintiff, )<br><br>vs. )<br><br>ALASKA VILLAGE ELECTRIC )<br>COOPERATIVE, INC., )<br><br>Defendant. )<br>_____ ) | Case No. 3:06-CV-00054-TMB |

## NOTICE OF FILING AFFIDAVITS CERTIFYING DESTRUCTION OF CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIAL

Pursuant to the Court's Protective Order Governing Confidential Materials and Trade Secret Materials, dated August 17, 2006, Alaska Village Electric Cooperative, Inc., by and through its attorneys, Kemppel, Huffman and Ellis, P.C., hereby files with the United States District Court a Notice of Filing Affidavits Certifying Destruction of Confidential Material and Trade Secret Material in the above-entitled matter. Attached herewith are the affidavits of Jason M. Gist and Jason Pierce certifying that all of Crowley Marine Services, Inc.'s confidential and

LAW OFFICES OF
KEMPPEL, HUFFMAN AND ELLIS
A PROFESSIONAL CORPORATION
255 E. FIREWEED LANE, SUITE 200
ANCHORAGE, ALASKA 99503-2025
(907) 277-1604

trade secret information produced in the above-entitled matter has been destroyed or returned to Crowley's counsel of record.

DATED this 6th day of February, 2007, at Anchorage, Alaska.

KEMPPEL, HUFFMAN AND ELLIS, P.C.
Attorneys for Alaska Village Electric
Cooperative, Inc.

s/ John Andrew Leman
John Andrew Leman
Alaska Bar Association No. 9706034
Kemppel, Huffman and Ellis, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
Tel:  (907) 277-1604
Fax:  (907) 276-2493
E-mail: jal@khe.com

s/ Jason M. Gist
Jason M. Gist
Alaska Bar Association No. 0505020
Kemppel, Huffman and Ellis, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
Tel:  (907) 277-1604
Fax:  (907) 276-2493
E-mail: jmg@khe.com

NOTICE OF FILING AFFIDAVITS CERTIFYING DESTRUCTION OF
CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIAL
3:06-CV-00054-TMB
Page 2 of 3

fs\AVEC\CrowleyvAVEC\Pleadings\2-6-07\f

LAW OFFICES OF
KEMPPEL, HUFFMAN AND ELLIS
A PROFESSIONAL CORPORATION
255 E. FIREWEED LANE, SUITE 200
ANCHORAGE, ALASKA 99503-2025
(907) 277-1604

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document
was served on the persons named below
electronically on the 6th day of February, 2007.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: __s/ Jason M. Gist_____
     Jason M. Gist
     Kemppel, Huffman and Ellis, P.C.

LAW OFFICES OF
KEMPPEL, HUFFMAN AND ELLIS
A PROFESSIONAL CORPORATION
255 E. FIREWEED LANE, SUITE 200
ANCHORAGE, ALASKA 99503-2025
(907) 277-1604

NOTICE OF FILING AFFIDAVITS CERTIFYING DESTRUCTION OF
CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIAL
3:06-CV-00054-TMB
Page 3 of 3

fs\AVEC\CrowleyvAVEC\Pleadings\2-6-07\f