John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:06-CV-00054-TMB |

## AFFIDAVIT OF JASON M. GIST CERTIFYING DESTRUCTION OF CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIAL

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

JASON M. GIST, being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney employed by Kemppel, Huffman and Ellis, P.C., and am one of the attorneys that represented Alaska Village Electric Cooperative, Inc. ("AVEC") in the above-entitled matter.

2. I have full and personal knowledge of the matters set forth herein.

fs\AVEC\CrowleyvAVEC\Pleadings\2-6-07\f

3. On August 17, 2006, the Court entered an order governing the use, destruction, and return of all confidential and trade secret information produced by either party in the course of litigation in the above-entitled matter ("Protective Order").

4. During litigation of the above-entitled matter, pursuant to the Protective Order, Crowley Marine Services, Inc. ("Crowley") provided AVEC's counsel with expert reports and other documents that Crowley claimed contained confidential and trade secret information.

5. Crowley and AVEC settled all disputed issues in the above-entitled matter and the Court ordered the action dismissed with prejudice on January 23, 2007.

6. I personally destroyed all working copies of documents held at the offices of Kemppel, Huffman and Ellis, P.C. that contained Crowley's confidential and trade secret information that also contained work-product information. I also destroyed all copies of documents returned to me by Jason Pierce at Mikunda, Cottrell & Co., Inc., AVEC's financial consultant in the above-entitled matter, that contained Crowley's confidential and trade secret information.

7. All non-working copies of documents that contained Crowley's confidential and trade secret information that did not contain work-product information were returned to Crowley's counsel.

8. I permanently deleted all electronic copies of Crowley's confidential and trade secret information from Kemppel, Huffman and Ellis, P.C.'s computer system. In addition, I worked with our Information Technology consultant to delete all backup copies of Crowley's confidential and trade secret information from this firm's backup system.

AFFIDAVIT OF JASON M. GIST CERTIFYING DESTRUCTION OF
CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIAL
3:06-CV-00054-TMB
Page 2 of 3

fs\AVEC\CrowleyvAVEC\Pleadings\2-6-07\f

9.  Upon information and belief, I hereby certify that to the best of my knowledge, no other copies of Crowley's confidential or trade secret information produced in the above-entitled matter are in the possession of AVEC's counsel or consultants.

DATED at Anchorage, Alaska, this 6th day of February, 2007.

_____
Jason M. Gist
Alaska Bar No. 0505020

SUBSCRIBED AND SWORN to before me this 6th day of February, 2007, at Anchorage, Alaska, by Jason M. Gist.



_____
Notary Public in and for the State of Alaska
My Commission Expires: 2/21/09

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document
was served on the persons named below
electronically on the 6th day of February, 2007.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: s/ Jason M. Gist
    Jason M. Gist
    Kemppel, Huffman & Ellis, P.C.

AFFIDAVIT OF JASON M. GIST CERTIFYING DESTRUCTION OF
CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIAL
3:06-CV-00054-TMB
Page 3 of 3

fs\AVEC\CrowleyvAVEC\Pleadings\2-6-07\f