John Andrew Leman (Alaska Bar No. 9706034)
jal@khe.com
Paul J. Jones (Alaska Bar No. 9411107)
pjj@khe.com
Jason M. Gist (Alaska Bar No. 0505020)
jmg@khe.com

KEMPPEL, HUFFMAN & ELLIS, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, Alaska 99503-2025
Telephone: (907) 277-1604
Facsimile: (907) 276-2493

*Attorneys for Alaska Village Electric Cooperative, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA VILLAGE ELECTRIC ) <br> COOPERATIVE, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:06-CV-00054-TMB |

### AFFIDAVIT OF JASON PIERCE CERTIFYING DESTRUCTION OF CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIAL

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

JASON PIERCE, being first duly sworn upon oath, deposes and states as follows:

1.  I am employed by Mikunda, Cottrell & Co., Inc. ("Mikunda Cottrell"), and am one of the accountants that provided expert consulting services to Kemppel, Huffman and Ellis, P.C., on behalf of Alaska Village Electric Cooperative, Inc. ("AVEC"), in the above-entitled matter.

fs\AVEC\CrowleyvAVEC\Pleadings\2-6-07\f

2. I have full and personal knowledge of the matters set forth herein.

3. Pursuant to the Protective Order entered in the above-entitled matter, Kemppel, Huffman and Ellis, P.C., provided Mikunda Cottrell with expert reports and other documents that Crowley Marine Services, Inc. ("Crowley") claimed contained confidential and trade secret information.

4. On January 26, 2007, I personally returned all copies of documents held at the offices of Mikunda Cottrell that contained Crowley's confidential and trade secret information to Kemppel, Huffman and Ellis, P.C. Mikunda Cottrell did not receive any electronic copies of Crowley's trade secret or confidential information.

5. Upon information and belief, I hereby certify that to the best of my knowledge, no other copies of Crowley's trade secret or confidential information produced in the above-entitled matter are in the possession of Mikunda Cottrell.

DATED at Anchorage, Alaska, this 6TH day of February, 2007.

_____
Jason Pierce

SUBSCRIBED AND SWORN to before me this 6 day of February, 2007, at Anchorage, Alaska, by Jason Pierce.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 2/11/2008

STATE of ALASKA
NOTARY PUBLIC
C. Jimenez
My Commission Expires 2-11-2008

AFFIDAVIT OF JASON PIERCE CERTIFYING DESTRUCTION OF
CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIAL
3:06-CV-00054-TMB
Page 2 of 3

fs\AVEC\CrowleyvAVEC\Pleadings\2-6-07\f

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the persons named below electronically on the 6th day of February, 2007.

Douglas J. Serdahely
Kevin D. Callahan
Rebecca S. Copeland
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501

By: s/ Jason M. Gist
    Jason M. Gist
    Kemppel, Huffman & Ellis, P.C.

AFFIDAVIT OF JASON PIERCE CERTIFYING DESTRUCTION OF
CONFIDENTIAL MATERIAL AND TRADE SECRET MATERIAL
3:06-CV-00054-TMB
Page 3 of 3

fs\AVEC\CrowleyvAVEC\Pleadings\2-6-07\f